UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 05-2192 (RBW) |
| GALE A. NORTON, Secretary of the United States Department of Interior, | ) |
| Defendant. | ) |

**ORDER**

On November 7, 2005, the plaintiff filed a Motion for a Preliminary Injunction, which seeks to enjoin and restrain the defendant from "continuing to incarcerate and subjecting [the] Plaintiff to a trial in the United States Territory of American Samoa without insuring that [the] Plaintiff will receive a fair and unbiased jury trial . . . ." Motion for Preliminary Injunction at 1. Accordingly, it is hereby this 14th day of November, 2005

**ORDERED** that the government shall file a response to this Writ by November 18, 2005.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge