UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR, )<br>)<br>Plaintiff, )<br>)<br>v. ) Civil Action No. 05-2192 (RBW)<br>)<br>GALE A. NORTON, SECRETARY )<br>U.S. DEPT. OF INTERIOR, )<br>)<br>Defendant. )<br>_____) | |

**CONSENT MOTION TO EXTEND TIME
TO OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the defendant moves the Court to extend the time in which Defendant may oppose plaintiff's motion for a preliminary injunction.  The Court has directed the defendant to respond to the motion by November 18, 2005.

The grounds for the motion are that undersigned counsel first received notice of the lawsuit on November 17, 2005, and first obtained the voluminous attachments to the complaint late in the afternoon on November 17.  Defendant is unable to review the papers, conduct the necessary legal research, confer with agency counsel, and prepare a meaningful response to the motion within 24 hours of receipt.

Plaintiff's counsel consents to this motion.

WHEREFORE, defendant moves to postpone the deadline for an opposition until November 30, 2005.

A proposed order consistent with this motion is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
CHARLOTTE A. ABEL, D.C. Bar # 388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332