UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MAJHOR,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-2192 (RBW) |
| ) | |
| **GALE A. NORTON, Secretary,** ) | |
| **U.S. DEPT. OF INTERIOR,** ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of defendant's Motion for an Extension of Time to Oppose Plaintiff's Motion for a Preliminary Injunction, and for good cause shown, it is this _____ day of _____, 2005,

ORDERED, that defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that defendant shall have up to and including November 30, 2005, to oppose Plaintiff's Motion for Preliminary Injunction.

_____
UNITED STATES DISTRICT JUDGE