UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MAJHOR,**     )<br>                                                  )<br>     **Plaintiff**                       )<br>                                                  )<br>     v.                                         )<br>                                                  )<br>                                                  )<br>**GALE A. NORTON, Secretary,** )<br>**U.S. DEPT. OF INTERIOR,**    )<br>                                                  )<br>     **Defendant.**                    )<br>_____) | Civil Action No. 05-2192 (RBW) |

ORDER

UPON CONSIDERATION of plaintiff's Motion for a Preliminary Injunction, and the Opposition thereto, it is this _____ day of _____, 2005,

ORDERED, that plaintiff's motion should be, and it hereby is, DENIED.

_____
UNITED STATES DISTRICT JUDGE