UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2192 (RBW) |
| | ) |
| GALE A. NORTON, SECRETARY | ) |
| U.S. DEPT. OF INTERIOR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**MOTION TO DISMISS**

Defendant moves to dismiss this case, pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), for

lack of jurisdiction and failure to state a claim.  The grounds for the motion are set forth in more

detail in the accompanying memorandum of points and authorities.


Respectfully submitted,


_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
CHARLOTTE A. ABEL, D.C. Bar # 388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332