UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MAJHOR,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-2192 (RBW) |
| ) | |
| ) | |
| **GALE A. NORTON, Secretary,** ) | |
| **U.S. DEPT. OF INTERIOR,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER

UPON CONSIDERATION of defendant's Motion to Dismiss, and the Opposition thereto, it is this _____ day of _____, 2005,

ORDERED, that defendant's motion should be, and it hereby is, GRANTED. It is

FURTHER ORDERED, that the case be dismissed.

_____
UNITED STATES DISTRICT JUDGE