IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR,<br><br>       Plaintiff,<br><br>   vs.<br><br>GALE A. NORTON, Secretary of the United States Department of Interior,<br><br>       Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-2192 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUBMISSION OF EXHIBITS

      Attached hereto as Exhibits 1 and 2, respectfully, are true and correct copies of the exhibits that were admitted into evidence for the purposes of motions that were heard in the Trial Division of the High Court of American Samoa in _American Samoa Government vs. Richard Majhor_, HCCR 010-03, on April 6, 2005.

      DATED: Honolulu, Hawaii, December 15, 2005.

_/s/ Eric A. Seitz_
ERIC A. SEITZ, D.C. Bar #363830
820 Mililani Street
Suite 714
Honolulu, Hawaii  96813
(808) 533-7434

Attorney for Plaintiff
RICHARD MAJHOR