IN THE HIGH COURT OF AMERICAN SAMOA
TRIAL DIVISION

| | |
|---|---|
| AMERICAN SAMOA GOVERNMENT,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD MAJHOR,<br><br>    Defendant. | HCCR No. 10-03<br><br>SUBPOENA DUCES TECUM |

TO    :    MONICA MILLER
South Seas Broadcasting, Inc. / KHJ 93.1 FM
Pago Pago

You are commanded to appear in the High Court of American Samoa, in Fagatogo, American Samoa, at the time, day, and date given below, to testify in the above entitled case. You are also commanded to bring with you the items listed below. Your failure to comply may result in your being found in contempt of Court.

Time: 9:00 O'Clock, A. M.        Day:   Wednesday        Date:   April 6, 2005

Items: Each and every article, recording, transcript, report, or notes regarding any story or news report about Richard Majhor or in which he is mentioned.

Date:___03/23/05___        _____

CLERK OF THE COURT

RETURN OF SERVICE

This subpoena duces tecum was served on _____ on_____.
                                        (person served)            (date served)

Served by:_____

This subpoena is issued on application of the defendant. If you have any questions about this subpoena, phone the Public Defender's Office 633-1286

EXHIBIT 2

April 6 1st ' ०५

A change of venue motion filed by attorneys for the main suspect in the Wyatt Bowles disappearance case Richard Mahjor will be heard by the High Court this morning. Members of the media are among witnesses supboened by the defense to testify on the extent of coverage of the Bowles case. Mahjor's family has hired a Hawaii attorney Eric A. Seitz to serve as co-counsel for Mahjor, along with Deputy Public Defender Andrew Stave. Scheduled to testify this morning are representatives of the Samoa News and 93 KHJ News. The subpoena to KHJ News asks for copies of every article, recording, transcript, report or notes regarding any story or news report about Richard Mahor or in which he is mentioned. The hearing on the change of venue motion was originally scheduled for February 17 but was continued after flights delays caused by hurricane Olaf disrupted travel plans for Mahjor's private attorney. The defense will make an attempt to illustrate that it will be difficult to find a fair and impartial jury to decide Mahjor's father because of the impact of publicity in a small island community. Mahjor and his wife Diane, are the only defendants to go on trial in connection with Bowles disappearance on February 24, 2003. All of the other six have accepted plea agreements and are expected to testify for the government in the couple's trials. They include brothers Jake and Paulava Malala, their brother in law Sanele Mareko, Whiskey Kelemete, Victor Sepulona and Talofa Seumanu.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Youth will play a major part in the local celebration of the life of Pope John Paul II which will be held at the Holy Family Cathedral on Friday. The leader of the local diocese Bishop Quinn Weitzel held a meeting with priests Monday to plan the Eucharistic celebration for the Holy Father. The Bishop says it will be a happy memorial.

(joyful)

Bishop Quinn is inviting leaders of other churches, government and the public to the Mass for the Pope, scheduled for 5pm Friday at Fatuoaiga.

ASG officials are continuing to pursue cover over taxes of American Samoans in the military Acting Treasuer Francis Leasiolagi and Tax Office Manager Melvin Joseph are holding discussions with IRS and military officials in Hawaii this week to try and resolve the amount of cover over taxes owed to ASG. Goevrnor Togiola Tulafono had raised the issue during the meeting of the Inetr Agency Group in February. The governor believes American Samoa is not getting its rightful share of cover over taxes because soldiers were not properly briefed about why they should note down American Samoa as their home of record, when they entered the various military services. The governor said the Internal Revenue Service had been reporting only 300 soldiers whose homes of record were American Samoa and the administration has been trying to collect the right number. The governor estimated that up to 2,000 men and women from American Samoa are enlisted in various branches of the US military. Tax Office Manager Melvin Joseph said in an earlier interview that the IRS has agreed to go back as far as tax year 1988 in

determining cover over taxes that should be paid to the territory. He said this will be quite a windfall for ASG and would range in the millions.

Police made another marijuana haul in the Western District yesterday. They confiscated more than 40 marijuana plants ranging from seedlings to 4 ft high cannabis plants from a plantation in the hills between Leone and Amaluia. Deputy Commissioner of Public Safety Mike Fuiava said a 46 year old man was taken into custody following the raid. No weapons were discovered. The raid was conducted by the Criminal Investigations and Intelligence Division.

Does American Smaoa have the legal authority to enter into agreements with foreign countries? Congressman Faleomavaega Eni Hunkin who was lt. Governor when American Samoa signed MOU's with Samoa and Tonga during the first administration of Goevrnor AP Lutali explains the authority used to negotiate those agreements.

(AUDIO)

Police are welcoming the pro arrest pro prosecution policy now in force under the Family Drug and alcohol court law. Targeting private or public peace disturbances involving alcholing, a multi purpose form which includes the affidavit, complaint and actual warrant rolled into one, makes it very simple for police to make arrests. Close to 20 men and a few women appeared in District court Monday and Tuesday under ppd offences. A veteran prison guard said it was a habit for some drinkers and trouble makers to spend a weekend in jail where they get three meals a day and then be released after 36 hours. She said the repeat offenders are now taking notice since they have to post bail of between $500 to $1000 and have to appear in court. District Court Judge John Ward said the court is hopeful that through early intervention through rehabilitation and counseling some of the more violent incidents of domestic disputes can be prevented .

February 9 1st Bulletin    *ʊ)*

February 24 marks the second anniversary of the disappearance of Wyatt Bowles Junior, THE
Fogagogo youth believed to have been murdered by a group he had once called friends.
The man charged with masterminding his disappearance Richard Mahjor has still not been
tried. A gag order imposed by the court shortly after charges were filed in March 2003
against eight defendants in connection with Bowles disappearance is still in effect.
But KHJ News has learned that members of the media are being supboened to testify next
week on a motion for a change of venue for Mahjor's murder trial due to the impact of
publicity on the case. The hearing is scheduled for February 17. The motion for a change in
venue is being filed by the Public Defender's office and will attempt to illustrate that it will be
difficult to find a fair an impartial jury to try the case because of the impact of publicity in a
small island community. Mahjor and his wife Diane, are the only defendants to go on trial in
connection with the Bowles case. All of the others accepted plea agreements and are expected
to testify for the government in the couple's tTrials. Richard was scheduled to go on trial in
the second week of January but the case was again postponed.

The government is also expected to file additional charges against Mahjor for the death of a
man whose body was found near Mt. Alava last year.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Star Kist Samoa is shut down this week because there's not enough white meat tuna to process
and pack. The shutdown means 2,700 employees are without paychecks this week. General
Manager Phil Thirkel says fishing is very slow at the moment and the low catch has
significantly reduced the supply of albacore and skip jack tuna. He said fishing boats are
staying out at sea longer than anticipated and to preserve fish stocks to last the month of
February they decided to close down this week. Production will resume next Monday. Star
Kist will observe the President's Day holiday the following Monday but will pack Tuesday to
Saturday of that week.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 Governor Togiola Tulafono says it is close to impossible to get cabotage exemption for
Polynesian Airlines to fly between Pago Pago and Honolulu.
 He told the Samoa Observer American Samoa has been trying for years to get Polynesian to fly this route.
 The Senate is considering a resolution to set up a taskforce to look into the possibility of
Polynesian flying between Pago Pago and Honolulu.
 Togiola said that the drive to bring Polynesian in has more to with stabilizing air
transport services for American Samoa.
 The governor told the newspaper that foreign airlines are driven by profits and will
come and go as market forces dictate. But Polynesian Airlines, given the special
relationship between the two Samoas, will be beneficial to the Territory in the long-run.
 He said seeking to have Polynesian service the route is just one of several options that
the administration is exploring.
 One such arrangement is for Polynesian equipment to be used while flight and cabin
crews are staffed by American Samoa.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

One of the questions posed by senators at a hearing yesterday on IRS Section 936 was why for 2 ½ years there has been no success in getting the US Congress to get the tax credit extended. The hearing was on a Senate resolution introduced by Congressman Faleomavaega Eni Hunkin to extend Section 936 for ten years. The tax credit expires in January 2006. Star Kist General Manager Phil Thirkel says originally section 936 applied to a number of US territories but now it only applies to American Samoa and trying to get Congress to focus attention on American Samoa alone has been challenging.

(AUDIO)

There's been a noticeable change in the wording of Senate resolutions being sent ot the Governor. Instead of respectfully requesting the governor for a certain action, some of the new measures coming out of the Senate are worded this senate resolution respectfully directs the governor to do or provide such and such. Two measures introduced yesterday respectfully directs the governor to identify all government boards and commission, chairpersons and members, the dates of their appointments and vacancies within 30 days of the resolution.

The second one directs the governor to identify all executive agencies created by executive order, their directors and the dates of their appointments. This resolution says the legislature has no record or listing of agencies and departments that the governor has created by executive order and it is the intention of the Senate to introduce legislation for heads of agencies in this category to be subjected to confirmation by the Senate or Fono. The measure also points out that the identification of these agencies will help the Fono establish budgets, and legislative policy for them. This resolution was approved by the Senate yesterday.

**************************

A legal training program for Pacific judges who have not come from the legal profession is being conducted in this week in the Marshall Islands.

Sponsored by the Nevada-based National Judicial College's Pacific Islands Institute, the workshop is providing a training opportunity for non-lawyer judges from American Samoa, the Marshall Islands, the Federated States of Micronesia and Palau.

Many practicing judges in these islands were not trained as lawyers before taking on their legal posts.

The Marshall Islands High Court Chief Justice, Carl Ingram, says the training is giving them critical legal knowledge in core topics faced in all jurisdictions.

This week's seminar is focusing on contracts and torts.

Earlier training programs for judges in the region have addressed criminal and civil procedures, evidence and constitutional issues.

About for one week. Next produce February we're short of white meat and although we have some here now rto tart next week. Combination what we have and believe what come in not see through feb elected to take week off and give inventory tim to replnesih,. All boiats come

October 28 3rd Bulletin   *bu*

Complaints about the handling of absentee ballots, local and off island are increasing as
election day draws near. Reliable sources indicate that Election Office staff facilitating
voting for infirm voters in Fagatogo and Utulei turned up without any ballot forms at the
homes of the concerned voters and had to return to the Election Office to get the proper
ballot forms. According to the sources four envelopes that were supposed to have the
voting ballots were empty. The ill and disabled voters were told by the rather
embarrassed staff that they would return later in the day with the ballot forms. A
candidate said voter confidence has been eroded with these types of incidents.
Another case involves a person who traveled from Honolulu hand carrying the absentee
ballot envelope for a voter in the state and then mailed it to the Election office from the
local Post Office. Normally voters residing off island mails their absentee ballots
directly to the Election Office from wherever they are residing. In this case a third party
mailed the absentee ballot envelop from the local post office.
Meanwhile a candidate in the Hosue of Representatives election who alerted the Election
Office about the case of a person born in Samoa who has been issued with a voter ID, has
been told by Chief Election Officer Soliai Tuipine that the voter;s name has been pulled
from the voter roll and will not be able to vote next Tuesday. The man now 30 years old
has a birth certificate from Samoa showing that he was born there in 1967 and also has an
American Samoan birth certificate listing Seetaga as his birthplace. The Election Office
is also reportedly referring the case to OTICIDE for investigation. It's suspected that
four other members of the same family obtained voter ID's by fraudulent means.
Repeated efforts to obtain comment from Chief Election Officer Soliai have been
unsuccessful.

Diane Mahjor one of the defendants charged in connection with the Wyatt Bowles case
has apparently claimed gynecology problems needing treatment off island. She has
apparently been an inpatient at LBJ twice and has regularly been seen at the hospital for
conditions specific to women. Sources tell KHJ News that the conditions relate generally
to personal hygiene of which Mrs Mahjor appears to be lacking.
It is suspected that it has been during her regular visits to the hoispital and during
shopping trips to maintain her diet that Mrs Mahjor obntained phone cards for her and her
husband's Blue Sky mobile phones.
Police sources say that in response to an increase in prisoners claiming illness and taken
for check ups at the LBJ Hospital, spot inspections of cells for sanitation and health
purposes are conducted on a regular basis. In the latest searfch conducted Saturday
police discovered a cell phone in Diane Mahjor';s room. They had earlier conducted a
search of Richard's cell and found salt, sugar and metal utensils which are prohibited
items but could nto find a cell phone. However after guards confiscated Diane;s phone,
Richard made a call to gher number and this lead to the discovery of the phone he had
been hiding from guards.
Polcie say that it was not a shakedown and had no bearing on the ost recent visit by the
Federfal bureau of Investigations. The sources acknowledge however that FBI have been
visiting the TCF in connection with their investigations of the body that nwas found in

Mt Alava last year. The feds have also been looking into the machete killing of an inmate at TCF by another prisoner last year.
All privileges for Mr and Mrs Mahjor have been revoked.


The audience at the American Smaoa Community Colege auditorium were not the only ones who witnessed the  pre pageant interview session for the amiss South pacific pageant this morning. The contestants views were also heard in  Hawaii, Ssamoa, Northerm Marianas, Manua, Leone High School, fagaitua High School and Manulele Junior High. This was via teleconferencing provided by the Pacific e commerce development corporation. The girls gave prepared presentations on pre selected topics and also had to answer impromptu questions from the judges.
Miss Northern Marianas was asked which part of her culture stood out  from other culktures and her plans to preserve it.

Miss Samoa was asked if she agreed with the saying you are what you eat.

Miss New Caledonia spoke about women in politics and the Frencgh speaking only native spoke through her interpretor Mrs Hinanui Hunkin wife of congressman Faleoamavaega eni hunkin.

Miss Tonga was asked about the negative impacts of communication technology like email and cell phones.

Miss Amerifcan Samoa Trixie tauas spoke about terrorism and one of her impromptu questions was whether she thought the extra screening and immigration measures now in pkace in the Pacific was an overreaction to the threat of terrorism.

Miss Cooks islands dealt with education and was asked for her views on how cultural preservation can be included in higher education.

Miss Niue showed spunk in her presentation on how she would promote her island as a tourist destination.  She was asked what her ideal getaway place would be


The phones were found during an inpection of

 disappearance case to  in the Wyatt
Late 30's iosia
Leone 200 marijuana  no
Aveese privilege


Aloua faalua taoto ave ese Sali ese alu e taala  fai treatment fomai e leai ni private doctors

October 28 2nd Bulletin '04

The discovery of mobile phones in the prison cells of the couple charged in connection with the Wyatt Bowles Junior case have again [pointed to weaknesses in the security of the Tafuna Correctional Facility. The phones were found in the cells of Richard major and his wife Diane Major over the weekend. Police sources say that in response to an increase in prisoners claiming illness and taken for check ups at the LBJ Hospital, spot inspections of cells for sanitation and health purposes are conducted on a regular basis. Ithe latest searfch conducted Saturday police discovered a cell phone ih Diane Mahjor';s room. They had earlier conducted a search of Richard's cell and found salt, sugar and metal utensils which are prohibited items but could nto find a cell phone. However after guards confiscated Diane;s phone, Richard made a call to gher numbeŗ and this lead to the discovery of the phone he had been hiding from guards.
Polcie say that it was not a shakedown and had no bearing on the ost recent visit by the Federfal bureau of Investigations. The sources acknowledge however that FBI have been visiting the TCF in connection with their investigations of the body that nwas found in Mt Alava last year. The feds have also been looking into the machete killing of an inmate at TCF by another prisoner last year.
Diane has been a regular visitor to the LBJ hospital where she has been treated for gynecology related conditions,. She is also allowed to go to the store under escort to shop for food as she has a special diet. It is suspected that it is during these visits to the hospital and store that she purchases phone cards for her and her husband's cell phones.


The educational and more serious portion of the Miss South Pacific pageant was held today at the American Samoa Community College. The pre pageant interview, is the first part fo the pagenst that is judged and points from today's interview session are used in the final tally to decide the winner.
The Pacific E Commerce Development Corporation provided Video teleconferencing for the inter sessions and the whole event was beamed from ASCC to Hawaii, Ssamoa, Northerm Marianas, Manua, Leone High School, fagaitua High School and Manulele Junior High. Alkl the contestants prepared elaborate presentations on topics which they picked on Sunday and all did well in this portion of the interview. They also had to answer impromptu questions pertaining to their topics from the judges.
Miss Amerifcan Samoa Trixie tauas spoke about terrorism and one of her impromptu questions was whether she thought the extra screening and immigration measures now in pkace in the Pacific was an overreaction to the threat of terrorism.

Miss Cooks islands dealt with education and was asked for her views on how cultural preservation can be included in higher education.

Miss Niue showed spunk in her presentation on how she would promote her island as a tourist destination. She was asked what her ideal getaway place would be

Miss Northern Marianas was asked which part of her culture stood out from other culktures and her plans to preserve it.

Dec 17 1st Bulletin   KO U

Murder defendant Richard mahjor was in High Court yesterday for a hearing on a motion
to postpone his trial once again. Because anything to do with dewfendantds charged in
connection with the disappearance of Wyatt Bowles Junior last year is still under wraps
by order of the court,. the outcome of the hearing is not known. A clean shaven mahjor
dressed in long trousers and checkered shirt was seen with lawyers from the Pubolic
Defenders and Attorney General's office outside the High Court building yesterday
morning. He looked much lighter than when he was first arrested for the murder of the
24 year old Fogagogo youth last year. KHJ News has learned that Richard and his wife
Diane Mahjor are the only defendants charged inconnection withj Bowles death to
actually go to trial. The other five defendants have entered pleas and are expected to be
government witnesses in the Mahjor couple's trials. The defendants are Jake and Paulava
Malala, Victtor Sepulona, Talofa Seumanu and Whiskey Kelemete. Richard Mahjor was
schedueled to go on trial for murder in the second week of Janaury. The government is
also expected to file additional charges againstg Mahjor for the deathj of a man whose
body was found near Mt. Alava last year.
This morning the second building at the Laufdou Shopping Center will be opened. Vice
President of Foresgren's Limited Barry Forsgren says it's a soft opening as only four
stores are ready to do business. Yesterday Blue Sky Communications opened its new
retail store. Other stores that awill be welcioming shoppersd today are Sports Domain,
Newborn a cchildrens clothing store operated by Forsgren's and Drug Store II.
Five other businesses plan to open in the new year. Constructions of a children's
playground and covered walkway to connect the two buildings should be ready in the
early part of next year. A temporary turn in lane will be used until a permanent lane is
constructed.


The High Court has dismissed a breach of contract suit filed by a customer againstg
Columbus Line over the shipping of the customer's vehicle from Seattle to American
Smaoa in 2002. The suit brought by John Setefano alleged that Columbus Line breached
a shipping contract when the shipping company dropped into the sea the container in
which his vehicle was stored rendering it useless. This occurred on July 10, 2002. In
September of this year, Columbus moved to dismiss the action in part because the bill of
lading contained an express provision requiring all actions to be brought within one year.
The defendant also argued that the Carriage of Goods by Sea Act which governs the
parties agreement, also contained a one year statute of limitations period. The court
agreed with the defendants and found that the Carriage of Goods by Sea Act applies in
this situation . the relevant provision states that the ship and carrier shall be discharged
from all liability in respect of loss or damage unless the suit is brought within one year
after delivery of the goods ot the date when the goods should have been delivered. In this
case the plaintiff failed to bring his claim within one year. The court said exception can
be made to the tattute of limitation in the case where the carrier actually promises the
prospective plaintiff unequivocally that its claim would be paid and then fails to do so.
Setefsano told the court that he reasonably relied on the assurance of the defendant that
his claim was being internally pursused. In its ruling the court said it was not aware of

any evidence of this, At anmy rate, because an alleged promise to examine and pursue the cklaim does not amount to an unequivocal promise to pay the claim, the court said it cannot find thaty this qualififed to trigger a tolling of the limitations period. The ruling was made by Associate justice Lyle Richmond wirth judges mamea Sala Jr and Tapopo Vaifanua. Reginakls gates representated setefano while attorney for Columbus Line was Willie Reardon.


Inter Isladn Air says it will provide a complimentary role to Polynesian's service on the inter Smaoa route and will bnot be a direct competitior. An airline official says it will work with and needs the support of Polynesian Airlines as it attempts to get landing rights and approvals to fly to Samoa. Polynesian's Ceo Malopaia John Fitzgerlad says an end of Polynesian
S monopoly on the inter Smaoa route has been expected and the airline welcomes any competition that seeks to further serve the needs of the Smaoan traveling public, provided there is a level playing field on which that competition is conducted. He said Polynesian awaits with interesy Imnter Island's next step as it seeks approval to operate into Smaoa. With the canneries closing down today, hundereds of workers will be heading to samoa to spend their two weeks vacation, driving the demad for seats even higher. Local Area Manager for Polynesian Toaloai Ho Ching says the Dash 8 is running extra flikghts, Normally the Dash 8 runs 4 flights a day but several extra flights have been added.


Maui
Polynesian
Paopao faresa Faalupega
Alataua fevesiiaiga 3 fono fagalii faalupega Poloa pone aumafua, amanave pulefaasisina , they should meet in Poloa certity Liua taifane,
Leasina Saturday, o nei Sua Masefau ua toe sau le tamaloa.
Te'l
]kovana itumalo fitiuta

Wednesday evening sa le o participate amluia I Utumea. Wesdensay e le o iloa poo le a le outcome, e le'l maua se tasi masalo savali Talavou Ale.
Lava la e on. Malolosi , faalupega I le samatua Noa Mau. HTC o iai tapuaiga agugulua failolo amanave, poloa fagamalo fagamalo.


APIA, Dec. 16 - Opposition leader Le Mamea Ropati who has repeatedly complained of Prime Minister Tuilaepa Sailele Malielegaoi unnecessarily opening projects throughout the country just to appear on state television,

said his rival won't be opening his new hotel at Sogi, minutes from the capital this Saturday.

The Prime Minister has been invited to attend the launching of Le Mamea's 22-room hotel but won't be giving the main address.

Who will be Le Mamea won't say.

" The only thing I can say is that it won't be the Prime Minister, " he said.

Another reason the Opposition has objected to the PM giving opening speeches is that it forces villages to be burdened with forking out huge resources for gifts like beef, pigs and other goods for Tuilaepa and his men, in line with customary giving in such events.

Especially when they attend openings in force: the Prime Minister, government MPs and CEOs, Cabinet ministers and other public servants.

They insist only the Cabinet minister whose portfolio the project comes under and his CEO need attend, and save poverty striken villages from further burden.

At his opening ceremony on Saturday, Le Mamea said only a few Cabinet ministers, including the Minister for Tourism and Minister for Works, Infrastructure and Transport, have been invited.

So also has the Prime Minister, who Le Mamea says, may say something if he wanted to.

Samoa Broadcasting Corporation television, often accused by the Opposition of bias political coverage, has also been invited.

Ends.

June 21 2nd Bulletin  iOC⁄

Director of Territorial Administration on Aging Office Taesaialii Faasuka Lutu passed
away at the St, Francis Hospital in Honolulu yesterday afternoon.
A family member said that Taesalialii died at 1:30 Sunday afternoon with his wife
Fialupe and children by his bedside. He was 67. Taesalialii was picked by the late
Governor Tauese Sunia to be Director of TAOA in 2001. Before that Taesali was the
Governor's legislative liaison. A former member of the House of Representatives Taesali .
also served as Election Commissioner .
Acting Director of TAOA Faaolatia Siatu'u said they were informed by Taesaliali'I
family's of his passing this morning. Siatau said that in the three years that Taesali
headed TAOA the staff and senior citizens have come to respect him as an effective
director, who was cordial and diplomatic in all his dealings with staff and elderly citizens.
Siatuu said that Taesali aimed to please everyone who sought his help and never gave no
for an answer. Because the administration of the Old Aged office was new to him, Siatuu
said that Taesali always listened to the advise of his division managers.

Two agents from the Federal Bureau of Investigations were here last week to conduct
follow up investigations on the human remains which were found in the national Park last
year. Assistant Attorney General Marc Roy confirmed the visit and said that local law
authorities have been working closely with the FBI on the case. KHJ News understands
that while here the agents visited the site where the remains were found near the
transmitter site at Mt. Alava. Roy declined to comment on whether any new evidence
was found or when charges would be filed in connection with this case. One of the
defendants in the Wyatt Bowles disappearance case led police to the site where the
skeletal remains were discovered. It is believed that murder suspect Richard Mahjor is
likely to be charged in connection with the remains found in the park. A witness helped
provide a facial characteristic composite of the victim and the skeletal remains were
pieced together in an effort to reconstruct a facial of the victim.
The identity of the victim is not known but it is believed that he was an American and
was here for two weeks before he was murdered.
 Posters of the completed picture of the victim are being disseminated across the United
States and DNA results are being cross checked with known prison inmate DNA patterns.

The Senate Select Investigative Committee has suspended hearings this week..
Chairman Senator Lualemaga Faoa says this is out of respect for the passing of their
colleague Senator Matautia Tuiafono. The senator;s body was brought from Hawaii on
Friday night and the Senate is awaiting word from the senator's family concerning
funeral arrangements. Senator Lualemaga says the committee will resume hearings next
week. One of the latest subpoenas issued by the committee was to the governor;s special
assistant Motu Junior Seui. The committee will question him about the operations of the
Veterans Memorial Stadium.

Six nursing students at the American Samoa Community College recently earned their certification in the Neonatal Resuscitation Program. The American Academy of Pediatrics developed the Neonatal Resuscitation Program (NRP) to equip healkth practitioners with the knowledge and skills crucial to the proper care of newborns.

The ASCC student nurses underwent their NRP training as part of the two-month summer course "Family/Child Nursing," which covers a wide range of topics related to pregnancy, childbirth and the care of infants. The course combines classroom lectures with on-the-job experience in the Maternity Ward at LBJ.

Nursing Department Chairperson Lele Ah-Mu Mageo says many women come to LBJ for prenatal care at a late date, or do not come at all until actually ready to deliver their baby. "She said A mother needs to seek prenatal care the moment she suspects her pregnancy. "That way, a doctor or nurse midwife can assess the health of both the mother and her fetus at an early stage."

The ASCC Nursing instructors, warn mothers to exercise caution when considering a visit to a *fofo* (traditional healer) during pregnancy. "Ah Mageo says Pregnant mothers should always get the advice of their medical doctor at LBJ or their local Health Center before they seek treatment from a *fofo*,, She explains that "A mother may have a serious condition that a *fofo* cannot detect, but a 'Western' doctor can. A mother may lose valuable time if she only goes to see a *fofo*, time when a doctor at LBJ could have diagnosed and treated that condition.

September 15 2<sup>nd</sup> Bulletin

The identity of a man whose remains were found near Mount Alava last year
have been identified. A press release from the Attorney General's Office
said the victim's name cannot be released due to an on going investigation
surrounding his death . But the identification was due to the combined
efforts of the Attorney General's Office, CIIB Division of Public Safety.
The Drug Enforcement Agency Hawaii Airport Task Force and the FBI
crime Lab in Quantico Virginia. Attorney General Fiti Sunia has been
informed that local efforts to purse the identification of the victim will be
recognized nationally in an upcoming report which the FBI will publish in
scientific and law enforcement journals. A renowed forensic anthropologist,
Dr. Douglas Ubelaker was involved in reconstructing the remains found at
Mt, Alava. Together with FBI forensic technicians. Dr, Ubelaker the Chief
Forensic Anthropologist for the Smithsonian Institute
Pieced skeletal remains which were recovered from the National Aprk. And
a facial construction was accomplished using local eye witnesses and an FBI
forensic artist via videoconferencing. The sketch was the used to prepare a
missing person's poster which was released to the local press. Within a
matter of days of the story being publicized in American Samoa, someone
from the US mainland called and revealed the victim's name and provided a
photo of the victim. Local witnesses were also able to confirm the victim's
identity. According to the press statement, the successful results from the
completed identification process will help investigators prepare charges of
those responsible for the murder. The victim's identification had been
known for some time but the AG's Office had withheld release of this
information because it may tip off possible accomplices. Attorney General
Fiti Sunia said this case investigation was begun locally and stemmed from
an on going murder investigation here. Then we joined forced with the
federal authorities and utilized their resources to identify the victim. It was
the combined efforts of local and federal law enforcement that made the
identification possible. He added, we are proud of our work and are honored
to be receiving recognition for the part we played in obtaining the results.
This case is now being reviewed by the United States Attorney's Office in
San Francisco and we anticipate a continued joint effort to bring those
responsible for this brutal murder to justice.

Remarks made by the Chairman of the Senate Select Investigative Committee Senator
Lualemaga about the lack of action from local law enforcers have upset some of the top
brass in the Department of Public Safety. Deputy Commissioner Mike Fuiava said the
SSIC chairman should ask those doing the investigations first before attacking law

enforcement authorities. He said that DPS carried out an investigation of the three
companies which were involved in the Department of Education bookshelf orders, of
which the company owned by the Lt, Governor and his wife was one. He said there was
no evidence of wrong doing on the part of the Lt, governor and his wife's company.
KHJ News pointed out that ASG also cited lack of evidence in the investigation of former
Director of Education Dr. Sili Sataua and Deputy Director of Human and Social Services
Patolo Mageo, yet federal charges have either been filed or about to be filed against them.
Fuiava said that the feds do not look at cases the same way DPS does but did not
elaborate.
Fuiava said it appeared that the SSSIC chairman wants federal authorities to take over
local law enforcement and he was upset with the derogatory tone of Senator Lualemaga's
letter. Fuiava said police take their duties very seriously and it is not fair for the
SSIC chairman to attack their performance without knowing the facts. The deputy
Commissioner said the SSIC never asked DPS about the status of the investigation of the
Lt. Governor's company and it's not for DPS to give the results of a case if its not asked.

The team from the United States Department of Education is inspecting public schools
today. Lupelele Elementary and Tafuna Junior High and three other schools are included
in the team's visit. A DOE official said that the visiting team have been positive about
their visit and have said that they want to help the local department. Meetings with
Yreasury, Budget and Procurement were held yesterday. And

USDOES visitibgf schools, project coordinators, exit meeting. Friday
Philo Jennings, talking to treausyrm budget, procurmenet, help with Treasury system,
indirect costs and different programs, special ed, head start, CIA, testing
I had a meeting with them, introduction, high risk status, quarterly reports, seem happy
with it, Best and worst, Lupelele, smaller ones and Tafuna Junior,
Pavaiai most crowded. More money for school buildings.  •

Deputy Commissioner of Public Safety Mike Fuiava
Deputy Commissioner of Public Safety Mike Fuiava Involved school lunch, involved
feds, ese the way feds looks the way we look at
We're here, serving the people, DPS, he makes
Run our federal go right ahead. That's the reason we have a local law enforcement for
them to come to us.
If evidence. That's the goevrnor's, not happy with the comments the people of AS
should know, we're doing our job. Aitofele sunia, faau, doe, bookshelves, all those three
companies included in our investigation. There's no evidence
If there was evidence people will know. Deputy disturbed busting our assess, and people
slam dunks like

i

Pito Yandall vili mai taase sagapolutele Moso same vehicle total loss Durango fou lava
Dodge Dorango black and white,

Feb 11 1st  '04

The Senate chamber turns into a courtroom today with Senators acting as judge and jury in the contempt hearing for Public Safety Commissioenr Tuiteleleapaga Peseta Fue and Prison warden Mika Kelemete. Their alleged crime: not honoring a Senate Select Investigative Committee subpoena to appear last Thursday. This will be the first time in the territory's history that the legislature will engage in contempt proceedings, a responsibility which has heretofore rested with the Judiciary. Had the Senate not been in session when the matter between the SSIC and the two DPS officials came up, the petition for a contempt citation would have landed in court. But this was not the case and under the resolution which established the investigative committee, if a contempt issue arises and the Senate is in session, the upper chamber is to review an application for contempt. SSIC chairman Senator Lualemaga says the hearing this morning is to afford the DPS officials due process. He indicated that other witnesses may also be called such as the staff member who delivered the subpoenas.
Contempt of the Senate is a class d felony and carries a jail term and/or fine. Tuiteleleapaga and Kelemete were called to testify at a hearing into the incident in which an inmate was killed by another prisoner two weeks ago. When the two did not show up an SSIC staff member called the commmisisoner's office and was told that the commissioner was out to lunch. Apparently the commissioner later called the chairman to apologize and said that the hearing had been postponed.
If Tuiteleleapaga is found in contempt he will not be the first commissioner to find himself in that predicament. Several years ago, then Commisisoenr of Public Safety and now Senator Te'o Fuavai was found in contempt by the High Court and given a suspended jail term.

The first 10 advance copies of the ASG audit reports for fiscal years 1998 to 2000 were distributed on Friday. The main print run is expected to be released by next week according to the Manager of the Territorial Office for Fiscal Reform Jack Kachmarik. The audit reports go to all ASG grantors, the Fono, and other relevant agencies. The audits were conducted by the accounting firm of HJ Holsinger of Pennsylvania and unde rthe memorandum of agreement for the fiscal reform plan ASG was required to complete them two years ago. When asked about the genera; outlook of the audits, Kachmarik said that these were bad years for ASG and the reports reflect the goevrnment's unhealthy financial status at that time.

February 24th marks the first anniversary of the disappearance of Wyatt Bowles Jr. and those accused of killing him have yet to be tried. Talofa Seumanu , Victor Sepulona and Richard Mahjor face murder and assault charges in connection with Bowles disappearance but with the sealing of court records and proceedings for the three defendants and four others charged in the case, his family and members of the public are still in the dark as to what happened on that fateful night last February. Mahjor was supposed to stand trial yesterday but KHJ News has learned that his case has been continued. Assistant Attorney General Marc Roy who has bene the lead prosecutor in the case has nto returned from off island. He is said to be on an official trip to Washington. During a Sneate hearing LATE LAST YEAR. Attorney general Fiti Sunia said that the

government is ready to prosecute the case and indicated that the trial was going ahead this month.

The Small Business Administration has approved more than $170,000 in housing loans for local residentsn who suffered damages from Cyclone Heta. SBA's Field Operations Specialist Carl Gaspari, says registration is progressing well and the SBA is doing its best to get help to those who need it.


Congressman Faleomavaega testified before the International Trade Commission (ITC) as part of his ongoing effort to protect American Samoa's future.

    "In the coming year, the United States will begin to negotiate free trade agreements with Panama and the Andean countries, including Ecuador and Colombia," the Congressman said. "Once again, reducing or eliminating tariff rates on canned tuna is being debated."

    "However, this time, Congress will not have an opportunity to offer amendments to the trade agreement. Instead, Congress will only be allowed to vote, yes or no, for the agreement that the Administration will propose."

The congressman said "The ITC will make a recommendation to the United States Trade Representative (USTR) based on testimony given at today's hearing.

In his testimony the congressman said that more than 80% of American Samoa's economy is dependent either directly or indirectly on two United States tuna canneries (StarKist and Chicken of the Sea) which employ more than 5,150 people or 74 percent of the workforce. As was repeatedly stated during the Andean Trade Preference (ATPA) debate, a decrease in production or departure of one or both of the two canneries in American Samoa could devastate the local economy resulting in massive layoffs and insurmountable financial difficulties."

    "Needless to say, any fluctuation in global tariff rates places our canneries at risk. As StarKist has repeatedly stated, the only market for tuna from American Samoa is the United States and this is why I have provided the USTR, the ITC and the House and Senate with documentation that clearly shows that the Andean countries have the production capacity to destroy U.S. tuna operations in American Samoa, Puerto Rico, and California."

    "Ecuador and Colombia have the capacity to jointly process 2,250 tons of tuna per day or 48.6 million cases per year," Congressman Faleomavaega said. "Given that total U.S. consumption is only about 48 million cases per year, the Andean countries have the production capacity to supply the entire U.S. market and wipe out the economy of American Samoa. If the wage differential between American Samoa ($3.60 per hour) and the Andean countries ($0.70 per hour) is also considered, it is reasonable to conclude

that American Samoa will not be able to fairly compete against Andean competition if U.S. tariff rates are reduced or eliminated."

"Given these eventualities, the congressman asked the ITC to make a recommendation to the USTR to keep in place what Congress agreed to last year during the Andean trade debate and that is to exclude albacore tuna from preferential trade treatment, exclude canned tuna from preferential trade treatment, and include a rules of origin provision on any and all pouched tuna permitted to enter duty-free."

Metro Samoa is expanding to Hawaii with a new store in waipahu taking part of the space vacated by Arakawa's, the old plantation-era store that closed in 1995.

Metro had quietkly opened a year ago in its small space at the Westgate Shopping Center .

The new store will cater to all things Samoan and the Smaoan culture but fabric is a main drawcard. "How many times I've been asked if I can find hats?" said Hannemann, who serves as a liaison for the American Samoa lawmakers and officials here and frequently finds himself shouldering the demands of protocol. "I got to go to six different stores, and they don't have the kinds of hats the Samoan ladies like.

"The other thing I've done is shop for fabric, but nobody can stock it the way Metro does."

There are more than 28,000 Samoans and part-Samoans living in Hawai'i, according to the 2000 Census.

**More retail space**

Metro Samoa opened the first of its six American Samoa stores 18 years ago, and its president, Tony Chen, is due for a Friday stopover here in preparation for the grand opening, said the Hawai'i general manager, Larry Yang.

At 2,700 square feet, the new store will have about three times the current retail space, Yang said; the remainder of the total 9,000 square feet will include offices, an upstairs warehouse and ground-floor storage.

Like Arakawa's, Metro Samoa sells general merchandise — luggage, handbags and sundry items line one wall — but the emphasis is on apparel and fabric. On Monday, Yostee Phillip, a Marshallese living in Waipahu, stopped by to purchase fabric for her family's needs.

However, said sales clerk Finaumauai Oshiro, most of the clientele is Samoan, many of them trying to fulfill the custom known as sua, the bearing of tributes to important people or on important occasions, such as weddings and funerals. Fabric is one element of a sua presentation; Oshiro had just finished cutting two lengths of fabric that Taifilele Mitaina had purchased as gifts for the one-year anniversary of a family member's death.

May 5 3<sup>rd</sup> Bulletin ⁱ☉ろ

All 8 defendants charged with defrauding AFLAC insurance through filing false medical claims remain behind bars at the Federal Detention Center at Honolulu Airport. Hopes that they will be released on bail after detention hearings today were not realized as the hearings were continued to Friday. It's believed that defense attorneys requested the continuation to allow families of the defendants to organize bonds for them. It appears that all 8 will agree to have the venue for their case changed from Columbus Georgia to Hawaii. The government is set to oppose motions by their attorneys for their release on bail to await their trials. Rumors have been circulating that a ninth defendant was arrested in Miami Florida but a check of the Columbus Georgia and Hawaii federal courts showed no trace of the alleged suspects name.

Goevrnor Togiola Tulafono held his first cabinet meeting this morning. The Goveror;s Office did not issue a statement on the meeting but two department directors questioned said that the governor was stern in his statements. According to the directors Togiola instructed that the directors stay within their budgets for the remainder of the current fiscal year and obey restrictions on off island travel, overtime and comp time. The governor told directors that strict monitoring of off island trips and overtime payments will be in place. He announced that Lt. Goevrnor Aitofele Sunia will continiue to work closely with Treasury. Other issues discussed were fiscal reform policies and the long talked about ASG salary reclassification plan. Agencies which have been working on the plan have been given a June 1<sup>st</sup> deadline to submit a final plan to the governor. Directors then took turns to report major developments in their departments and only half of the departments were able to do so today.

A motion by one of the defendants charged in connection with the disappearance of Wyatt Bowles Jr. to dismiss the charges against her has been denied by the High Court. The motion had been filed by Mrs Diane Mahjor, charged with two counts of tampering with evidence. Her lawyer Paul Miller argued that the government's pleading did not allege all of the elements of a felony, on that of a misdeameanor and therefore the charges were in error and should be dismissed. The court disagreed, saying that the information in the language of the pleadings followed that of the statute. Mrs Mahjor will appear with the other seven defendants charged in the case, on May 19 for pre trial conferences.

Confusion about the loan programs available from the Development Bank of American Samoa was evident at public meetings held last week. The meetings were to explain changes to the Home loan program funded bu the US Housing and Urban Development Program and administered by DBAS. The loan program will make HUD funding available for new home construction for the first time and raise the ceiling of home repair loans. HUD's Director of Community Planning in Honolulu Mark Chandler said the meetings help clear some of the confusion.

Hawaiian Airlines expects to lose $5.3 million in the three months ending June 30, a smaller deficit than the $31.1 million it lost in the second quarter of 2002.

The projected loss for the second quarter of this year includes shortfalls of about $2.9 million in April and $4.4 million in May, and $2 million in net income in June.

The airline, attempting to restructure under Chapter 11 bankruptcy protection, said in a required court filing that it expects total operating revenue of $154.4 million in the second quarter, up from $148 million in the same period a year ago.

Operating expenses for the quarter are projected at $158.5 million, including $24.1 million in aircraft rental.

The carrier expects to pay aircraft leases of $8.9 million in April, $7.7 million in May and $7.6 million in June.

A federal agency will lay off 242 full-time Hawaii airport screeners by Sept. 30 due to budget constraints.

The Transportation Security Administration announced yesterday it will lay off 6,000 of its 55,600 total screener work force nationally. Locally there are 1,183 screeners.

Half the cuts will be made by May 31, the other half by Sept. 30. Honolulu Airport will lose 65 of its 655 screeners, Lihue 15 of 99. Molokai 12 of 31, Hilo 15 of 66, Kona 41 of 104. None of Lanai's 19 will be lost. Kahului will take the biggest hit with a 44 percent reduction, losing 94 of its 209 screeners.

The Department of Homeland Security agency said about $280 million would be saved with the layoffs. TSA noted it is working to meet a May 16 congressional deadline to reimburse air carriers $2.3 billion in airline security fees.

State transportation and federal TSA officials say the action should not severely affect the time it takes to screen passengers.

"The bottom line is, we have to be more efficient, but we're not going to compromise security," said Sidney Hayakawa, TSA Honolulu federal security director.

TSA West Coast and Pacific regional spokesman Nico Melendez said it is too early to tell whether the reduction will mean longer lines for passengers at airports.

Spetmber 15 1ˢᵗ Bulleitn

The Senate Select Investigative Committee is reviewing transcripts of the testimony of Chief Procurement
Officer Faau Seumanutafa to ascertain what charges to recommend for a criminal investigation against
the CPO. Committee Chairman Senator Lualemaga Faoa said Friday that the SSIC;s attorney has been
directed to review transcripts from the three days of testimony by the CPO and identify laws which he
may have violated. He said the committee will then make a formal vote on the CPO's case. As for plans to
file contempt of Senate charges against Seumanutafa for not complying with a committee subpoena to
appear early last month, Senator Lualemaga said that this may not happen. He said that the CPO has co-
operated with the SSIC and this was the committee's main aim. The chairman did indicate however that
the decision rests on the full committee but there has been no mention of the contempt issue in the last
two weeks.
Today the Committee will question the owner of Mrs. Paul's Restaurant Joseph Paul, concerning the
dough mixer sold by Shool Lunch Program employee Faavael Sala to the restaurant. Paul has said that he
had now knowledge that the $3,800 mixer which he bought fpor $500 was stolen. He said that a man
named Tony called the restauyrant last Nmomeber and said that he and his brother had brought a
contgainer of equipment from the mainland with plans to set up a restaurant. However the plans had not
worked out and he was trying to sell the equipment.
Also scheduled to appear before the SSIC today are the Director and Deputy Director of the Departn of
Agriculture.


The first flights to the islands of Manu'a in more than a week will be operated tomorrow by Samoa Air.
The airline;s CEO Andre Lavgine said Samoa Air will operate one flight tomorrow to Ofu and Ta'u. The
flight departs Tafuna at 4 pm. . The next flight will be on Friday at 11 am. Samoa Air will operate every
Monday and Friday for the next few weeks with a flight leaving Tafuna for Ofu and Ta'u at 11 am. .
Lavigne told KHJ News Friday that the flights are possible because the airline saved hours on the aircraft
in case of an emergency. Lavigne said a week without flights is an emergency and this is why Smaoa Air
is operating the limited flight scheldue to Manu'a.

The maintenance required on Samoa Air's single aircraft was not begun last Monday.

Laviogne said "We did not beging the required maintenance process immediately, as we wanted to insure
the safety of the people of the Manua's.

He said the Governor's office had bene advised before Samoa Air suspended service that Samoa Air was
keeping its aircraft ready for flight in order to respond to any emergency request by DPS or LBJ hospital.

Samoa Air expected that an alternate mode of transportation would be found within a week, but because
DOT approval is taking longer than expected, the situation in the Manua Islands is getting more critical
every day.

" We consider the lack of flights for a week an emergency situation, this is why we have decided to offer a
limited schedule until we arrive at an alternative solution." CEO Andre N. Lavigne.

Samoa Air will not be flying to Apia or Savai'i. However Lavigne said the airline is seeking alternate
solutions for Apia service.

The newly confirmed Director of Education Dr. Lui Tuitele has already moved to stop the unatuthorized
use of school cafeterias and put principal;s back in charge of their school kitchens. For the last several
years School Lunch Program personnel have been in charge of the cafeterias in schools and it was
common for school kitchens to be used to prepare food for funerals, weddings, fundraisers and other
large gatherings. The principals did not even have keys to the kitchens. According to some principals this
pratice was begun during the tenure of former DOE Director Dr. Sili Sataua. Last Friday Dr. Tuitele sent a

memo to all schools stating that effective immediately if anyone wants to use the cafeteria facilitites approval must be obtained from the principal of the school concerned.

The three murder suspects in the Wyatt Bowles Junior disappearance case will be in court this morning for pre trial conferences. Richard Mahjor, Talofa Seumanu and·Victor Sepulona are charged with murder first degree assault, felonius restraint,. Tampering with physical evidence and property damage. The court proceedings this morning will be closed to the public and a gag order for all those involved in the case of the three men and five others charged in connection with Bowles disappearance, is still in effect. SEUMANU AND Sepulona, Samoana high school graduates are said to have made acquaintance with Mahjor while he was an assistant football coach for Samoana High School for two years. MaHJOR IS REPRESENTED BY Fepuleai Afa Ripley, Seumanu by Public Defender tautai Aviata Faalevao and Sepulona by Salanoa Aumoeualogo Soli. **Sanele Mareko charged with tampering with evidence was released last Friday.**

The Department of Health has issued an advisory to local residents concerning an outbreak of rebella or measles in Samoa, Tonga and Niue. The department is encouraging parents to check if their children have received the vaccination for measles and if not to take them to the nearest health center for shots. The Department is also advising those who are planning to travel to Samoa or other Pacific islands, to make sure that they and their family members have received MMR vaccinations. The signs to watch for include a rash, mild fever, stuffy or runny nose, pain and swelling in the joints and swollen glands. Rubella can be very serious for pregnant mothers, said the advisory. The disease can affect the unborn child who will be suspectible to blindness, deafness. Brain damage, heart problems and other serious conditions.

The Health Departemnt advises residents to be vigilant in protecting themselves and their young ones from rubella.

September 15, 3rd Bulletin 'υ $\overrightarrow{\partial}$

The Director of Agriculture Apefa'i Taifane told the Senate Select Investigative Committee today that his department was asked to provide 6,000 pounds of taro and 6,000 pounds of bananas for the funeral of the late governor Tauese Sunia. He said the poundage was provided by local farmers which his department contacted and the School Lunch Program paid for the produce. The questions regarding the supply of produce for the late governors funeral came from Committee Chairman Senator Lualemaga Faoa. According to Taifane he received a call from the Manager of the School Lunch Program Toetu Solaita saying that a meeting had been held and it was decided that the Department fo Agriculture will provide produce while the School Lunch Program provide juice and other refreshments.
Senator Lualemaga questioned the Agriculture Director whether in his opinion as a department head the use of federal funds to pay for funeral expenses was allowable and Taifane said he had not questioned the instructions given him. His understanding was that the matter had already been discussed by decision makers.
Another issue that the Director was questioned on was payments he received for more than 2,000 pounds of taro that were made to the School Lunch Program in Apirl of this year. Senator Te'o Fuavai asked the director if it was true that payments were made for bogus invoices to cover produce that were never delivered. Taifane said his honest answer is that there were no such cases of payments received for bogus invoices. He said that the taros he provided were only the second time in the school year that he had ever provided taro or bananas to school lunch. He said local farmers have a chance to sell their produce every two weeks whereas he only provided produce two times. He also said that this order was requested by the School lunch Program. Taifane also told the committee that the April order was shared among him and other local farmers. He said though the check was issued in his name, each farmer who provided a share was paid for the amount of taro he supplied. The committee chairman summarized a letter from local farmer, Pele Ofoia complaining that there was little or no communication between Agriculture and local farmers., that the department lacked procedures and policies and that the agency was riddled with dishonest practices.

Murder suspects in the disappearance of Wyatt Bowles Junior, Richard Mahjor, Talofa Seumanu and Victor Sepulona made their court appearances this morning. With the court proceedings closed, we cannot report on what happened in chambers. There is speculation that a plea bargain was offered by the two Samoan defendants. Today was the deadline for plea agreements to be made. The next court appearance for the defendants is in February of next year.

The owner of Mrs. Paul's Restaurant Joseph Paul testified this afternoon that a mixer his restaurant bought was sold to them by a man Tony Makarusa. He said he had nto heard of Faavale Sala, the School Lunch Program employee who admitted to stealing and selling the mixer to Mrs. Paul's. The owner said his wife received a call one day in March from a person identifying himself as Makarusa and asked if they were interested in buying a mixer. They told him yes and a man then arrived in a red Ford Explorer with the mixer. Paul said he paid $200 cash and a personal check of $300 made for cash for

the equipment. He brought a copy of the returned check which showed that it had been cashed at Tafuna Mini Mart. According ot the owner, Makarusa told him that he and his brothers had planned on opening a restaurant but the deal had fallen through and their partner had taken off with their investment money and they were selling the euquipment to recover their money. Paul said he believed Makarusa's version and had no idea that the mixer came form the School Lunch Program. He said the mixer came without some parts like a boWl and power arms which he had to buy.

After two weeks, the campaign to wipe out filariasis reports that 12,000 residents have taken the pills.

Epidimiologist at the Health Department Jonathan King says while there's still a lot of work ahead the results are much better than in the past, However, the program still needs to reach 34,000 more people in order to ensure success.

The goal is to treat eight out of ten people or about 46,000 people. King said This becomes a bigger task when one factors in that pregnant women, women breastfeeding infants less than one month old, and children under 2 years of age and the severely ill should not take the pills.

Filariasis is inflammation of legs, breasts and genitals to monstrous size, causing permanent crippling.

The encouraging news is that if those eight of ten people (or better) are treated, and this high rate can be maintained for five years, the worm that causes elephantiasis and mumu can be completely eradicated. Then people would not have to take the pills again, and the disease would become a thing of the past.

The exact numbers of people who suffer filarisis or mumu in the territory is unknown. King reports on a recent survey where 30 percent of people questioned knew of someone in their village with swollen legs or arms—the condition most people recognize as elephantiasis.

The current campaign to eliminate LF has visited churches, schools and workplaces such as COS Samoa Packing. Pills are also available for free to anyone from any local health center. The campaign is expected to end in late October.

October 7 3<sup>rd</sup> Bulletin ʻ০ ३

Governor Togiola Tulafono has asked the Department of Interior to cancel a planned
audit of ASG's Fiscal Reform Program by the Inspector's general's Office of DOI. It is
the governor;s understanding that the audit was requested by Interior's Office of Insular
Affairs.
In a Septemebr 29<sup>th</sup> letter to Deputy Assistant Secretary of Insular Affairs Papaliitele
David Cohen, governor Togiola asked that he cancel the audit. The governor said the
entire goal of Fiscal reform is to balance the ASg budget for 2003 and beyond. He said
all preliminary reports show that ASG has a large surplus in 2002 and a balanced budget
for 2003. The deficit has been eliminated and all reports look quite good. He asked why
is OIG intending to audit this successful program,?
He pointed out that the recording of financial activity for FY2003 would not be complete
until January 2004 and the audit for FY2003 will not be completed until Spetmebr of next
year. Said the governor, it seems pointless to audit the accounts at this time and any
determinations would be based on potentially errosenous information. In fact, he said,m
we would be very reluctant to provide any financial information that wouyld be relied
upon to make audit determinations.
The governor expressed concern about the purpose of the audit and asked pointedly: who
requested this audit and why is it being conducted.
He said if the goal is to determmine if AASG has acocmplkishbed fiscal reform for 2003
and beyond, he suggested that the audit be rescheduled for next year when ASG wil have
the results of the financial statements.
The governor told Cohen that if the goal of the audit is to determine compliance with
details of the Fiscakl Reform plan he asked the assistant secretary to cancel the audit.
He said, the funding for the audit comes from a loan to ASG, which Asg repays with
proceeds from its Tobacco Settlement under the Master Plan. The use of the funds is left
largely to ASG's discretion, so long as they are used to accomplish the goals of fiscal
reform.
According to Lydia faleafine Nomura of DOI;s Field Office, Assistant Secretary Cohen
has not yet responded to the goevrro;s letter. She said it is not for DOI to dictate to the
Inspetcor general what audits to conduct. Neither is it their duty to tell the Inspector
Genmeral not to conduct an audit. She said the planned audit would not cover just ASG
but would also address whether the Office of Insualr Affairs has perfomed its fiduciary
responsibility in ensuring that ASg has complied with conditions of the Memorandum of
Agreement for Fiscal Reform. ASG has already drawn down all of the $4.3 million
earmarked for fiscal reform under the $18.6 million tobacco loan settlement.
Two auditors from the inspector general's office are scheduled to arrive in the territory
October 27<sup>th</sup> to carry out the audit.

The Senate Select Invetsigative Committee did not receive the reports it had asked
Treasury to provide today. Instead Attorney general and Acting Goevrnor Fiti Sunia and
Treasurer Francis Leasiolagi met with Commitee Chairman Senator Lualemaga Faoa and
counsel Roebrt Maez and came to a mutual understanding regarding the provision of
financial reports from Treasury. The ASG officials explained that Treasury staff are fully

occupied compiling information for the single audits and cannot come up with the volume of information requested buy the committee in a timely manner. Senator Lualemaga said their meeting agreed that the committee will request information on a particular department or account one at a time and will give Treasury enough time to provide the information. The committee chairman said he was understanding of the task facing Treasury and has agreed to the suggestion made by the executive branch officials. Tomorrow the committee will question Gary Sword of Express Electronics and Deputy Treasurer Talia faafetai Iaulualo concerning the computer supply cointract for the Customs Division.

The opening of Forsgren's Store this morning has attracted big crowds and traffic jams. For most of the day traffic from town heading to Nu'uuli has moved at a snail's pace and the lines were backed all the way to Fagaalu. Mrs Leone Forsgren said that opening day has been a good mad house with everyone coming in at once and as a result ther

Richard Mahjor, one of three suspects facing murder charges in connection with the disappaearnce of Wyatt Bowles Junior was released from the LBJ Hospital yesterday and has returned to his cell at the Tafuna Correctional Facility. Mahjor was admitted Saturday afternoon and was a patient in the Surgical Clinic. Efforts to obtain information on Mahjor;s health and why he was admitted were not successful. He has been seen regulalryly as an outpatient at LBJ and his medication has included valium , Tylenol with codeine, demarol and Zanox.

Police and ambulances speeded to the eastern side of the island about an hour ago in response to a car accident at masausi. According to police a vehicle ran off the road and rested on an embankment. A passenger was taken to the hospital with minor injuries.

Congressman Faleomavaega announced today that applications for the Gates Millennium Scholars (GMS) Program will be available in his district office in American Samoa and interested students may contact him for assistance.

"Every year, the Gates Millennium Scholars Program works closely with my office to announce the availability of scholarships and to distribute applications to our local students," Congressman Faleomavaega said. "This year, the Director of Outreach and the Project Director have also requested my assistance in acquiring a list of all high schools, their addresses, school contacts and their titles to be added to the GMS database for next year's automatic distribution."

"For the 2004-2005 competition, GMS will be delivering more than 200 applications to my Washington office and I will immediately forward these applications to my district office in American Samoa where my staff will assist all interested students in applying for a scholarship. The Gates Millennium Scholars Program provides funding for minority students to assist them in obtaining an undergraduate and graduate

education. Pacific Islanders, including American Samoans, are eligible for this program and I encourage all qualified high school students to apply."

"Created in 1999, the Gates Millennium Scholars Program is funded by Bill and Melinda Gates with the intent to encourage students to attend college as well as enable these students to attend the schools of their choice. Students chosen as Gates Millennium Scholars receive funding based on financial need and the cost of tuition, fees, books, and living expenses are also included," the Congressman said. "In addition, the scholarship is renewable based on the student's academic progress and timely application."

"Once again, I want to encourage every qualified student in American Samoa to take advantage of this opportunity and apply for a scholarship. I also want to thank the GMS for working closely with my office year after year to provide scholarship opportunities for students in American Samoa and to assist them in continuing their education," the Congressman concluded.

October 7 2<sup>nd</sup> Bulletin

Long before the doors of the new Forsgren Store in Nu'uuli were to open to the public a large crowd had gathered outside eager to check out the new store. And right after Mrs Leone Forsgren cut the ribbon, shoppers flowed in by droves. Earlier a small crowd of friends, relatives, church pastors and representatives of businesses which were affiliated with the store's construction attended a simple opening ceremony. President Anders Forsgren, his wife Leone and eldest son Barry recounted how the newest and biggest department store on the island rose from the ashes of what was once Laufou Shoping Center. They said their resolve and fortitude to build a bigger and better Laufou was inspired by faith: faith in God and faith in the community. Andy said that he had always wondered what it would be like if a tragedy struck and he would lose everything he had worked years to build. He learned what that was like after the fire which destroyed Laufou Shopping Cneter April 20<sup>th</sup> 2002. But he said that the words of the Psalm, God is your refuge and strength were his guiding light and gave him the courage to tackle a project of this magnitude. He paid tribute to his wife Leone and son Barry for shouldering the bulk of the project. Barry said the concept and vision of the new Laufou was in his mind as he was seeing the flames devour the old Laufou. And he remembered when talking to the employees, saying to them do not focus on the ashes but set your minds ahead of a bigger and better Laufou. He thanked the contractors Paramount Buiklders, archtect Joe Wilemen , Bull Maxey and CSL which provided the bulk of the building materials and several other companies which contributed to the vuiulding of the new Forsgren. The Forsgren's y0oungets son Aaron and his wife have returned to help run the store. Daughter Malena, wife of Manu Samoa coach Michael Jones was present with her two children.
KHJ's Lupe Lu described the scene inside the store during the first two hours of being opened.

ASG is objecting to a planned audit of the Territorial Office of Fiscal Reform by the Inspector General's Office of the Department of Interior. According to Treasurer Francis Leasiolagi the reasons for ASG';s objections is because of the timing of the audit and because TOEFR's mission and operation is not in question. Leasiolagi said that the audit comes as Asg is trying to close the books for the FY2003 fiscal year so it would be difficult for his staff to accommodate the federal auditors. He also explained that ASG does not have any doubts about the operation of TOFER. He said that tTOEFR has served the mission for which it was etsbalished.

Richard Mahjor, one of three suspects facing murder charges in connection with the disappacarnce of Wyatt Bowles Junior was released from the LBJ Hospital yesterday and has returned to his cell at the Tafuna Correctional Facility. Mahjor was admitted Saturday afternoon and was a patient in the Surgical Clinic. Efforts to obtain information on Mahjor;s health and why he was admitted were not successful. He has been seen regulalryly as an outpatient at LBJ and his medication has included valium , Tylenol with codeine, demarol and Zanox.

October 6 1<sup>st</sup> Bulletin    $i\tilde{\upsilon}$ ?)

Governor Togiola Tulafono has left Saipan and Guam and is now in Taiwan where he and the First Lady are guests of the Taiwanese Government for the Double Ten ceremonies. In explaining the purpose of his trip, the governor said via email that he attended this ceremony in Hawaii last year at Taiwan's invitation and their travel expenses are being met by the Taiwanese Goevrnemnt. He said since the trip puts them in Japan on the way back, he thought it appropriate to set up some meetings with Japanese companies and government agencies that have shown interest in what American Samoa is doing in the area of technology. Govenror Togiola said along with these official meetings, he will also pay a visit to Fort Zama in Japan to meet with Samoan soldiers and their families. He said that he will discuss with the Samoan soldiers such as registeration to vote; voting in elections and home of record. Togiola said he will also discuss with the soldied his philosophies for the administration and the direction he is taking in developing the territory. " I am going to open myself to discussion with them and hear their views about the future of our territory," concluded the governor. The governor and first lady are due back next Monday night. Meanwhile Lt. Goevrnor Sealiimalietoa Aitofele Sunia is scheduled to leave tonight for an educational summit in Washington D.C.

Police Officer Sam Tupuola is being reinstated at the Departemtn fo Public Safety under orders of Administrative Law Judge Malaetasi Togafau. A ruling issued last week by the ALJ directed the Departemnt of Human Reousrces to reinstate Tupuola who had been terminated in August aftfger an internal inquiry conducted by the Internal Affairs Division of Public Safety found evidence that the officer had been drunk on the job and had driven a police vehicle while intoxicated causing an accident. Tupuola had filed a grievance over his termination with Judge Malaetasi's court. The administrative law judge ruled that DPS and the Departemtn of Human Reosurces did not follow administgrative proicedures in terminating the officer. He ordered that the officer be reinstated and be paid for the period of time that he had not been working. The judge's order restores all leave and salary benefits for Tupuola as if he was never terminated. Accoridng a DPS official, Tupuola will not be going back to the substation west but has been assigned to the central station.

The main defendant in the killing of Wyatt Bowles Jr. Richard Mahjor was admitted into the LBJ Hospital Saturday afternoon. According to sources, Mahjor remained in the hospital up to this morning. For the last few months, Mahjor has been a regular out patient visitor to the hospital where he has been seen by Director of Medical Services Dr. Iotamo Saleapaga. The defendant has reportedly been prescribed a cocktail of anti depressant drugs including xanax and valium.

Director of Education Malaetele Dr. Luitele says an overhaul of polices and procedures will be carried out in his department to stop the abuses that have been occurring in the last several years. Malaetele said in an interview Friday that he has key people looking at problem areas now and coming upo with recommendations for him to review when he returns from an educational summit in Washington D.C. in two weeks. He said personnel will also be moved around so that expertise and talents are appropriately placed to achieve maximun results for the department. Concerning the placement of Deputy Director Aoomalo Manupu Turituri in the Goevrnor;s Office, Malaetele says Aoomalo's main function is to work on the DOE policy manual and any other duties assigned him by the Goevrnor's Office. There has been no replacement for Chief of Finance Paul Solofa, who has been reassigned to the DOE warehouse for textbooks and supplies. Malaetele says there are several people in DOE that he is considering to take over Solofa's duties. At the School Lunch Program, Levine Tupe continues as Program Manager, with the resignation of Toetu Solaita a few weeks ago. Tupe had been assigned to oversee the School Lunch Program when Solaita was temporarily removed in July. One personnel change that was not implemented was the reassignment of Financial Aid administrator Luisa Sunia. Malaetele acknowledged that there had been complaints from the public about Sunia's performance but when he consulted the Chairman of the Financial Aid Board, Rev. Ned Ripley,

the reverend was happy with Sunia's work. Malaetele said he has informed Sunia that he will be monitoring her work performance and if there are any more complaints from parents about her he will replace her.

The federal representatives on the Coral Reef Task Force have passed a resolution committing themselves to provide money and people to help preserve reefs in the United States, including Guam.

Though no exact amounts of money or number of people were specified, over the course of the meeting representatives from federal entities such as the U.S. Departments of Interior, Commerce and Agriculture and the U.S. Environmental Protection Agency approached local officials and discussed how, where and when such resources could be made available.

These agencies promised to come back with tangible offers by December.

In addition to passing resolutions that will affect the Pacific islands' reefs, task force members also heard from three islanders about their cultures' traditional reef-management practices, and ways the task force can integrate those practices into their own policy making.

High-talking Chief Apelu Aitaoto from American Samoa, former Mayor Buck Cruz of Merizo and congressman and world-renowned environmentalist Noah Idechong of Palau spoke to the council on their islands' traditional practices.

Pacific Magazine, the largest-circulating news magazine covering the Pacific Islands, has named an American Samoan to its top sales management position.
The magazine in a statement said that Florence Betham, originally of Ottoville, Tafuna, becomes Sales Manager for Pacific Magazine on October 13th. Betham currently works for Watermark Publishing, a sister company of Pacific Magazine.
"We are extremely pleased to have Florence join our staff," said Floyd K. Takeuchi, Pacific Magazine's publisher who also serves as president of the magazine's parent company, PacificBasin Communications.
"She has received high marks from all of her previous employers. Florence's sales experience, great work ethic, positive attitude, and her knowledge of the South Pacific will be a huge plus for us," Takeuchi said in a magazine's statement.
Betham graduated from Fa'asao High School in American Samoa, and has undergraduate degrees from American Samoa Community College and Hawaii Pacific University. She is currently completing a master's degree at Hawaii Pacific University.
Betham will replace Sales Manager Leah Ulep, who has been with Pacific Magazine for the past three years. Ulep will become an account executive at Honolulu Magazine, one of four monthly magazines published by PacificBasin Communications.
Also joining the Pacific Magazine team are Vincent and Fa'aalu Iuli, who are based in Pago Pago, American Samoa. They will serve as advertising sales and distribution representatives for Pacific Magazine in American Samoa and Samoa.
"We have a strong presence in both markets, and I am confident that Vince and Faíaalu will help us continue to grow in the Samoas" said Takeuchi. "They are both recognized as business and community leaders, and we are excited to have them on our team.í
Pacific Magazine has been covering Oceania since 1976. PacificBasin Communications acquired the magazine from its founding publisher, Bruce Jensen, in May 2000.
PacificBasin Communications is Hawaii's largest, locally owned media company. It

Feb 19 2nd Bulletin

Two investigators of the Criminal Investigations and Intelligence
Bureau of the Department of Public Safety headed off island Friday
night with what is believed to be evidence connected to the Wyatt
Bowles Jr., disappearance case. Sources have confirmed that the
officers were handcarrying the evidence to a lab in the mainland for
testing. Efforts to establish just what the evidence was were
unsuccessful as those questioned cited the gag order on anything
relating to the case. The officers who left on Friday night with the
evidence were John Cendroski and major Seväaetasi.
Meanwhile the suspected mastermind behind Bowles disappearance
Richard Mahjor was in court again on Tuesday, the second time in a
week. His trial had been scheduled for this month but has reportedly
been continued. The lead prosecutor in the case Assistanmt Attorney
General Marc Roy has been on an extended official trip to the
mainland and is believed to be working on the Bowles case.

The Pago Pago Post Office will begin accepting applications for US
Passports next Monday. Post Master Smitty McMoore says local staff
members received training this week on the processing of passport
applications from two officials of the US passport Agency, in Honolulu
and Philadelphia. At present the Attorney General's Office is handling
applications for US passports and will continue to do so even after the
Post Office takes over. McMoore says only three of them will handle
the passport applications. Us nationals and US citizens can pick up
applications from the Post Office, take them home to fill then retrun
them to the Post office. Post Office staff will be available to help
applicants who need assistance. McMoore says the applications will be
sent out on the next available flight and processing in Honolulu should
take 6 weeks. The cost of new US passports is $70 for 16 years and
under and $85 for those 16 and older. The fee for an expedited
application is $60 extra per person.

The "urban" classification of Tutuila, Saipan, Northern Marianas and Agana in Guam by
the Federal Communications Commission is preventing the territories from receiving
reduced telemedicine and telehealth costs, as provided under the Communications Act of
1934.

To correct this inequity, Guam's Delegate to Congress Madeleine Z. Bordallo has
introduced a bill which would label the US territories as "rural areas" in the health care
service supports provided under the Act and designates Honolulu, Hawaii as the nearest

urban area.

Besides Bordallo, the other sponsors of H.R. 3750, or the Pacific Insular Areas Rural Telemedicine Act are congressman i Faleomavaega Eni Hunkin, , Hawaii Rep. Neil Abercrombie, Puerto Rico Rep. Anibal Acevedo-Vila, and U.S. Virgin Islands Rep. Donna M. Christensen.

The Rural Health Care Program provides reduced rates to rural health care providers for telecommunications services related to the use of telemedicine and telehealth.

Telemedicine is the use of telecommunications to provide medical information and services. It could be as simple as two doctors discussing a case over the phone, or as sophisticated as using videoconferencing technology.

Currently, the program can fund up to $400 million annually to ensure that rural health care providers pay no more than those in urban areas for the same or similar telecommunication services. This support is determined based on mileage or a comparison of urban and rural rates.

Bordallo explained that, in its initial rulemaking for the Rural Health CareProgram, the Federal Communications Commission designated the urban areas for Pacific insular areas to be Tutuila in American Samoa, Agana in Guam, and Saipan in the CNMI.

She said these designations were made despite the fact that none of these cities have a population of over 50,000, the threshold used by the FCC in making an urban area designation for a state.

Bordallo said that health care providers in the territories have been informed that the rural helath care telecommunication discounts would only be applicable to interconnecting health care facilities in remote locations within their jurisdictions.

She said for Guam, there are no health care facilities that would benefit from this definition. For American Samoa and the CNMI, the only health care facilities that would qualify are those located on remote islands within the political boundaries of their territories.

Bordallo says These jurisdictions, in their entirety, are classified as 'rural areas' and qualify for the rural development programs of the U.S. Department of Agriculture. The FCC designation of the capital cities of these jurisdictions as "urban" has prevented health care providers s in these remote, rural areas, access to much needed services.

The Guam delegate pointed out that residents of Guam, American Samoa, and the CNMI contribute to the Universal Service Fund and represent the types of communities that were envisioned to be served by the RHCP.

May 7 1st 2003

Five passengers of a pick up truck which ran off the road near the Afono pass late yesterday afternoon are now patients at the LBJ Hospital. Three suffered serious injuries while two were kept overnight for observations. An LBJ official said that no one was on the critical list.  Police say that a brand new double cab Toyota Tacoma crashed into a telephone pole, went  over the guard rail and landed several hundered  feet from the top of Afono pass. It's believed that the trees blocked the truck from rolling down the mountain side.  The truck belonged to a Vatia family and was heading home around 4 pm when the accident happened.  Motorists passing the area were the first to offer help to the accident victims, before police and EMS personnel rushed to the scene with sirens blaring. The injured included four adults and a teenage girl.


There are strong objections from the federal government to having defendants in the Aflac insurance and mail fraud case being released on bail and allowed to return to the territory.  The objections are contained in a declaration filed by Special Agent William Denson, also the Federal Bureau of Investgigations Liaison to American Samoa.  Denson says in the declaration filed Monday that the defendants are a flight risk and the close proximity of Samoa, a foreign nation, and the close family ties between local residents and Samoa will increase that risk.  Denson's 6 page filing documents his experience as a federal agent investigating the Daewoosa Samoa, AFLAC and other cases in American Samoa and the apparent lack of co-operation from local authorities particularly the Attorney general.  The brief also talks about he quashing of arrest warrants for 11 persons that had been under investigation in the insurance fraud case, and release by the Attorney General of the prosecutor who had been working on the case.  Concerning the flight risk, Denson said that AmericanS amoas typically have strong familiy ties to people in Samoa, which is a foreign nation.  Travel form American Samoa to Samoa is easily accomplished and inexpensive.  He said, given the American Samoa goevrnemnt;s prior actions with respect to failing to properly recognize federal jurisdiction in the American Samoa, in conjuction with the territory's unique geographical situation, the defendants are at risk of flight in so much as they may not appear when commanded to do so.  Denson's statement will be considered by Judge Leslie Kobayashi in determining whether to grant bail for the 8 defendants.  Except for  Kilepoa Tuitama who will have his detention hearing today, the rest of the group will appear on Friday.

The Honolulu Police Department was willing to do forensic tests on the remains found at the National Park lands in Fagasa. But according to Deputy Commissioner of Public Safety Mike Fuiava the time table they gave to be able to carry out the tests for DPS was way too late.  Fuiava said, our friends at HPD were willing to do the tests for us but they are just swamped right now.  He

explained that a lab in the mainland has been secured by Attoreny general Fiti Sunia who has been holding meetings with the US Justice Department in D.C. and law enforcement agencies in California.  The remains are said to be that of an uncle of murder suspect in the disappearance of Wyatt Bowles Junior, Richard Mahjor.  Police retrieved the remains after an overnight search of the park lands near the transmitter site at Mt, Alava in late March.  They were directed to the site  by one of the defendants in the case.

Nurses will no longer have to fundraise and organize the annual celebration of nurses week.  Goevrnor Togiola Tulafono promised during a nurses day prayer service yesterday that  the goevrnemtn will sponsor and organize future nurses week celebrations.  He said this appropriate to show appreciation for the important work that nurses do.  The governor related that while he was awaiting his turn to speak he was wondering why nurses have to prepare their own day of honor instead of the goevrnemtn taking on this task.  Togiola promised the nurses that as long as he is governor, from now on, Nurses Week will be sponsored by ASG.  The issues of salaries also came up.  Togiola recalled that when he last spoke at the Nurses celebration Tofiga Tufele asked for a salary increase for nurses.   The governor told the nurses  that the government no longer oversees the hospital and they would have to take up their salires with the LBJ Hosptial Authority board and CEO .

The Guam government's corruption division has won its first conviction in its campaign against corrupt public servants.
The former Mass Transit Authority General Manager, Joseph Martinez, has pleaded guilty to the unauthorised use of a credit card and two counts of official misconduct.
The Attorney-General, Douglas Moylan, says the conviction is a sign the culture of corruption that has existed in past adminstrations is being addressed.

> "this is one of many cases going on in Guam, we have a federal government that's actively prosecuting and convicting several different government officials. We had a governors administration that lasted for two terms which was eight years, and we are now in the process of hunting down those people that abused the public trust."

Mr Moylan says 10 senior public servants are having cases prepared against them and many others may follow.
He says the fact that he is the first Attorney-General to be elected and not appointed by the Governor adds transparañcy to the process.
Mr Martinez, who spent nearly 7-thousand US dollars on a company creditcard, will be sentenced in July.

May 30 3rd Bulletin

The parents of Wyatt Bowles Jr. are outraged with District Court Judge John Ward's
decision to grant bail for Diane Mahjor. Diane and her husband Richard Mahjor made
initial appearances this morning on new charges of possession of crystal
metphemtpheatine with intent to distribute.  Judge Ward denied bail for Richard, who is
facing murder charges in connection with the Bowles case, but set bail for Diane at
$60,000. Judge Ward did not accept arguments from prosecutors, Attorney General Fiti
Sunia and Assistant AG Talaimalo Uiagalelei that due to the ongoing investigation in
both the Bowles case and other crimes involving the defendant, having Diane out in the
community poses a risk to safeguarding the testimony of witnesses.
Both Bowles mother and father, contacted KHJ News to register their dismay with Judge
Ward's decision. They said that all evidence points to the defendant being a key player
in the alleged drug distribution network and she was not a mere spectator in their son;s
disappearance. Mrs. Bowles says she is worried for her family's safety with Mrs Mahjor
being given a chance to roam the territory freely. She says she will personally hold Judge
Ward responsible if anything happens to one of her other children.
Wyatt Bowles Sr. said he is baffled by the judge's decision to grant mrs Mahjor bail. He
says for the first time, he agrees wholeheartedly with AG Sunia that the defendant poses a
threat to the community's safety and should be locked up in jail.
Richard's attorney Fepulea'I Afa Ripley asked hte court to allow his client to
communicate with his wife. The government objected and the court denied the request.
Fepulea'I also asked that the case files be sealed but this was rejected by Judge Ward.
The defendants will have preliminary examinations next Thursday.

The security threat level was downgraded from orange to yellow today. Tafuna Airport
will not made any changes however and will keep the checkpoints at the entrance to the
airport. Transportation Security Administration Field Director William Haleck says the
check points will remain to monitor all vehicles coming into the airport while the second
check area near the parking lot will not be manned. Haleck says the airport does not have
enough personnel to man both and the airport can't keep changing set up with the
security levels switching back and fourth.

May 29 3ʳᵈ Bulletin

In view of the conflicting accounts concerning the handling of the ALFAC insurance case coming form Attorney general Fiti Sunia and former assiatnt attorney general Roebrt Maez, KHJ News sought a third party opinion from someone familiar with the case. Frederick O'Brien was the most sernior prosecutor in the AG's office at the time but has since joined the private sector. Obrien says Attorney general Sunia's account of the reasons why the AFLAC defendants were not prosecuted locally and why Maez's contract was not renewed is the one that should be believed. "It's the correct version," said Obrien. He added that in all his years working with Sunia, there has not been one instance where Sunia stalled an investiugation or tried to interfere with the prosecution of cases. Obrien went as far as saying that Sunia is the right person for the AG;s position, he is a straight shooter and there's no one else in the AG's Office now that is more qualified for the job than Sunia. The former Assisatnt AG said there are other factors which led to the non renewal of Maez's contract and this involves Maez's immediate family members.

As for the AFLAC case, Obrien explained that the Ag's office was severely shorthanded at the time when Maez went and filed charges against the 11 suspects towards his final days at the AG's Office. He explained that the few lawyers there were, had huge caseloads and John Cassell whom the AFLAC case was assigned was quite ill. According to OBRIEn after Cassel initially went through the volume of information in the box sent by the FBI he recognized that the task would require more time and he also noticed evidentiary probelsm. Obrien compliemented that Cassell is the brightest lawyer in the Ag's office and if he recognizes there are problems, you can be certain there are. Obrien said Maez did not help any by not organizing files and outstanding cases he was handling. He claimed that the only thing Maez did before he left the AG;s office was clean out his computer.

Diane and Richard Mahjor, defendants in the Wyatt Bowles Jr, case face additional charges for which they are scheduled to appear in District Court tomorrow morning. Diane was arrested this morning after she appeared in high Court for a pre trial conference on the two charges of tampering with evidence she faces in the Bowles case. She had posted bail on Saturday and released from the Tafuna Correctional Facility where she has been held since her arrest in early March. The pre trial conference was closed and the court room was cleared except for the defendant, defense attorneys and prosecutors in the Bowles case, police and court officials. KHJ news understands that a trial date for Diane was set by the court this morning.
New arrest warrants were issued for both Diane and Richard, and according to sources, these are drug crhages related to evidence seized fromt heir Iliiili home. There is no bail for both on the latest charges. Richarh is one of three

defendants facing murder charges in the killing of the 23 year old who disappeared on February 24th and whose body was never recovered. In the court room this morning were Bowles mother and father. Diane Mahjor;s parents who recently arrived from Claifornia were also present.

The American Red Cross will ship supplies for victims of the floods and mudlised on tomorrow night's Hawaiian Air. Soeme local businesses have reported that because the Red Cross supplies have been given priority their cargo will be bumped. They say this is the information given them by local freight forwarded. Disatser Serrvíces Director of the Pacifiic Area Gelnn Lockwood

A Special Commission has been set up to investiahgte the adoption of Samoan children to couples overseas, most of whom are non-Samoans. "The commission is an initiate of Judge Clarence Nelson and is in response to a gorwing number of Samoan children being adopted to families overseas. A memebr of the commission Attorney General Brenda Heather Latu is concerned about the large number of adoptions made in a short time span. The Le Samoa newspaper says adoptions are not new but in the past children are adopted by relatives overseas. The recent trend however has seen a large number of new born babies being adopted by couples from the United States. Earlier this year immigration officer Seuamuli Henry Taefu warned parents that they have received calls from several of the adopted children asking for passports so that they can return to Samoa. He said many are no longer living with the families to which they were sent. The Attorney General says the commission will explore if there is a need to change Samoa's adoption laws and whether other financial transactions was involved other than the usual legal fees for adoptions.

The acting deputy police commander in Tonga, Kuli Taulahi, says deteriorating driver behaviour has led to a leap in the road toll.

In the 5 months this year 12 people have died on the roads compared with a total of 8 in the whole of 2002.

Mr Taulahi says he is disapointed that drivers are ignoring road signs, speeding excessively and driving drunk.

He says police are conducting educational sessions on local radio and he says they will soon crack down on the bad drivers.

But Mr Taulahi says first they need more speed radars as a deterrent.

> "In the next month or so all stations might have a radar with them... at the moment it is only one we have so far.... but we order our radars from the United States, they will be here very soon"

Acting Deputy Commander Kuli Taulahi

May 21 3<sup>rd</sup> Bulletin   ᵒ 3

While assessment of damages caused by Monday's flooding is still underway, government officials are estimating that the final tally would be in the vicinity of $50 million. Homeland Security Director Leiataua Birdsall Alailima says this ball park figure would cover damages to roads, homes, stream bed infrastructure, water systems and utilities plus mitigation costs. Federal Highway Administration officials are scheduled to arrive Monday to inspect the damage to roads. The assement reports compiled through TEMCO will be used in the request for a federal declaration and according ot Leiataua the Federal Emegerncy Managem,ent Agency would support the territorys request for federal funding.

Marsh McLendon, of New Zealand which provided property insurance for ASG has been informed of the flooding and mudslides and a company representative is expected to travel to the territory to make an inspection. According to Acting Treasurer Talia Faafetai Iaulualo he has been in contact with the insuror and an assessor would be making a trip as soon as possible. The property insurance policy covers all ASG buildings, ASTCA, the college and the LBJ Hospital.

Some of the most expensive and vital equipment for the diagnosis and treatment of patients at LBJ Hospital are not working as a result of the flooding. These include Xray machines, medical scanner, lab equipment and mamograph. Hospital CEO Taufetee John Faumuina Jr. says there is no one on island that can repair the machines and the earlist a General; Electric technician can arrive from the mainland is next Monday. The LBJ lab is not able to carry out a full range of tests because some of the equipment is not functioning.

Star Kist Samoa is offering to transport to Hawaii for treatment one of its employees who was seriously injured in the landslide at Pago Pago, Filipo Talosaga. LBJ"s CEO says the cannery plans to send Mr,. Talosaga a production supervisor on Friday night's flight. Mr. Talosaga was buried beneath the rubble of his house and trees and was admitted with severe injuries to his lower body and arms. He lost his 17 year old son Chang in the tragedy, and two nephews, Mikaele Felise and Tino Tupa'i. Family members say that Mr. Talosaga is reluctant to leave because he wants to be present at his son's funeral.

Followers of the Wyatt Bowles Jr,. case say they were not surprise when Assisatnt Attorney General Marc Roy' said in court this morning that the government is offering a deal to three of the defendants. Namely Jake Malala, Paulava Malala and Sanele Mareko. Family members had been saying some time ago that the defendants were being offered pleas in exchange for information about other crimes which were committed by the alleged mastermind in Bowles disappearance Richard Mahjor and his wife Diane. Roy informed the court that the goevrnemnt was contemplating plea agreements with the three defendants. It also had a tenous agreement with a fourth defendant Whiskey Kelemete.

As for Diane Mahjor, the prosecutor said that there were administrative delays in procuring a lab to do anylasis work which would produce additional evidence against the defendant. Judge Lyle Richmond has set a pre sentence hearing for Mrs Mahjor on May 29<sup>th</sup>.

The mention of pleas comes as a disappointment to Wyatt Bowles Snr. who was present during the hearing. He claimed that the Ttorney genera;'s Office had assured him that his family would be appraised of any deal with the defendants. According to Bowles, the first time he's heard of any pleas was in the courtroomn today. He does not want anyone respionsible for the loss of his son to go unpunished. And while he has not been told of any conditions of the proposed deal, Bowles says he has a bad feeling that the government will use hius son;s case to get information for other crimes and not dish out

just and deserving punishment for their involvment in his son;s killing.

New Zealand's High Commissioner to the two Samoans Dr. Penelope Ridings has sent Goevrnor Togiola Tulafono a message of condolence. The message reads:


There have been howls of protest from New Zealand politicians after the Speaker of the House banned the use of the word "bugger."
the Speaker, Jonathon Hunt, says the word is just not appropriate:

"The debate started when an opposition member of Parliament used the phrase "sweet bugger all". The Speaker immediately intervened and ruled the word "bugger" was unacceptable. Some MP's complained the Speaker was out of touch, but Mr Hunt wouldn't budge: "I JUST THINK THAT DOESN'T ADD ONE JOT TO THE APPRECIATION OF THE ENGLISH LANGUAGE AND I INTEND TO MAINTAIN STANDARDS." Mr Hunt also admits he doesn't like the expression "diddly squat", though he won't be ruling it to be unparliamentary.

May 21 2nd Bulletin   'c ⌇

The goevrnemnt is giving plea agreements to Paulava Malala, Jake malala and Sanele Mareko, 3 of the 8 people charged in the Wyatt Bowles Junior disappearance case. And it may also offer a fourth defendant, Whiskey Kelemete a deal. This was announced in High Corut this morning by Assiatnt Attorney General Marc Roy. No other details were offered but terms of the agreement would probably come to light on July 7th when the defendants are schedueled to appear next. As for Diane Mahjor, the prosecutor said that there were administrative delays in procuring a lab to do anylasis work which would produce additional evidence against the only woman charged in the case. He requested that the court continue the pre trial conference for Mahjor. Judge Lyle Richmond has set a hearing for Mahjor on May 29th. Accoridng to sources the additional evidence which the prosecutor referred to is the remains that were found in the national park land close to the TV transmitter site at Mt. Alava. The goevrnemnt reportedly received an offer from the FBI to help identify the body.

Initial reports from the Territorial emergency Management Co=ordinating Office indicate that the worst hit villages from Monday's flooding and mudslides were Matuu/faganeanea, Fagaalu, Fagatogo, Pago Pago and leloaloa in the Bay Area and Nu'uuli and the Fagaima area in the west. TEMCO Director Toafa Vaiagae says these are the only villages which had notified their office about damages to their homes. He says there may well be other badly hit villages but these are the only ones which had been reported to TEMCO and are getting assistance in amergency shelters. Today TEMOC staff are visiting villages in the Bay Area to document the extent of damage and injuries. Vaiagae said they will cover the worts hit areas first but hope to cover the whole island eventually. As of todayt 90 people are housed at emergency sheltyers. The shelters were transferred from schools to churches last evening.
The TEMCO directors says apart form the hospital there was hardly any damage to goevrnemnt buildings. However roads got a bad beating and utilities also suffered significant losses, which have to be documented by the authorites themselves.
Today TEMCO issued a notice asking all families whjose homes and personal property were damaged by floods or landslides to please take photographs of the damages before cleaning your homes and property. Those who cant take photos are asked to call TEMCO and a team will eb dispatch to take photos of the damage.

And the Department of Health, Environmental Protection Agency and American Samoa Power Authority are taking all precautions to keep the public safe from diseases spread through contaminate water.

**Aumua Amata Coleman, White House Commissioner for Asian Americans and Pacific Islanders conveys her condolences to the families of the four victims of Monday's landslides and for the passing of Senator Sala Samiu. She said "My heart goes out to the families who lost their loved ones," "and they are in all of our prayers." Amata went on to call on all the people of American Samoa to "close ranks behind our new Governor" in his efforts to organize and manage the massive cleanup that will be necessary. "Governor Togiola has called for contractors and others in the private sector to help ASG cope with the situation and I**

**want to echo that. I spoke with the Governor yesterday and let him know I stand ready to do anything I can do here in Washington."**

**Amata also said this is a doubly sad occasion for her because of the untimely passing of Senator Sala Samiu. She said "Sala's passing over to the other side brings to mind words that also were said of Abraham Lincoln: 'So much of promised usefulness to one's country and of bright hopes for one's self and friends have rarely been so suddenly dashed.' "Both of these men had political lives that were obscured by their humanity," said Amata.**

**Aumua said Senator Sala was like a father to her and, for years, she looked to his wise counsel on our traditional ways.**

**She expressed her condolences to Senator Sala;s wife. Dr. Trudi Iuli-Sala and their families.**

The Development Bank of Samoa will be reviewing several architectural designs next week for its proposed headquarters.

The Development Bank is planning a five-storey complex at a price tag of between $25 million to $28 million.

A building similar to, and costs comparable to, the space shuttle-like Accident Compensation Board building in Apia.

The new headquarters will be built on land currently occupied by the present Development Bank office and the piece of property in-between it and the Agriculture Store Corporation building.

Another multi storye building which is about to begin construction is the Samoa Post and telecommunications headquarters which will be buotl by Fltechers.

May 20 3rd Bulletin

ASG began assessing damages caused by yesterday's flooding and mudslides today and preliminary estimates of the damages to goevrnemnt facilitites, homes and businesses should be available within the next few days. According to Homeland Security Director Leiataua Birdsall Alailima even before the figures are available it can be determined that emergency reprairs of roads and other public facilitites far exceed any local capability. Clean up work was the order of the day and emergency crews were dispatched throughout the island to help disaplaced families and clear roads.
According to Leiataua there were plans to activate the Army reserve to help clean up the hospital however because of the hundreds who responded to Goevrnro Togiola Tulafono's appeal for assistance last evening, the plan is no longer necessary.
The Goevrnor today formally proclaimed that an emergency existed as a result of flooding and landslides which have caused fatalities, injuries and loss of property. The confirmed death toll is four: 3 males and one woman. The three males were 17 year old Chang Talosaga, his cousin felise Mikaele, also 17 and his uncle Tino Tupa'I, in his mid twenties and the father of three. They were killed in the landslide at Pago Pago. The fourth fatality was Mrs Tavake of Satala, whose body was found late yesterday evening in the debris and rubble of the Langkilde building in Fagatogo. The exact number of people injured in weather related incidents is not quite known.
According to reports from TEMCO more than 10 landslides were reported yesterday.

Police report that less than 100 people are being taken care of at emergency shelters in the Bay Area and Nu;uuli but the number of families who lost their homes may be significantly higher. Acting Commissioner Fuiava says many of the homeless may have sought shelter with relatives and friends. But he stressed that the government wants to document all those whose homes were damaged and were forced to leave them. The displkaced families are mianly from Pago Pago, fagatogo, Nu;uuli, Pavaia'I, Malaeimi and Mesepa. The School Lunch program is providing food and the red Cross is providing bedding and toiletries. The emergency shelters are at Matafao, Pago Pago Elementary. And Manulele Elementary School. Homeland Security Director Leiataua Birdsall Alailima said this afternoon that the governor is assessing the possibility of transferring the shelters to church halls and allow schools to reopen. A decision on whethjer schools can be opened tomorrow had not been made by the time of this newscast.

Clearing of the rubble and debris from the Langkilde Building is now completed. According ot Acitng Commissioenr of Public Safety Mike Fuiava no other bodies have been recovered. The main road will still be closed off for the time being while engineers assess if it's safe to reopen it. This is a precaution in case another landslide occurs.

The fact that he hasn't received a paycheck since February is not stopping Pago Pago faipule Muavaefaatasi Ae Ae Jr. from helping his constituents. Muavaefaatasi was one of the first people to arrive at the scene of the tragic landslide in Pago Apgo valley yesterday morning and was there late last night. He spent most of today at the scene. Muavefaatasi said the devastation caused by the flooding and mudslides in Pago Pago is quite extensive

and many families have been displaced. HE said the loss of three lives is a sad and tragic situation but such is the case in natural disasters. Muavefaatasi expressed his thanks to Goevrnor Togiola, the private contractors who helped clear the scene and assist with rescue efforts, police and other emergency personnel. He said the loss of lives and property would have been greater if the tragedy occurred at night time. "I thank God that this happened during the day," said the lawmaker. "I can't imagine the loss if it happened at night."

Muavefaatasi said many of the disaplced families in Pago Apgo have moved into the CCJS hall and are being looked after by Rev. Lauoi Mageo. He suggested that the government provide assistance for these families through the churches rather than having them stay in schools. Muavefaatyasi said the Pago Pago elementary school building is not safe either and beides the church hall is more comfortable and a better living environment than the school. Besides, he said the school should be mad available for classes.

One of those injured from the flooding and landslide in Pago Pago valley yesterday was Harbor Master Silila Patane. Pago Pago Representative Muavaefaatasi Ae Ae Jr,. who has been helping with rescue efforts and relief activities in the worst hit area of his village, said that Patane was on his way to work when his Port Adminsitration truck was overturned by the gushing water and debris. The harbor master received cuts on his head but was able to report to work yesterday and today. His vehicle however was totally damaged.

Expect check points at the entrance to the Tafuna airport again. The terrorism security alert went from yellow to orange, the second highest level across the nation today. American Samoa's Homeland Security Director Leiataua Birdsall Alailima says this is due to collaborative evidence that the US is being targeted in planned Al Qaida attacks. The check points at the airport are the most visible sign of the heightened secutriy level. For now the main parking lot at the airport will remain opened. Screening of passengers will also be turned up a notched and Surveillance of keyu government and business facilititics will be stepped up.

The pre trial conference of five defendants facing lesser charges related to the disappearance of Wyatt Bowles Jr. is scheduled for tomorrow morning in the High Court. There are indications from at least one defense attorney that he may ask for a conuation. The five scheduled to appear tomorrow are Diane Mahjor, Paulava Malala, Jake Malala, Sanele Mareko and Whiskey Kelemete. The two Malala brothers had been transferred from the Tafuna Correctional Facility to holdiong celles at the fagtogo station together with their brother in law Sanele Mareko. However they have been taken back to Tafuna while Mareko remains in Fagatogo.

May 13 3rd Bulletin

Some store owners and suppliers of food items for the Woman and Infant Children
Program, WIC believe that certain vendors and participants are abusing the program.
Two established store owners have reported that their WIC sales have been reduced
significantly and it's because they are playing by the rules. The vendors allege that
certain stores which they named for KHJ News are redeeming WIC vouchers for cash
and allowing participants to purchase unauthorized food items and goods including beer
and cigarettes. The program only allows nutritional food items such as milk, juice, cereal
and other such food for pregnant mothers, and infant children. According to the
complaining vendors they have been told by suppliers of milk products for babibes and
young children that their sales have also dropped. Yet information they have received
from the WIC program is that some small stores are turning in record amounts of
coupons, and dollar figures are between $20,000 and $40,000 in some cases. One female
businesswoman said some stores are even making deliveries to the homes of WIC
participants which is banned under the program rules. The woman says she has
complained to the WIC office and provided the names of stores which are allowing cash
exchanges and purchase of unauthorized goods. However her complaints seem to fall on
deaf ears. Another vendor said that when a milk supplier visited the territory recently he
was surprised with the number of WIC vendors in the territory. The visitor said that in
Guam which has a much bigger population, there are only 13 WIC vendors so that there
is better control and monitoring of the program. In contrast American Samoa has about a
hundred WIC vendors.

It appears that the latest court appointed attorney for Paulava Malala, Afoa Moega Lutu
will take on his case. When he was first appointed by Associate Judge Lyle Richmond to
represent Malala, one fo the 8 defendants charged in connection with the disappearance
of Wyatt Bowles Junior, Afoa said that he would first review the defendant's case files to
see if there were any potential conflicts that would prevent him from representing Malala.
Afoa said today that he has completed the review and there is no reason why he cannot
continue to represent Malala. Malala faces a charge of tampering with evidence in the
Bowles case and a weapons charge from the Curve nightlclub case last July. The
defendant is scheduled to appear in court next Monday for a pre trial conference, along
with his brother jake malala, brother in law Sanele Mareko and wife of murder supect
Richard mahjor Diane.

The leaking roof of the Fagatogo market place is getting a temporary fix. Agriculture
Director Apefa'I Taifane says the worst portion of the wooded roof are being replaced
with roofing iron and stressed that the repairs are just temporary. He says it would not be
wise to spend so much money on repairs when there are plans to build a new market
place. The Agriculture Director says when he last enquired about the status of
goevrnemnt plans to build a new marketplace, he was told that the US Department of
Housing and Urban Development was reallocating money which had been allocated for
the project to another state. A design for the marketplace has already been completed by

local architect Joe Weileman and featured a two story structure which would house a restaurant, arts and crafts outlets and offices upstairs and produce stalls down stairs.

Australia's legendary tennis star Evonne Goolagong has arrived in Samoa to help the Samoa Tennis Association raise funds to send a team to the South Pacific Games in Fiji. Goolagong was welcomed at Tuaefu, at the residence of former Opposition leader Tuiatua Tupua Tamasese in a kava ceremony on Monday afternoon. Tuiatua Tupua Tamasese is an active tennis player. The Australian High Commission hosted a reception for Goolagong on Monday evening. The Samoa Tennis Association fundraising dinner at which Goolagong will speak will be held this evening at the Apia Park tennis courts. Organizers are hoping that the function will not be affected by the bad weather spell which has been dumping heavy rains in the last few days.

All five crew members of a local fishing boat are safe after

May 2 1<sup>st</sup> Bulletin

Governor togiola Tulafono considered four names before setlling on Aitofele Sunia to be the lt. governor. As reported yesterday evening KHJ News submitted a list of questions to the governor shortly after he took office and his written responses were received yesterday. KHJ news asked Togiola: who were the other names on your list of candidates for Lt. governor The [ress release on Aitofele Sunial;s appointment said that you considered several candidates.
Togiola's reply: I do not think it's a good idea to disclose these names as the connotation may not be taken well ont heir behald, I did consider four names and concluded with Aitofele.

QuestionL Who have you decided to appoint as Treasurer? Answer: I have not made a final decision yet. I expect that I will this week and hjope to announce by Friday. At the very latest, Monday next week.

QuestionL Wahts the status of negotiations with Rainbow company for the lease or sale of the Rainmaker Hotel. Togiola" replyL We have pretty much concluded and the attorneys are now working on drafting an agreement. I am looking to effect a takeove very shortly.

Have you heard back from the Sinagpore company that was interested in taking over the Rainmaker. The governor's reply: No

QuestionL You have sent nominations for the Special Industry Committee that will review minimum wages this summer. Mothers are the ones that do the family budget and know the hardships of trying to stretch the family income, wouldn't it be prope for a mother to sit on that committee as a public representative?

The governor;s answer: I do not know if mother is the appropriate consideration., I do believe that a woman should always be considered as a memebr of this committee. However, given the deadline I found myself when I took over, I went ahead with the recommendations thast were already prepared for Goevrnor Tauese's signature. I wioll say that notwithstanding our reflection on this issue, I am satisfied that the citizens recommended will represent all the diverse points of view of our country, including women. Given the present set up, we will have another opportunity to appoint representatuives of the women in our country to this Committee. Besides, the hearing is ipenb to all to testify and I want to encourage women to come forward and let their voice he heard on these issues.

And final question: Are you going to run for Governor in 2004? Will Aitofele Sunia be your running mate?
Togiola;s reply: I think everyone is expecting me to run in 2004 and I can say it's a very good possibility. However, I have just been too pre-occupied with the events of the late goevrnor's funeral and keeping a goevrnemnt running that my thoughts had not even been on politics lately. It's a major undertaking to step into in miodstream, and I want to make sure that I have the goevrnment's best interest taken care fuirst before I venture into personal politis. As to Aitofele being a running mate, he is the top candidate now and I would be foolish to ignore his capability when I make a final decision to run.

Congressman Faleomavaega Eni Hunkin had said after the last congressional election that many people have urged him to run for governor in 2004. He said that he will leave that option open, During an interview yesterday on a number of topical issues, KHJ news asked if he has made a decision yet.

Attorney paul Miller who represents Diane Mahjor, one of the eight defendants charged in connection with the disappearance of Wyatt Bowles Jr. contends that the government imade an

error in the filing of charges against his client. Mrs, Mahjor faces two counts of tampering with evidence. Miller filed a motion to dismiss the charges because he says the government has charged his client with a felony yet pled elementys of a misdemeanor crime. The motion was heard Tuesday and the court has taken the matter under advisement. Mahjor remains at the Tafuna Correctional facility on a $35,000 bail.

Old timers sat and watched in awe as the younger generation swirled, twirled, somersaulted and did tricks with their fire knives. The first night of the Frst American Samoa World Fire knife dance competiton was a rare treat for the estimated 400 people who watched it. Goevrnor Togiola Tulafono, a former knife dancer opened the evening reminisinc about his own days on the stage and how it helped put him through college. Miss South Pacific Lupe Aumavae added her own special touch of grace and elegance performing the siva which wowed the crowd at last year's Miss South Pacific Pageant in Rarotonga and helped her win the regional crown. Dressed in full taupou attire complete with headdressm she danced the siva with the nifo oti. 8 senior fire knife dancers tried to outdo each other with varied moves that left the crowd clapping and roaring with excitement. Meanwhile a panel of all former students of the inventor of the fireknife dance Letuli Olo, watched intently and try to decide the best five who will go on to the semi finals. Another corwd pleaser was Raimana's dance group, with dancers as young as five years old swinging their hips to the pulsating sounds of the pate. Emcees Pulefano galea'l and Fagafaga Daniel Langkilde added to an already spectacular evening with their humor and singing. Compliments for the organizers, Letuli and Pat Letuli's children, family and friends, were flowing at the end. One of the judges Tony Brown gave this reaction.

The elimination of federal airport screener jobs announced Wednesday by the Transportation Security Administration will not affect the Pago Pago TSA Field Office. Director William Haleck says Pago Pago Airport will still get 15 federal screener positions, though he does not know for sure when the new hires will come on board. Haleck says he is unsure whether the cutbacks will affect the Maui screeners who are filing in at the local airpot.

Asi James Blakelock became the Police Commissioner when he took over from Galuvao Tanielu in 1997. Asi is being farewelled today by the Police And Prisons staff after having recently reached the mandatory retirement age of 65 years old.
As Police Commissoner, Asi James Blake has been leading the reforms in the Police and Prisons organisation with the help of Australian funded consultants in the last three years.The position of Police Commisisoner will be advertised and a new appointment is expected within the next three months.

March 7 2nd Bulletin

Assisatnt Public Defender Bentley Adams has told Dist5rict Court Judge John ward this morning that if the government intends to seek the death penalty for defendants in the Wyatt Bowles Jr. case, the Public Defender's Office will need extra resources and training in provding legal representation for their clients. Adams said that he has not been involved in a death penalty case in ten years and his colleague Sharon Rancourt was similarly inexperienced in handling such cases. He said that the goevrnemnt should give notice as soon as possible as to which of the defendants it intended to seek the Death penalty. The only mention so far about the death penalty was made in an article by the Smaoa News this week which quoted Attorney general Fiti Sunia this week. The statements by Adams were made in a status hearing for the appointment of attorneys for Richard Majhor and jake Malala. The court felt that the two had enough financial means at their disposals to afford private attorneys. Adams said that Majhor's parents, who were divorced were unable to pay for an attorney. His mother said that her property was tied up in divorce proceedings. Mahjor's father in law was not able to assist with his legal counsel either. A list of provate attorneys had been provided to Mahjor's wife and she was in contact with attorneys in Hawaii, however as of this morning, he had not retained a lawyer. Malala has indiciated that he is unable to afford a private attorney. Another hearing to discuss legal representation for the two defendants has been scheduedl for Monday.


Lt. Governor Togiola Tulafono held a rare press briefing this morning. The three topics he talked about was the arming of police officers, the investigation and prosecution of the Wyatt Bowles Jr. case, the prostitution racket at Atu'u and the presence of the federal task force here in connection with the Bowles case.
Togiola said that the decision was made to arm police during the arrest of key players in the Bowles case last Saturday. And the carrying of weapons by police officers has continued for the protection of the officers and families involved in the case.

The lt. Governor dispelled a newspaper report saying that local law enforcement officers and the visiting federal task force had disagreements over who should have jurisdiction over the Bowles investigation. Togiola said he was present at the meeting at the dock on Wednesday evening and there was no disagreement but an understanding that both side will co-operate and share information that would help solve the case.

The Lt. Governor commended the swift and efficient work by the Department of Public Safety and Attorney General's Office which has led to the apprehension and prosecution of suspects in both the Bowles and prostitution cases.

American Smaoa Homeland Securtiy Director Leiataua birdsall Alailima has responded to a report aired on Radio New Zealand which said that Fiji was placed on AS's security alert in a move to get federal funding for terrorism preparedness. Leiataua said the issue is the safety and security of the

residents of American Samoa. The prudent steps
put in place by the Attorney General of American Samoa is not to draw
Washington's attention but to protect the island
community. <?xml:namespace prefix = o ns =
"urn:schemas-microsoft-com:office:office" />

The Pacific community should be advised that contrary to the erroneous
reports by the news media, American Samoa's
immigration action is NOT a ban but a heightened screening of applicants
from certain countries with known terrorists
links or suspected terrorist sympathizers applying for entry into the
territory. The Government of American Samoa does
not condone profiling individuals; however, given the unique nature of this
war on terrorism, it is appropriate that the
government institutes stricter immigration review practices. Contrary to the
RNZI report, the heightened screening
of entry permit applications for countries on the watch list continues to
remain in effect. Unlike other US states and
territories, the American Samoa Government is tasked with maintaining its
own borders, and therefore assumes direct
responsibility for the protection of the residents of the territory.

American Samoa is the only permanent US presence that flies the American
Flag in the southern hemisphere.
Given American Samoa's relative isolation from the United States in the
Central South Pacific region, it is only prudent
that the territory take appropriate action to ensure this US outpost does
not become a victim in this war on terrorism.
Furthermore, an attack on the territory will have substantial economic
ramifications to neighboring countries, including
Fiji, that trade and interact with American Samoa. It is for this reason,
that Governor Tauese Sunia has placed a high
priority on American Samoa's security.

The recent Fiji government immigration deportation action is strictly a
Fijian affair and is no way associated with
American Samoa's immigration policies

March 7 1st    ＭＭ

Richard Majhor, the palagi man who is suspected of masterminding Wyatt Bowles disappearance, is believed to have a long rap sheet in his last state of residence California. Local and off island sources have confirmed that Majhor has had prior felony convictions. When asked yesterday about Majhor;s record, Deputy Commissioenr of Public Safety Mike Fuiava said that th Department of Public Safety through OTICIDE and SPICIN have conducted a background check and the results will be revealed during trial. Majhor, and two others, Victor Vic Sepulona and talofa Seumanu face murder charges in the Bowles case. Their alleged role in Bowles disappearance have not been publicized because of a court order to seal the case files for them and three others who have been charged.

Mahjor's connection to American Samoa is his wife Diane, whose mother is Samoan. Her Dad is palagi. Diane herself told KHJ News during a phone interview about Speedy Internet, a business she and husband Richard were operating out of Tafuna in 2001, that her parents were the principles of Miller Investments, Ron and Usoualii' Miller. They were the sole company that made a bid to buy the Rainmaker Hotel but was turned down by the Scource Evaluation Board which reviewed their proposal. The reason given for the denial was because the company failed to provide sound financial statements and proof of bank accounts.

The Attorney General has ordered all business files to which Mahjor was connected to be submitted to his office. These include RPM Painting and M&M Pago dealer a rental car business.


Governor, Tauese Sunia, has told Radio New Zealand that he will not allow a repeat of the employment scheme which led to the type of problems seen at the failed Daewoosa, Samoa garment factory.

Daewoosa's South Korean owner, Kil Soo Lee, was found guilty last month of modern slavery charges over his treatment of Vietnamese and Chinese workers.

Speaking to Radio New Zealand 's Walter Twiferd, who traveled with the New Zealbd Trade delegation, the governor said the maltreatment of Daewoosa employees was not a Samoan issue. He said "foreign refuge-seeking Asian workers" will no longer be allowed in the territory

*The governor's exact words were, "I hate to sound ethnic about the whole thing but we have to create economic opportunities for our own people. So far Pacific Islanders are part of our people. I think expanding our world o little further than that, we would have to expand economically first."*


Inter island flights were disrupted yesterday because of strong winds. Both Smaoa Air and Polynesian Airlines were forced to cancel several flights because of inclement weather. A Samoa Air spokesperson said there was no flight to Manu'a, and the one for

Savaii returned ahortly after take off because the winds were too storng. All Smaoa Air flights were discontinued after 2:00 p.m. Polyensian Airlines, which operates up to 7:00 p.m. daily discontinued flights three hours earlier due to rough weather.

The National Weather Service records winds of 47 miles per hour in Matatula, gusts of 42 miles per hour in Tafuna and 41 miles per hour in Ofu, between noon and 4 yesterday. The strong gusts and sporadic downpour are caused by a trough to the south of the islands. Presnet weather conditions should gradually fade away by this evening and the weather should be just fine tomorrow.

The Senate has now passed in final reading and sent to the House of Representatives a bill imposing a 20% tax on light meat tuna sold by foreign fishing vessels to Samoa Packing and Star Kist Samoa. That's a record as far as getting a bill passed in either chamber. It's taken the senate only three days to approve the bill, whose prime mover is Senate President Lutu Fuimaono. It remains to be seen whether the House will follow its previous voting record on the fish tax bill. Twice in the last legislature, Representatives voted down the fish tax hike. When Senate President Lutu announced in January that he was re-introducing the bill, House Speaker Matagi Ray McMoore told KHJ News that he will not support it.
Star Kist Samoa General Manager Phil Thirkel says the cannery has not changed its opposition to the proposed fish tax and will lobby strongly to fight it.

Tuaolo asks Lutu to write with the Speaker to Goveror

The government has been making payroll by withholding employee retirement payments, and the Treasurer of Guam is scheduled to appear in court today to respond to a court order to make those payments.

Superior Court Judge Katherine Maraman last month ordered the treasurer to pay $9.7 million, plus interest, to the GovGuam Employees Retirement Fund or explain why the treasurer should not.

Maraman signed the order at the request of the attorney general's office.

Attorney General Douglas Moylan has challenged the government of Guam's decision to withhold mandatory employee and employer payments to the Retirement Fund, saying those payments are part of employee compensation and the government cannot use the money for other expenses.

March 26 1ˢᵗ Bulletin    O 3

Governor Tauese Sunia is being medivaced to Honolulu this afternoon, via Apia. Government and hospital sources say that the governor is traveling to Apia to catch the Polynesian Airlines flight to Honolulu which departs Faleolo Airport at 1:40 this afternoon. Tauese is accompanied by First Lady Fagaoalii Sunia, Dr. Victor Williams and a security officer. They will be met in Honolulu by Chief of Medical Services of LBJ Hospital Dr. Iotamo Saleapaga who is there on an official trip. There has been no information from the Governor's Office concerning the governor;s condition but the fact that he has been airlifted to Hawaii indicates that his condition is serious. The governor has been in the ICU since Saturday after being admitted for abdominal pains possibly caused by eating bad seafood.

A small group of relatives, goevrnemnt officials and goevrnor's office staff is at the airport to farewell the Goevrnor.

Aumua Amata Coleman is encouraging residents to send thank you messages to their sons and daughters. In a message relased from Washngton D.C. this morning Aumua says local residents can sign America's Thank You note that;s being posted on the  Department of Defense web page The address is www.defendamerica.mil/nmam.html

Just write your name, click on your State or Territory and sign a brief message thanking the men and women of the U.S. military services.

The compiled list of names will be sent out to the soldiers at the end of the month.

Concluded Amata, "So far, there are only 9.1 million names. What a shame there aren't a couple of hundred million!"


Murder defendant Richard Mahjor was an assistant football coach for Samoana High School for two years. School officials say that it was during Mahjor's term as coach that he took his two murder co-defendants Talofa Seumanu and Victor Sepulona under his wing. Students and faculty alike have commented that Mahjor always had groups of students in his Mercedes after football practice. It was also a practice of Mahjor to treat students at restaurants. Shortly after the current principal Pato Pato took over Mahjor was released amid allegeations that he was selling drugs to the students  and recruiting them to sell. Samoana students interviewed say it was common knowledge that Mahjor was involved in drugs and while in school, Talofa Seumanu was also known to have been associated with drugs. The students did express surprise that Sepulona, the youngest of the defendants, has been charged with such a seirous crime. Last Wednesday in High Court, a Samoana student upon seeing mahjor being led in, said Hi coach. Mahjor appeared to be caught by surprise and immediately looked away.

April 21 3rd Bulletin '⊘∴⊃

Three of the eight defendants charged in connection with the disappearance of Wyatt Bowles Jr are no longer at the Tafuna Correctional Facility. Police sources have confirmed that the three have been moved to holding cells at the police station in Fagatogo. They are reportedly supplying a web of information concerning the Bowles case, and giving names of individuals who were users and sellers in the drug operation ran by murder suspect Richard Mahjor. One of the defendants has faced extended questioning by the Attorney general's Office and has asked for a deal in exchange for naming a network of government officials,. police officers and prominent citizens who were buyers in the Mahjor drug operation. The defendant has also given the identity of the person whose remains were found at the national Park lands close to Mt. Alava. Another new development in the case is that the court has approved the withdrawal of one of the court appointed attorneys for the same defendant. He becomes the third counsel named for this defendant since the first arrests were made in the Bowles case.

Governor Togiola Tulafono traveled to Honolulu Friday night on an unscheduled visit. The Governor's Office said that Togiola had a family emergency to attend to. He is scheduled to return tonight. Lt. Governor Aitfele Sunia has been acting Governor but is due to leave for Bangkok to attend a meeting of the United Nations Economic and Social Commission for Asia and the Pacific. The Bangkok meeting April 24 to the 30th will discuss population pressures, poverty reduction, globalization and HIV/ADS.

For years residents of American Samoa did not have access to a 24 hour service line which makes available up to the minute information about their Social Security details. The service has been made available to the other territories and the rest of the United States for years. The Social Security Office in American Samoa has just established the free call service, a development which Manager Sami Omari calls a milestone. By dialing the local number, the caller has access to a live Social Security representative working in the Honolulu Call Center. The call does not incur the usual 25 cent a minute charge for dialing an 800# from here. The local number is 699-5772. By dialing this number you can find out about :
* obtaining a replacement Social Security card
* Correcting the name on your Social Security record, phone number and address*
* Have your Social Security benefits sent directly to your bank
* Ask questions about your check or report a missing check  and various other information.

The driver of a pick up truck which ran off the road and plunged onto an embankment in Auasi killing two women on March 31st will have his preliminary examination in District court tomorrow. Wayne Mika also known as Wayne Mageo, is charged with two counts of homicide by vehicle, two counts of careless driving causing personal injuries, failure to render aid and failure to immediately report an accident. , Mika was behind the wheel of a white Nissan pick up truck, heading from Amouli to Onenoa to buy beer. According to a 14 year old

passenger on the vehicle, Mika had consumed two bottles but insisted on driving. As the speeding pick up approached the curve which boarders Auasi and Agagoa it ran off the road and onto a grassy area where it skided towards the end of the curve where there is a drop of about 33 feet, into the ocean. Killed in the accident were Nesa Lepolo Toso and Meleane Manuele. Mika, fled the scene of the accident but was later picked up by passers by in Alofau     .
In other court news. Walter Lane will be sentenced May 23 for reckless manslaughter causing the death of his girl friend Emelita Gavino in February. Lane pled guilty to a single count of manslaughter last Wednesday in a plea bargain agreement with the government. He had been originally charged with second degree murder, first degree assault, kidnapping, driving under the influence, and third degree assault.

April 27 1ˢᵗ Bulletin '0 3

Senate President Lutu Fuimaono says the more he researches constitutional law the more
he's convinced of the constitution's intent for any new chief executive to appoint his own
cabinet members. He quotes Section IV of the American Samoa Code Annotated which
relates to the governor's appointment powers which states that

    (e) The head of each executive department, bureau, or office subject to confirmation
may hold office during the continuance in office of the Governor by whom he is
appointed and …It is the specific intent of this chapter to empower the newly elected
Governor to select his own team of department, bureau, and office heads, subject to
confirmation.
Lutu says that though the word elected is used, he believes the intent of the law was to
give any new governor the power to select his own directors. The Senate President says
he has not discussed the issue with both the governor and lt. governor but feels that since
both are lawyers they will see merit in his interpretation.
An attorney who previously served as legislative counsel does not agree with Lutu's
interpretation. His opinion is that this language of the law refers to the appointment of a
cabinet after a general election and not when there is a vacancy in the office of the
governor. In his view the intent of the appointment powers of the governor, is for the old
cabinet to leave office together with the governor it served after a general election. The
lawyer said that Governor Togiola Tulafono has worked with the cabinet chosen by the
late governor and it would be disruptive to appoint new people and subject them to the
confirmation process with just over a year left in the administration.
Senate President Lutu wants all directors to resign, and Governor Togiola can either
reject or accept their resignations and appoint new directors.

One of the reasons why there has been a delay in sending remains found at the National
Park lands in Fagasa off island for forensic testing is lack of funds to pay for the tests.
Since the discovery March 20ᵗʰ close to the KVZK-TV transmitter site at Mt. Alava, local
authorities have been making contacts with labs in Hawaii and the mainland including
naval facilities to carry out forensic testing. The labs have all quoted significant charges
to carry out the testing. As reported by KHJ News shortly after the Fagasa find, the
police were led to the site where the body was discarded, by one of the defendants
charged in the Wyatt Bowles Jr. case. The body was that of murder suspect Richard
Mahjor's uncle, who was allegedly shot last June. During the same search, police seized
several weapons including semi automatics from a home belonging to the same defendant
which led them to the site.

No charges have yet been filed in connection with the discovery of 1300 rounds of
ammunition found in a container in a joint search by local agents and visiting feds in
early March. It has now come to light that the container belonged to Diane Mahjor, who
faces two charges of tampering with evidence in the Wyatt Bowles Jr, case. The
ammunition is still in the custody of customs. Diane and her husband Richard, one of
three defendants charged with murdering Bowles, were operating a number of businesses
including Speedy Internet, RPM Painting and M&M Pago dealer, a car rental company in
Pago Pago. The Mahjor's computer company bid on a computer supply contract for
private schools and when the Procurement office went to inspect their place of business,

then listed at Tafuna, the Mahjor's had moved. They had been renting a home near Tafuna Mini mart, then moved to Canco Hill before moving to an Iliiili home suspected as the site where 23 year old Bowles was killed, then body dumped in Vaitogi. The Iliiili home remains under 24 hour police surveillance

Freshman Dana Love was the judges choice to wear the Miss American Samoa Community College crown for the 2003/.2004 school year.   Dana 18 years old is the eldest child of Phil and Teuila Love of Malaeimi. She won the crowd from three other contestants before a packed crowd.  Dana graduated from faasao Marist Higfh School last year.

An MP in Samoa has called for farmers to be once again given priority at the main market in Apia.

Tuiloma Lameko says the market building was constructed for farmers to sell their crops, but now other businesses have taken over, forcing those selling their crops to set up stalls in the open.

He said the building's floor space was now occupied by middlemen who charged for the use of an area.

The market was shifted inland from Savalalo when the old location became too small.

The Government said at the time that the old market would be left for small businesspeople to sell handicrafts and other goods, while Fugalei would be for the use of farmers only.

April 7 1st Bulletin

At noon today Togiola Tulafono becomes the fourth American Samoan to take the oath of office for the seat of Governor since the territory began electing its own chief executive in 1977. As the constitution dictates, the lt. Governor steps into the governor's seat in the event that the governor is unable to continue his term, through illness or death. Togiola preferred to delay his swearing in until after funeral services for the late governor Tauese Sunia have been completed. The swearing in will be a low key event according to the Governor's Office. Leader of the Catholic Church, Bishop Quinn Weitzel, will give the invocation, after which Chief Justice Micahel Kruse will administer the oath of office of the governor. Three church ministers, Revremd Elder Siaosi Saifeloi of the CCCAS Sailele, Rev. Siaosi Mageo of the Assembly of God, Lepuapua, and Reverend Taulafo Avei ,chairman of the Methodist Synod Tutuila will lay their hands on Governor Togiola and pray for God's blessings and guidance during his tenure.
Governor Togiola Tulafono will present an inaugural address after which the Immigration Office Choir will sing Lota Nu;u na ou fanau ai. The benediction will be offered by the President of the Pago Pago West Stake of the Church of Jesus Chrit of Latter Day Saints. The police honor guard which has won admiration and respect for its 24 hour service during Governor Tauese's funeral services, will perform the ceremonial posting and retrieval of colors. An inaugural luncheon, by invitation only, follows at the Rainmaker Hotel.
It is not known whether Governor Togiola will announce his choice for lt. Governor in his inaugural address. Several names have been suggested as likely candidates but according to a senior staffer at the Governor's Office, Togiola is keeping the chosen one close to his chest. The new lt. Governor requires confirmation by the House and Senate. The new governor has had a long and varied career in government. He has served on the local bench, the Senate, was chairman of the Board of Higher Education and American Samoa Power Authority Board, operated a private practice and served as lt. Governor for 1 and a half terms. Last year, Togiola was elected member at large for the western hemisphere on the executive committee of the National Lt. Governor's Association.

One of the speakers who paid tribute to the late Governor Tauese Sunia at his final funeral service Saturday was Northern Marianas Governor Juan Babauta. Babauta who was elected governor last year spent a lot of time with Tauese during the National Governors Conference,. Pacific Basin Development Council and Coral Reefs Task Force meeting in Washington D.C. last month. The late governor had invited him to attend Flag Day and in return Babauta would host him in Saipan. The Northern Marianas governor remembered his friend fondly.

No charges have been filed in connection with the discovery of a large quantity of ammunition rounds discovered in a container searched by local and federal agents last month. Deputy Treasurer Talia Faafetai Iaulualo said last week that the ammunition is still under the custody of customs. He said that investigations are continuing and it is planhed that the matter will be turned over to police.
1,3000 rounds were discovered after a search of 6 containers on the main dock. The

containers were imported by a store in Nu'uuli but several businesses were co-consignees of the six.

In other news, the skeletal remains found by police in the National Park between fagasa and Mt. Alava, nearly two weeks ago have yet to be identified. Assistant Commissioner of Police Mike Fuiava says there are plans to send the remains to Honolulu for identification. The police were directed to the area where the remains were found by one of the defendants in the Wyatt Bowles Jr. case. Sources say that the defendant has told police that around June of last year, a relative of murder defendant Richard Mahjor, who was visiting from the mainland, was shot and buried in the park lands close to Mt. Alava. Police raided the home of the same defendant who directed them to the body, and seized a large number of weapons including semi automatics.
All of the eight defendants charged in the Wyatt Bowles Jr, case remain behind bars. Two whose bail was set at $25,000, Diane Mahjor and Sanele Mareko have yet to post bail. The next court hearing in the case is on a motion to set bail for Paulava Malala. Associate Justice Lyle Richmond had set a hearing on the motion for April 11 but with the court's continuation of various cases which had been set on Tuesday and Friday last week, the holidays for Governor Tauese Sunia's funeral, it's not known if the hearing will still be held Friday.


The grandopening of the Tradewinds Quailty Inn Hotel in Ottoville is set for Monday May 5th. Vice President of ottovile one investments vince haleck says the finishing work has taken longer than anticipated but exactly a month from today the 104 room hotel will open its doors to the public. And that plan will not change. Due to demand for hotel rooms for two conferences to be held in the territory he hotel will have a softopening next week.

An exciting event taking place in the territory in May is the first World Fire Knife Competition. American Samoa is home to the inventor of the Samoan Fire Knife Dance Paramount Chief Letuli Olo Misilagi but this will be the first time that the territory will host such an event. Organizers of the event include Paramount Letuli's children who have formed a non profit organization with the aim of incorporating so that this important art form and tradition of Samoa may be preserved and perpetuated through annual fire knife dance competitions. The Polynesian Culture Center has hosted numerous World Fire knife competitions and the Samoa sponsored its first fire knife contest last December. American Samoa's first World Fire Knife Competition is scheduled for May 1, 2 and 3rd at the Veterans Stadium. During the day workshops will be conducted by professional fire knife dancers . Various vendors will also be selling their handicrafts and in the evenings junior and senior competitions will take place as well as Polynesian shows with the finale and awards presentation.

August 13 2nd Bulletin

The High Court today issued a gag order on everyone affiliated with the Wyatt Bowles Jr. disappearance case including attorneys, witnesses, defendants, court personnel, employees and agents of the Department of Public Safety, prohibiting them from speaking to the media about the case, while its in progress. The order prohibits anyone involved in the investigation and litigation of the case from releasing, making or authorizing release of any extra judicial statements for dissemination by any means of public communication relating to any matters having to do with the case. The court said that its contempt powers will be used to ensure compliance with this order. The court also continued the sealing of all files relating to the Bowles matter and said that all hearings on pre trial motions or other proceedings involving disclosure of any facts to be introduced at trial will continue to be closed to the press and public. The order applies to cases of eight defendants facing charges relating to Bowles disappearance: namely Talofa Seumanu, Victor Sepulona, Richard Mahjor, Jake Malala, Paulava Malala, Uatisone Kelemete, Sanele Mareko and Dianne Mahjor.

Signed by Associate Justice Lyle Richmond and judges Sagapolutele Malaeloa and Tapopo Mekiafa Vaifanua, the order cites that these cases have been the subject of considerable and unusual pre-trial publicity. It says numerous newspaper articles and letters to the editors have been published which report comments by several counsel, the police and at least one defendant. The court concludes there is a reasonable likelihood that prejudicial news prior to the trials will prevent fair trials and therefore has determined that a restrictive order is necessary.

The court does leave room for the media and individual reporters to contest the order. And it specifies that the prohibition not to make comment on the Bowles case shall not apply to media reporters even if subpoenaed as witnesses in any of these cases.

The body of Specialist Farao Kevin Letufuga, the Samoan soldier killed in Iraq last Tuesday, will be brought home on tomorrow's Hawaiian Air flight. Congressman Faleomavaega Eni Hunkin and Command Sargeant Major Iuniasolua Savusa will accompany his body. The congressman said

"I know that this has been a very sad moment for the parents of this soldier and I want to make sure that Mr. Letufuga and his wife Siniva know that we all share their sorrow. As the first son of Samoa to die in action in this conflict in Iraq, I want the family to know that Specialist Letufuga's passing is one of honor and tremendous respect from our Samoan people and our nation for him making the ultimate sacrifice – that is of giving his life in defense of our country."

"When I learned that Specialist Letufuga had died while serving in Operation Iraqi Freedom as a member of the 101st Airborne Division, I immediately requested to the U.S. Army that Command Sergeant Major Iuniasolua Savusa be authorized to travel with me to escort Letufuga's body to American Samoa. Iuni Savusa was a brigade command sergeant major in the same division in which Letufuga served in Iraq. The congressman said he was pleased with the prompt and affirmative response to his request by Brigadier General Jason Kamiya who is Commander of the Joint Readiness Training Center and Fort Polk in Louisiana where Savusa is posted.

Faleomavaega has also been " in communication with the U.S. Army at the Pentagon regarding the transport of Specialist Letufuga's body to American Samoa. Letufuga's body has been in Dover, Delaware and will be transported to Honolulu where the congressman and Savusa will then join up with the rest of the Army escort to bring the body to American Samoa tomorrow evening.

Legislative counsel Robert Maez is still without a paycheck three days after the rest of the ASG workforce got paid. And a representative who is having difficulty getting an attorney to draft his bills wants to know if he can hire a private lawyer to do his work. And send the bill to Treasury. Maez:s paycheck was withheld Monday even though he has been the only lawyer at the Legislative Reference Bureau who has been at work. LRB Director Afoa Moega Lutu left for off island Friday for a family funeral and Tauivi Tuinei has just returned from off island medical treatment. The reason why Maez did not get his paycheck, according to Director of human Resources Puni Penei Sewell is because his contract is missing a standard provision in all Asg employment contracts. That he cannot engage in private business while employed with ASG. Puni had alerted the Fono leaders in June about the missing provision and late July reminded them again that the provision had to be inserted in Maez's contract. He gave an August 1 deadline to fix Maez contract however the Fono did not comply. Last week Puni sent a letter to the Treasurer asking that all payments due Maez cease.

[Representative Muavaefaatasi Ae Ae Jr. has complained that he can't get a lawyer to draft his bills and has spoken with both the Treasurer and Human Reosurces Director about Maez's paycheck. He said he's become involved because Maez not getting a paycheck has affected his duties as a lawmaker. He has informed the two directors that if he can't find a Fono attorney to draft his bills he will hire a private lawyer and send the bill to Treasury.

The Archbishop of the Catholic Church in Samoa, Alapati Mataeliga has confirmed that a priest of the diocese has been disciplined for sexual relations with a girl in his congregation. The archbishop has also offered a public apology to the girl and families concerned. Media reports say that the girl was a senior student at a Catholic college and is believed to have been impregnated by the priest. The priest, a former vicar general of the Diocese has reportedly been stripped of all priestly duties. The public admission and apology by Archbishop Alapati is viewed as a signal of change and openness in the leadership of the Catholic Church which is normally silent when asked to comment on misconduct by the clergy.

An agreement aimed at freeing up competition for air services in the Pacific Islands will be tabled for signature by Pacific Island countries this weekend. "Australia's Prime Minister, John Howard, attending the Pacific Forum meeting in New Zealand intends to offer funding for a study into why so many of the Pacific Island nations can't run profitable airlines. But the island countries have already moved to find an answer themselves. The Forum Secretariat's aviation expert, Robert Guild, says the Pacific Island Air Services Agreement aims to open up the skies over the Pacific. "The fourteen Pacific Island countries between them are party to sixty-seven bilateral air service agreements. And this complex system has hindered the development of new routes between countries and made it more difficult for the airlines to develop." The agreement needs six countries to sign to enter into force."

August 22 2<sup>nd</sup> Bulletin '0 3

The group of Chinese citizens who were taken into custody Tuesday for alleged immigration law violations were all released from the Tafuna Correctional Facility yesterday evening. It is believed that they were released to an attorney representing a Pago Pago resident who sponsored the nine women and one man. One other woman whom the Attorney General Fiti Sunia said was married to a US citizen and was a legal resident of the territory was released on Wednesday. Sunia said the reason why the group was taken in was because did not carry American Samoa immigration cards as required by law for all aliens. The AG directed the raid of the apartment buiulding in which the group was living, located in an area of Pago Pago village that residents have referred to as China town. Sunia declined to tie the Chinese nationals' arrest to allegeations that they were incolved in a prostitution racket.

The only female defendant charged in connection with the Wyatt Bowles Jr. case, Diane Mahjor was admitted to the hospital yesterday evening for an operation.
Sources say that her operation was scheduled for this morning. The only information that was obtained about the nature of Mrs. Mahjor's medical procedure is that it was of a gynecology nature. It is reported that Mrs Mahjor has made several visits to the OBGYN clinic since she has been incarcerated in May. It is not know how long Mrs Mahjor will be in the hospital but a police woman is reported to be standing guard outside her room.
It's also been confirmed that Diane's husband Richard has been seen at the Medical Clinic on several occasions. Sources say that he has experienced breathing problems. It was also confirmed that the physician seeing him is Dr. Iotamo Saleapaga.

The American Samoa Senate now has its full complement of 18 senators. This morning, Afioga Tago Suilefaiga Afeleti took the oath of office and took the last remaining vacant seat in the upper chamber. Many of his relatives witnessed the swearing in ceremony. Senator Tago fills the seat that was held by the late senator Maluia Filoitumua. worked for Public Works for many years and has retired from ASG.

Fiji police are trying to determine the circumstances in which four

people died in what appear to be a gangland style killing

The bodies of the four, three Chinese and a Fijian security guard, were found in a live fish export factory in Lami just outside Suva late yesterday

Witnesses are quoted as saying all the dead had serious injuries and were covered in blood.

The Daily Post reports that police would not speculate on the involvement of the Chinese Triad crime gangs but they hav etightened up security at all point of entry as investigations intensify.

Fiji has had a large influx of Chinese nationals in recent years with many involved in businesses and fishing and others said to be involved in drug running, people smuggling, money laundering and prostitution.

August 8 3rd Bulletin $^{10}$ ラ

Another closed hearing for one of the defendants in the Wyatt Bowles Jr, case, Paulava Malala was held in the High Court today.  KHJ News has learned that a letter by Malala which appeared in the Samoa News earlier this week was of concern to the bench.  Malala;s letter which was in response to one from Diane Mahjor's father Ronald Miller, says he was a key witness to everything concerning Dianne and her husband, Richard Mahjor, a murder suspect in the Bowles case.  In the same letter Paulava apologizes to the parents of Wyatt Bowles and says that the missing 23 year old was a good friend of his.

Exactly what the court said about Malala's letter is not known but  Some legal types have said that the court may well decide to issue a gag order to stop any further information from getting out to the public.  Aside from the judges, the few who have been inside the closed hearings for Paulava Malala and other defendants charged in connection with Bowles disappearance, are police officers, the prosecution team, defense attorneys and court workers.

Governor Togiola Tulafono has explained his reasons for not signing the bill which would have created a Public Utilities Commission to regulate power, water, communications and cable tv. The governor said he is not in favor of creating another level of bureaucracy.  He said most of the utilities are still operated by semi-autonomous government agencies.  Ultimately the government is responsible for its conduct to the country. Public boards have already been created to oversee the operations of these semi-autonomous agencies.  Togiola said the creation of the PUB would only create a situation where one public board will have oversight obn other public boards.  The governor said, I DID NOT BELIEVE THE ADDITIONAL COST AND ANOTHER LAYER OF BUREAUCRACY IS NECESSARY AT THIS TIME. NECESSARY AT THIS TIME.

The governor was also asked to comment on a Senate resolution asking the Attorney General to issue a legal opinion on whether cabinet members serving in the Togiola Sunia amdinsitration have to be re-confirmed by the Fono.  The governor said  ALL EXISTING DIRECTORS HAVE BEEN APPROVED FOR THEIR TERMS AND DO NOT REQUIRE RE-CONFIRMATION.  ONLY NEW DIRECTORS THAT I APPOINT MYSELF WILL BE SUBJECT TO THE CONFIRMATION PROCESS.

If all goes according to plan, a military flight will be delivering the newly purchases vacuum runway sweeper for Pago Pago International Airport soon.  According to Port Director Seugogo Herman Schirmer the military has responded favorably to Goevrnor togiola Tulafono;s request for a Mac flight to transport the sweeper from Travis Air Force Base.  The exact date of delivery is determined by whether there are flights heading to Australia thjat can stop on the way and space availability.  Shirmer says there's a good chance that the sweeper will arrive in a matter of days.  The goevrnor sent a letetr to Admiral thomas Fargo, Commander of the US Pacific Command last week requesting a military flight to transport the sweeper from a supplier in Chino, California.  He pointed out that the 747 weekl;yu cargo flight could accomodate the sweeper however a top loader to get it off the aircraft is not available locally.  The vacuum  sweeper will be used to keep the runway clear of debris and in top form at all times for arriving and departing aircraft. P

The American Samoa Historic Preservation Office announces a major update to their office website (http://ashpo.org) . The update includes better site navigation, an update of the photo gallery with 59 new historic photographs from the Wayne Forde collection, an update of the Cultural Organizations page (featuring local and off-island institutions concerned with historic and cultural resources), an update of the Fagatogo Walking tour, an update of the Samoan and Pacific links page (featuring over 100 links; 25 new, and fixes to previously dead links), and an update of staff contact information. In addition, the site also touts an entirely new "Download Library" page that makes Samoan archaeological reports and some historic documents easily available to students and the general and professional public via download using the popular PDF format. The Download Library page features over 70 reports that cover such topics as Samoan *tia seu lupe* (also know as star mounds), Samoan prehistoric quarries, and Samoan villages. The page also includes the ASEPA's important recently published *American Samoa State of the Environment Report.* The site was designed by the ASHPO, and was implemented by the local consulting firm OutSource Solutions. The upgrade was paid for by a federal grant from the Historic Preservation Fund. According to the ASHPO the site is currently averaging over 400 visitors a week and future upgrades to the site are currently being planned. Historic Preservation Officer, John Enright, said the ASHPO welcomes comments and suggestions from the public for future impovements to the site. Comments and suggestions can be directed to Deputy Historic Preservation Officer, David Herdrich at 633-2384 or David_J_Herdrich@samoatelco.com .

April 9 1<sup>st</sup> Bulletin ⁱᵒ ₃

The lt. Governor nominee Aitofele Sunia's first reaction upon learning that
he had been chosen by Governor Togiola Tulafono to be his second in
command was, Oh so he choose me." Sunia said he had no prior knowledge
that he was even being considered for the job. He had met with Governor
Togiola earlier but it was to discuss other things and the topic of lt. Governor
never came up. Sunia said he found out after his meeting with Deputy
Secretary David Cohen ended around 4 p.m.afternoon about his
appointment. My staff found out before I did, as they saw the fax come
throiugh while I was meeting with Assisatnt Secretary Cohen, said Sunia.
The fax from the Goevrnor 's Office was received by Treasury at 3:30 p.m.
Sunia said he was happy to have been picked by governor Togiola as lt.
Governor and was humbled by Togiola's confidence in him. He declined to
be interviewed preferring to wait until after his confirmation hearings.
Political observers believe that Sunia will not have any problem passing the
House of Representatives but things do not look clear cut in the Senate. But
if he is able to swing the support of Senate President Lutu Fuimaono he will
not have any problem getting the necessary votes.


House Speaker Matagi Ray Mcmoore and members of the House of
Representatives have filed a motion in the High Court to dismiss Rep.
Muavaefaatasi Ae Ae Jr's. complaint for declaratory relief over his
suspension. In a response filed Monday, the defendants in Muavaefaatasi's
suit contend that the actions taken by the House of Repres.netatives to
suspend the Pago Pago faipule were within the scope of its authority under
the American Smaoa Revised Constitution. They cite that the House has the
constitutional power to immediatelu take strong corrective measures to
protect the dignity and honor of its members who are subjected to malicious
and unjustifiable public attacks on their name, reputation and honor by
another member while engaged in committee hearings. The House voted
February 10 to suspend Muavaefaatasi without pay until the second regular
session of the Ofno in July for allegedly referring to members as dogs. The
comments were made at a hearing by the Public Works Committee on a
resolution concerning improvements for Pago Pago Park. Muavaefaatasi is
disputing that he ever made such a comment and contends that it was.
another member who uttered the canine reference.. In their motion for
dismissal the Speaker and Hosue members say their colleague has failed to
exhaust administrative remedies within the House that were made available

to him to purge his contemptuous and disorderly behaviour and to provide
assurances that such actions would not occur again. They also state that
Muavaefaatasi's claim that his statements are protected constitutional free
speech does not apply to safeguard him from discipline by the House of
Representatives for defamatory attacks on fellow representative during
public hearings or for incitements to engage in fisticuffs or for willful
disregard for House rules of protocol and decorum. The defendants are
represented by Charles Alailima whiel Paul Miller is counsel for
Muavaefaatasi.

The family of Wyatt Bowles Jr. the 23 year old Fogagogo youth who disappeared
February 11,. is continuing efforts to have the trials of defendants charged in the case to
be moved to the District Court in Hawaii. A family spokesman said yesterday that they
have collected hundreds of signatures from all sectors of the community, and will soon
file a class action suit with the Hawaii federal court. The petition will be used as
supporting evidence. According to the spokesman the Bowles family does not believe
the defendants can have a fair trial in the territory because of the close knit relationships
that exist in the community. It also has doubts about the police investigation into their
son's disappearance. One question being posed by the family is why individuals who
were present at the home of murder defendant Richard Mahjor when the allegd beating
and killing of Bowles took place, have not been charged. Adding to the family's doubts
is why the court did not allowed them to sit in on the closed door preliminary
examinations of the defendants and why  conspiracy to murder charges against four of
the defendants were dismissed.
In his inaugural address Monday, Goevrnro Togiola said in remarks addressed to the
Judiciary, we have the integrity,t he honesty and capacity to govern ourselves .


Meetings between Deputy Secretar of the Interior for Insualr Affairs David
Cohen and Treasurer and Lt., Govenror Aitofele Sunia yesterday discussed
the progress made in the ASG audits for Fy 1998, 1999 and 2000 and other
provisions in the memorandum of understanding that had been signed last
year between ASG and Office of Insular Affairs for fiscal reform. Sunia
said that Asg I on track in meeting the new deadline for the audits and
pointed out that an extension to the original deadlines were necessary
because the people who set those dates had nòt anticipated the volume of
work necessary. He said Cohen was pleased with the progress on the audits
and was generally impressed with the goevrnment's financial situation.

From Smaoa The case against a man accused of attacking a female Peace
Corps Volunteer was adjourned to the 22nd of this month to allow the
defense lawyer to obtain instructions from his client.

Tanielu Fa'ala'a, 26, of Vaipuna, Upolu Island, and Salelologa, Savai'i Island, faces three charges arising from his alleged attack of Catherine Swanson of Vaipuna and United States at her flat the night of March 8th.

The charges are attempted rape, actual bodily harm and indecent assault.

According to the authorities, Swanson knew her attacker and suffered injuries when she fought him off.

The U.S. Postal Service is taking "extra precautions" in the handling of mail from countries that have cases of severe acute respiratory syndrome, or SARS, CNMI Postmaster George U. Diaz said yesterday.

He said the extra precautions aim to protect the nation's postal workers and will not result in the delay of mail delivery.

"We have implemented precautions ever since the anthrax scare started. With SARS, we'll also do something to protect ourselves," Diaz said.

March 31 1st Bulletin *fc 3*

If a man's popularity is judged by the attendance at his funeral service, Governor Tauese Sunia's popularity extended well beyond his homeland.   A front page story in stody's Honolulu Advertiser says that parking overflowed from the ample lot to every spare foot of Central Union Church's broad, green lawn yesterday as mourners arrived for funeral services for the governor.

Men dressed in traditional Samoan clothing and women in white dresses and broad-brimmed hats filled the pews in the nave and balcony. As the service progressed, more people entered the church until standing room along the rear walls was taken and the entry foyer filled.  A color guard of American Samoan police officers in fitafita guard uniform  escorted the coffin into the church.  The traditional exchange of chiefs from the paternal and maternal families of the governor and those of First Lady Fagaoalii;s concerning the afuelo or fine mat which should be placed on the goevrnor's coffin took place before the coffin drapped in white lace was taken into the church.

Hawai'i Gov. Linda Lingle spoke during the ceremony, saying that her brief contact with Governor Tauyese  had convinced her he was a man who fought hard for causes he believed in, and he would long be missed by those who had known him.

She nodded to former Gov. Ben Cayetano and his wife, who were friends of the goevrnor, and stooped beneath First Lady Fagaoali'i's broad hat to plant a kiss on the widow's check.

Congressman Faleomavaega Eni Hunkin said Tauese's love for the culture of his homeland was well known, and his lifestyle exemplified the best of it.

"He would be playing marbles with the children one day, meeting with prime ministers, kings and queens the next," said the congressman.

Outside the church yesterday, as the congregation sang hymns and the Honolulu sky gathered clouds for a downpour, Hannemann talked about Tauese's skills as a singer and dancer, and of the late governor's favorite song, "Sentimental Journey."

Hannemann said he remembers the last time he saw the governor smile and say goodbye. At the time, he said, the lyrics of that song seemed to play in his head. The Honolulu Advertiser artic;e was accompanied by photos of local police carrying the goevrnor's coffin, the packed church service, and a woman weeping outside the church.

IN the Northern Marianas Gov. Juan N. Babauta on Friday ordered all CNMI flags to fly at half-mast as a gesture of mourning for Gov. Tauese's passing.  Press Secretary Peter A. Callaghan said yesterday that Commonwealth flags will stay half-staff until the evening on the day of Tauese's funeral.  Washington Rep. Pedro A. Tenorio also joined American Samoa in mourning the governor's death.

In an official statement from Washington D.C., Tenorio remarked that the entire Pacific community has lost a true leader and great statesman by Tauese's passing.

Tenorio described the late governor as the Pacific region's senior American chief executive.

"I have lost a cherished friend, whom I saw less than a month ago in Washington at the winter meeting of the National Governors Association and at the PBDC meeting. He was a man of great humor and oratorical skills and it is difficult for me to believe his voice has been stilled," said the CNMI resident representative.

Tenorio said To the day he died, Tauese remained passionate about the importance of education as the means for the betterment of his people's lives.

Congressman Tenorio said  "The Government and the people of the CNMI join me in expressing our deepest sympathies to the people of American Samoa on this very sad occasion. Our prayers are with Mrs. Sunia and her family as they gather from afar to mourn the passing of their patriarch. May God be with them and bless them all.

The atrium of the Executive Office Building was where Tauese Sunia, with his late mother Mrs Savaliolefilemu Alesana Sunia and his wife Fagaoalii by his side, was sworn in as Lt. Govenror back in Janaury of 1992.  That began his long association with the Executive Office Building and the elevator taking him up to the third floor.  In 1996 Tauese moved from the lt. Govenror's office to the room next door, the one at the center of the Governor's Office. Tonight Tauese will lie in state in the EOB atrium while his cabinet, ASG employees, church groups, schools and other organizations perform leoleoga or wake services.  There'll be prayers, hymns, even songs that the governor loved to sing.  And rememberances of the chief executive.  The Goevrnor's Office has prepared a schedule for the wake which will start with a prayer service, that is normally held upon arrival of a body at the airport.  Due to logistical reasons and to avoid congestion at the airport, Acting Goevrnor Togiola has asked that everyone await the arrival of the governor at the EOB. Crews form Public Works and Department of Adminsitrative Services have spent the weekend sprucing up the EOB and by late this afternoon a committee will begin decorating the facility.  Director of Adminsitrative Services Lauti Simona says the foyers on the second floor will be used by department choirs who will be participating in the wake which will continue until tomorrow morning.  Tonight;s Hawaiian Air flight is packed and enarly all of the passengers on board are attending Govenror Tauese's funeral.  Others are traveling on the Thursday Polyesian Airlines flight from Honolulu.

Nurses at the LBJ Hospital are pushing for an inquiry into the decision making which led to Govenror Tauese Sunia being airlifted to Hawaii and the actions of the physician who accompanied the governor Dr. Victor Tofaeono Williams.  Several senior nurses say that

medical authorities did not follow normal procedures when the decision was made to send the governor off island and precautionary measures such as having oxygen tanks, IV and other supplies on board the flight, were not taken. They believe that a nurse should have accompanied the governor and question the competency of Dr, Williams to deal with an emergency during the flight. Dr. Williams had been scheduled to travel on to Las Vegas where he was recruiting staff for LBJ Hospital. Reports from the hospital and Honolulu say that even before the goevrnor's body was taken from the Polynesian airlines jet, Dr. Williams took off before giving a medical report about what had happened to Dr. Iotamo Saleapaga who was awaiting the flight's arrivala t Honolulu International Airport.

The bones of a man believed to have been killed last year and buried in the dense forest of the National Park between the Fagasa Pass and the KVZK-TV transmitter site at Mt. Alava were retrieved by police early Friday morning. A crew of police and ems personnel began searching the area Thursday evening and spent the night in the park. It has been confirmed that the police were directed to the area where the bones were found by one of the defendants charged in connection with the disappearance of Wyatt Bowles Jr. The defendant was with police during the search. During the same operation police seized what an official described as a large quantity of weapons, including handguns and semi automatics from the home of the same defendant. It was initially suspected that the remains were that of a Caucasian friend of Richard Mahjor's. However it has come to light that a local man has been missing for several months. A senior DPS official says if an LBJ pathologist is unable to identify the remains, they will be sent off island for forensics analysis.

Beginning today, application forms for federal screener positions at Pago Apgo Inetrnational Airport can be picked up from the Transportation Security Administration Field Office at the airport. The vacancies are for part time positions with salaries and benefits of $23,600 to $35,400. The positions are open to all US citizens and Us nationals. TSA Field Director William Haleck encourages all interested applicants to pick up application forms from his office next to the Hawaiian Air office at the airport, from 8:00 to 4:30 p.m. Monday to Friday. A TSA assessment team is expected to arrive in the territory on the week of April 21 to do testing and Haleck encourages interested applicants to pick up their application forms and return them early. Local residents who applied on line are encouraged to re-apply through the local TSA office. Haleck says 15-20 local screeners are needed and he is also developing a pool of qualified candidates to fill further vacancies

Two senior lecturers at the National University of Samoa have been ordered to appear before a disciplinary committee on charges of alleged misbehaviour. The two include the head of the Samoan Studies faculty, Maulolo Leaula Amosa, who launched a book on the Samoan language in the territory and has had speaking engagaemnets at the Community College. He is alleged to have removed confidential files relating to a court case of which he was a party, without authorisation. A lecturer in Accounting Rosita Esera has been suspended following a report of high failure rates of first year students at the University of South Pacific in Fiji. According to the Samoa Observer the report indicated that the NUS's preparatory curriculum and teaching did not prepare students to move

on to university level.  Both lecturers have been instructed to have attorneys at their disciplinary hearings this week.

July 7 1st Bulletin   ひろ

More than 16 tons of mail headed for American Samoa that has piled up at the U.S. postal facility at Honolulu Airport will be flown to Western Samoa this morning. A spokesperson for the Post Office says Kalita aircraft is arriving at faleolo Airport early this morning with up to 5 containers of mail for American Samoa. The mail will be taken immediately to the Apia wharf where it will be barged to Pago Apgo on Samoa EXPRESS. The vessel is due to arrive here around 3 pm.

Marc Dixon of the US Postal Service says mail has been piling up at the Honolulu Post office at the rate of 2 tons a day since June 24 when Hawaiian Air temporarily cancelled flights because of problems with the runway.

Dixon said that the Federal Aviation Administration will keep Pago Pago International airport  closed for at least another week so it can complete an inspection and supervise repairs.

Hawaiian Air had planned on reusming service yesterday pending an inspection by FAA officials who arrived here last Thursday morning from Honolulu. However the inspectors were not satisfied with the work done to the runway and up to yesterday Fulton Hogan crews were seen working on the runway. Hawaiain Air has now cancelled tonight's flight as well.
A fulton Hogan spokesman said that they had started painting the centerline and touch down  pads over the weekend but were told yesterday to stop. The Contractor also had a rubber tyred roller doing laps on the repaired portion of the main runway which is still closed.
Military flights have been overflying Pago Apgo since the closure of the runway .

Samoa Air Vacations is forging ahead with plans to start a weekly charter flight between Pago Apgo and Honolulu by this weekend.
The company has been advertising for part time employees for the proposed service including baggage handlers and aircraft cleaners. CEO Andre Lavigne decline to give a definite start up date saying that an announcement will be forthcoming. Samoa Air Vacations had been looking for investment capital to start up the venture which would initially involve a weekly charter flight using a DC-10 aircraft. ASG had been approached for financial assistance but according to a senior goevrnemnt official it's not likely that any support will be coming from ASG.

Tokelau gave locals a taste of one of their main exports, handicrafts at an exhibition and cocktail party at the Tradewinds Hotel Saturday evening. The exhibition was hosted by the Ulu of Tokelau Hon. Kolouei O'Briean and faipule Kuresa Nasau who were guests of the Flag Day celebration. Goevrnor Togiola Tulafono, Rep Wallace Thompson, Director of Commerce Aliimau jr, Scanlan d  and members of the Swains and Tokelau community in American Samoa were among the small crowd that attended the function. Hon O'Brien said that American Samoa was a very important market for the atolls of Tokelau

and the exhibition was aimed at attracting local vendors who would be interested in buying their handircrafts.

Three defendants charged in connection with the disappearance of Wyatt Bowles Junior February 24, will appear in court this morning. Brothers Paulava Malala, Jake Malala and their brother in law, Sanele Mareko are expected to enter plea agreements. Mention of a deal between the government and the three defendants was first mentioned in court on May 21st. Assisatnt Attorney General Marc Roy' said that day that the government is offering a deal to them. Family members had been saying some time ago that the defendants were being offered pleas in exchange for information about other crimes which were committed by the alleged mastermind in Bowles disappearance Richard Mahjor and his wife Diane.

The attorney for one of the defendants had told KHJ News that details of the plea agreement were awaiting a follow up interview between his client with Drug Enforcement Agency agents from Honolulu. It;'s not known whether the agents were able to visit due to the cancellation of flights between Honolulu and Pago Apgo.

Samoa Observer Ltd., which publishes newspapers daily, is launching a weekly Samoan language newspaper this Friday.

It would be the only solely-Samoan language newspaper published in the country.

To be called " Talanoa Samoa " the paper will replace the Samoan sections of Samoa Observer Ltd's publications, the daily Samoa Observer, which becomes the Saturday Observer and the Sunday Samoan on weekends.

Samoa Observer group editor-in-chief, Savea Sano Malifa said:

" The intention is to produce a separate newspaper that is totally Samoan in language content, thus recognizing the importance of the Samoan language, culture, customs and usages in today's development process. "

Talanoa Samoa will target shops in villages.

Samoa Observer Ltd., reminded advertisers that the buying power is in the villages from which busloads of customers pour into town daily.

June 10 3rd Bulletin  ✍ ⇒

The collective decision of fautasi captains is to call off the fautasi race for the 2003 Flag Day
celebration next month.  Fautasi captains met with Secretary of Samoan Affairs Sotoa Savali this
morning and informed him of their decision.  According to Alo Dr. Paul Stevenson representing
the Fealofani Samoa some villages cannot find enough crew members to man their longboats.
Many are heading off island for army reserve training, summer camps and vacation  while others
are preoccupied with home repairs after the floods and mudslides.  He said villages with fautasi
are preoccupied with other activities and it is best that the Flag Day race be called off.  Alo said
that Sotoa was to convey the captains decision to Governor Togiola Tulafono.
The decision comes as the Little Rina from Samoa has confirmed it is coming to defend its victory
in last year's Flag Day race.  The Governor;s Chief of Staff Pati Faiai says the Little Rina, and
possibly another fautasi, plus entertaining groups from Puapua, Savaii and Manono island as well
as the Samoa police band have verbally confirmed their participation.

Three agents from the Drug Enforcement Agency and Special Task Force arrived last night to
assist with local investigations.  Two of the agents are female officers with the Honolulu Police
Department assigned to the Task Force.  They are here in response to a request made by
Attorney General Fiti Sunia for assistance  with on going cases.  Sources say that the agents will
be following up leads on the source of hard drugs coming into the territory and shipment
methods.  They are also looking into the shipment of ammunition which had been found in a
container consigned to Mrs Diane Mahjor, one of the defendants in the Wyatt Bowles Jr case.

An investigation continues in to the  release of ammonia gas from KS Mart Store in
Tafuna late last month.  An official of the American Samoa Environmental Protection
Agency says the case has not been closed and investigations are continuing.  It is not
known if an official from the USEPA Region nine office in San Francisco now on island
is involved in the probe.  The local EPA had reported the incident to the federal agency
for further investigation.  Marc Marquie of the local EPA said that ithe store owner may
face criminal charges for alleged delioberate release of ammonia.  Residents behind the
store had to be evacuated from their homes for one day after becoming nauseuous and
experiencing dizzy spells due to ammonia funmes which were traced to cylinders on the
KS Mart property.  The local EPA had been made aware of the ammonia cylinders in January
and had directed the store to voluntarily remove them.  However up to March, no action had been
taken and EPA issued an administrative order to the tafuna store to remove the cyliunders within
30 days.  On May 21,  the agency informed the KS Mart  in writing that the case had been
referred to the Attorney geenra;'s Office for prosecution.  The same night, ammonia was
mysteriously discharged.
A memebr of the government;s haz mat team says the ammonia cylinders have been removed
from behind the KS Mart store and are now stored at a site for hazardous material.

Governor Togiola Tulafono has submitted to House Speaker Matagi ray Mcmoore Fono
his nomination of Francis Leasiolagi as Treasurer.  IN his nominationm letetrm, the
governor said that Leasiolagi is preeminently qualified for the possiiton.  The governor
siad  With almost 20 years of experience in the Ofice of Planning and Budget
Development, Leasiolafi has acquired extensive knowledge of the governemnt's financial
ser vices.  In addition to his duties and responsibilitites with the Budget Office, he served
as team leader for implementation of the Integrated Fund Accounting Software system
that is the basis for recording snd reporting Asg's financial and accounting operations.
Togiola also pointed out that as Deputy Budge Ddirector the Treasurer nominee has
carried a significant part of the responsibiliting for preparing Asg's annual buydget and

thereafter monitoring agency compliance. This ovberall working knowledge of the budget process and recognition of its importance is critical for the position og Treasurer, said Togioila.

The governor also pointed out that Leasiolagi and his wife have six children and plays an active role in the community espciallu in his role as a deacon fo the Catholic Hcurch. He told the speake, I turst you will agree with me that Mr Leasiolagi is most qwualified and deserving of this appointment and you will support his speedy confirmation.

and his wife Faataualofa have six children. .
Governor Togiola Tulafono has sent to the Fono leaders his nomination of Francis Leasiolagi as

A customs officer suspected of altering a customs delcration form and accepting a bribe faces dismissal. Then acting treasurer Talia Faafetai Iaulualo has supported a recommendation by an internal review panel to terminate the officer. His recommendation has been forwarded to the Departemnt of Human Resources for action. Under personnel rules DHR can review the grounds for termination for just cause and if it goes along with the recommendation the employee has ten days by which to respond to the termination action. If he or she disputes the action, they can file with the personnel advisory board . The next step after the Personnel advisory board is to appeal to the Adminsitrative Law Judge. The customs internal panel found evidence that the officer while on duty at Pago Pago International airport altered a customs form for Samoan businessesman Sooaga Milo to show that he imported a fewer number of carton of cigarettes than what he actually brought in.

June 2, 2003

Chief Procurement Officer Faau Seumanutafa says he will not step down unless the
governor tells him to. KHJ News was asking for a comment from the CPO concerning a
warrant issued last week which allows the Task Force on White Collar Crime to look at
his bank account at ANZ Amerika Samoa bank. The CPO said he was unaware of the
search warrant or read a Samoa News story Friday concerning the warrant as he had been
attending a title investiture ceremony in Alao that day. When asked if he had any plans
to step down from his cabinet position, the CPO responded angrily, "for what reason?"
and asked if this was the aim behind stories concerning him. Seumanutafa said that
unless he hears from his boss, the governor, he will continue to serve as the CPO.
Meanwhile Task Force investigators are scheduled to begin looking at bank records for
the CPO today. The probe concerns transactions involving one of the companies owned
by Seumanutafa's son, Samoa Wood Products.

Peteru Luavasa, jailed for continually using a high ranking orator title from Ta'u, Manu;a
has been allowed one visitor.
On Friday the High Court granted visitor rights to Luavasa's wife, specifically for the
purpose of dispensing medication for her husband. Luavasa is believed to be suffering
from high blood pressure and diabetes. The court is allowing Mrs Luavasa daily visits.
Luavasa was jailed for 60 days May 22 for contempt of court in his use of the Tauala
title. He was barred from getting any visitors and food from the outside during his prison
term. The sentence has been criticized by some as being unnecessarily harsh. They
question how the court can impose a ban on visitors for Luavasa when defendants
charged in connection with the disappearance of Wyatt Bowles Jr. have been granted
visitation rights. They also point to a recent case in which a senator was found guilty of
contempt of court, and was simply fined $350.

Mrs. Diane Mahjor, one of the defendants in the Wyatt Bowles Jr.. case and now facing
one count of possession of ice with intention to distribute, remains behind bars. Her
attorney, Paul Miller, will attempt to get her released today on a $60,000 bail. Milelr said
over the weekend that several cars which he said were worth $100,000 are being put up
as surety. The vehicles are believed to be from the rental car business which Diane and
her husband Richard, operated with relatives of Diane's mother in Pago Pago. According
to sources, other vehicles from the same business were put up to secure Mrs, Mahjor;s
earlier bail on the Bowles' case, of $35,000.
Mrs Mahjor;s attorney would not comment on reports that the Attoreny Genral's office is
disputing the value of the vehicles. He just said that the value of the vehicles for his
client's latest bail of $60,000 is $100,000 and that is beyond the amount set by the court.
Miller does not expect any problems in securing his client's release from jail.
The parents of Wyatt Bowles Jr. have criticized District Court Judge John ward's
decision to grant bail for the defendant.

The chains came down Friday afternoon and trucks carrying garbage and fish wastes
began using the Futiga landfill again. A temporary restraining order issued by the High
Court early Friday afternoon was served on the head matai of the families who own land

on which the landfill is situated, Uiagalelei Iona, to refrain from barring access to the dumpsite. Uiagalelei had locked up the entrance to the dumpsite and put up no trespassing signs late Wednesday evening saying that ASPA no longer had a lease to the property. Uiagalelei said ASPA's lease had expired in December and negotiations on a new lease was in a stalemate. One of the contentious issues was a new lease rate. According to Uiagalelei he was asking for 25 cents a square ft and ASPA wanted the fee to remain at $400 per ace per month for the 6 acre property. The High Court has set a hearing for this Friday on a motion for a permanent injunction to stop further actions by the landowners to bar access to the landfill.

Lt. Governor Aitofele Sunia, Congressman Faleomavaega Eni Hunkin and Niue's Cultural Minister Vaaiga Tukuitonga are the only overseas guests attending Samoa's 41st anniversary celebrations. A prayer service at the Goevrnment Prayer House at Mt Vaea last evening kicked off the independence events. This morning thousands of school children, church groups, villages, civic clubs, and sports teams will march in the Independence Paradae at Malae o Tiafau. A luncheon, village entertainment and fautasi race will wrap up the festivities this afternoon. In his monthly radio program, Congressman Faleomavaega Eni Hunkin paid tribute to Samoa.

John Monahan, former president and chief executive officer of Liberty House, was named today to steer Hawaiian Airlines through bankruptcy.

Monahan had been with Liberty House for more than a decade and helped lead it through a tumultuous three-year bankruptcy reorganization. He left after Liberty House was sold and became Macy's.

His selection by the office of U.S. Trustee still has to be approved by federal bankruptcy Judge Robert Faris.

Samoa's Polynesian Airlines has decided to return one of its two leased Boeing 737-800 aircraft to save money after the wordwide downturn in airtravel.

The Finance Minister, Misa Telefoni, said the problems faced by all airlines had been compounded by the war in Iraq, increasing global insecurity and the threat of the SARs virus.

Polynesia's second Boeing had been leased to Qantas until March, but with no other lease agreements in the offing it was decided to let the aircraft go.

The Samoan government believes Polynesian is indispensable to the development of tourism, which earned a hundred and fifty million dollars for the country last year.

But the leader of the Opposition, El Mamma Repeat, has criticised the nineteen and a half million that goes towards the airline.

He said the government's support for the airline meant is had less money to improve such things as schools and hospitals.

June 25 3rd Bulletin    <sup>10</sup>3

Acting Goevrnor Aitofele Sunia issued a press statement this afcternoon to report on the
results of discussions between Goevrnro Togiola Tulafono and  Hawaiian Air's CEO
Mark Dunkerly concerning Hawaiian Air flight.  There is no change in the
announcement by Hawaiian Air that Thursday and Friday's flights have been cancelled.
This decision remains. The airline;s concern is that  loose gravelk and debris on a section
of the main runway that became airborne during an aircraft landing, passed through the
jet engines and damaged fan blades.  This section of the runway is scheduled for
resurfacing in August. However heavy downpours combined with hard aircraft landings
have accelerated the detrioration process.  Aircraft with low engines such as those flown
by Hawaiian Air tend to be particularly susceptible to damage from loose runway debris.
According to Sunia, the governor and Dunkerly agreed to fly Hawaiian flight operatiosn
and safety management personnel to the territory via Polynesian Airlines to inspect the
runway.  The inspectors scheduled to arrive here tomorrow morning will assess the
condition of the runway and make a recommendation to Hawaiian's CEO.  Based on
theat recommendation Dunkerly wil detrimne whether to lfit the suspension and restore
flights ne3xt Monday.
To minimize any potential damage to aircraft, the Dpeartemnt of Port Admionsitration
operations personnels and engiener4s will conduct daily inspections of the affected area
and use a mechnical vacuum sweeper to remove loose materials from the runway several
hours prior to a landing.  ASG is currently examining the feasibility of installating a
temporary seal coat over this section of the runway pending a permanent overlay in
August.
Govenror Togiola and Acting Governor Saunia are also working with Hawaiian and other
airlines to find alternative means of tyransportation via Samoa to minize the disruption
for travelers.  Sunia said that the Samoa option has several hurdles that must be
overcome.  These include the cabotage issues and airline landing rights into Faleolo to
service inbound and outbound ←passengers.  He said the government appreciates
everyone's patience and assures the public that everything is being doen to maintain air
services to the territory.

Travelers who are affected by the cancellations are not at all satisfied with the airline's
solution to their predicament.  That is claim a full refund or to rebook on a future
Hawaiian Air flight.  A man who was returning to the mainland with his family Friday
said the airline should arrange akternative routes to get them to their destinations.  A
lawyer, he said that this is a proivision stated in their Hawiaian Air tickets and it is also
outlined in the airline;s website.  The traveler said the lack of information from local
Hawaiian air staff is contributing to people;s frustrations.  He said that calling the airline
was a watse of time since the phones were not being answered.

The suspension of Hawaiian Air's flights cancelled clinics by a visiting group of
speciliacists  from hospitals around  the Big Island.    A large crowd of patients who had
turned up at LBJ this morning to see the Hawaii doctors were told that their appointments
had been cancelled because the doctors had to leave ofr Apia to catch flights back to
Honolulu.  The group includes a dermatologist, urologisty, plastic surgeon and

porthapaedic surgeon. They spent a week in Samoa providing free clinics there and were to spend one week here before returning to Honolulu. Their visit was organized by a Samoan Doctor Johnny Paopao.

Federal Emergency Management Agency staff scheduled to return to the mainland because of family commitments will not be able to leave and their substitutes cannot travel to the territory because of the flight situation. But one FEMA staffer who had to get back home, was able to connect with the Air New Zealand flight from Apia to Auckland to return to Los Angeles. Luckily FEMA does not have to depend on mail service for the delivery of paychecks for their employees. The agency is electronically depositing paychecks in the bank accounts of its employees.
But some equipemtn and supplies that FEMA was hoping ot receive on Hawaiian Air this weekend will be held up. This includes a scanner needed by FEMA's Disaster Recoevry Center.

The Assistant Director of the Department of Education's School Lunch Program Toetu Solaita has decided to speak up concerning allegations surrounding his involvement I the awarding of sole source contracts and bidding of school lunch program supplies. Solaita was last week placed on leave following an internal probe by a DOE task force into procurement of school lunch program supplies. Solaita says he is being wrongfully blamed for actions that DOE Director Dr. Sili Sataua was fully aware of and approved. From the procurement of steaks last year, to the sole sourcing of cereal orders, the paving of a container yard at the School Lunch Program warehouse in Tafuna to the awarding of bids for the 2003/2004 school year, Solaita maintains that no regulations were broken and the procurement were honestly performed. He said that the DOE Director did not question any of the cases under scrutiny and his justification letters for the contracts which were sole sourced all went to the DOE Director. Solaita indicated that some of the transactions that took place were made at the initiation of the Director and he said in due time he will reveal all. Solaita dispelled rumors that he has received kickbacks from companies which were awarded sole source conrtracts such as the paving of the warehouse yard which was given to Paramount Builders. He said that he never received any money from the company and this would be proven by a search of checks issued by Paramount. "They won't find any aramount checks issued to me," he said. Solaita said his name and reputation, and that of his wife, children and family have been tainted by the publicity and allegations. He said he has had enough time to ponder on the situation and has decided to start speaking up and providing evidence to prove that he was not involved in any wrongdoing. He assured that this will not be the first or the last time that the public will hear his account of the goings on in the School Lunch Program and Department of Education.

The High Court has denied a motion by Mrs Diane Mahjor to reduce her bail now set at $250,000. The bail amount is for a single charge of possession of ice with intention to distribute and is based on 1 gram of methapmphetamine that was found in a matchbox

during a police search of the Iliili home of Diane and her husband Richard.  The majors are also defendants in the disappearance of Wyatt Bowles Jr.

So far 767 residents have applied for assistance from FEMA though the actual number who have registered cannot be ascertained because of delays in setting up computers art the center.  Tomorrow the center will begin accepting applications from  Nu'uuli Villages.  FEMA;s Public Information Officer John Treanor says except for a few cases where applicants have demanded assistance that is prohibited by law, such as trying to claim damage for three homes when only one dwelling can be claimed per family, the operation has been smooth.  The other problem which has delayed the operation is getting internet connection and computer networking. Treanor  said non US Nationals and citizens who suffered damage are getting Fema assistance contrary to newspaper reports. He said in families where both the mother and father are aliens, their children who are born here, qualify for assistance and the applications can be filled by one of the parents. The age of the children does not matter.

June 3, 2003 1st Bulletin

Governor Togiola Tulafono has no plans to ask Chief Procurement Officer Faau
Seumanutafa to step down. KHJ News sought comments from the governor concerning
the CPO;s status amid mounting publicity and allegations against him over the awarding
of contracts to companies owned by immediate members of his family. Here's the
governor's reply. " Under our laws, everyone in this territory is deemed innocent until
proven guilty. With all due respect to the news media, all the articles and news items
do not prove wrongdoing justifying official disciplinary action. At the time
of this writing, the only allegations made against the CPO officially had
been from the Director of Education. I am still awaiting the results of the DOE
investigation that I was promised. I have heard of the Attorney General's
investigation but I have not been briefed of their investigation nor seen any
report from it whatsoever. No one from the public, nor any private business has
come forward with any evidence or complaint to me to show any impropriety by
the CPO. Until I receive facts and evidence that proves wrongdoing by a
cabinet member, I am not in a position to act to discipline anyone.

National Pacific Insurance offices in the two Samoas have been swamped with claims for
damages to houses, businesses and cars caused by the recent flooding. Local genberal
Manager Peter Miller says most of the claims are for damages to homes and businesses
but there's also a lot of claims for damages to cars caused by the floods. Miller
explained that there is no coverage for destruction or damages caused by mudslides in all
standard property insurance policies. This means that local homes and businesses which
were demolikshed or damaged by mudslides will not be compensated. Miller says as
soon as damages cand be quantified and verified claims are processed and issued right
away. In some cases however a civil engeering assessment is required to ensure that
permanent repairs are sound and will not lead to more losses in the future. The biggest
claim that NPI expects to settle is $270,000 for a commercial property. The NPI had two
loss adjustors working in Apia where according to Miller, the floods were worse, and one
adjustor working in the territory.

No court date has been set for the 8 defendants in the AFLAC insurance fraud case who
are awaiting trial in the Honolulu federal district court. The official order transferring
their court venue from Middle District of Georgia in Columbus to Honolulu was signed
two weeks ago by Judge Clay Land and the physical moving of case files to the Hawaii
court is now in progress. Assistant US attorney William Clabault the lead prosecutor in
the case says after the files have been received in Honolulu an arraignment date will then
be set for the 8 defendants. Tuitama Kilepoa, Ateliana te'o, Iosefo Toilolo, tausiga Ofoia
and Irata Finauga are still incarcerated at the federal detention center while
Ivan Tuliau, Tagiilima Furean and Anevili Semeatu are out on bail.

$1 billion in seven years. That's the amount of federal funding American Samoa has
received in seven years. The figures come from Congressman Faleomavaega Eni Hunkin
and have been provided in response to a Fono request for information on how much
federal funding the territory has received from FY 1995 to 2001. Of this amount, more

than 770 million has gone directyl to ASG. The congressman said in a press statement that "About 90% of these funds were non-competitive, meaning, ASG did not have to compete against other States or Territories for them. Instead, ASG only had to fill out the appropriate forms to claim this federal aid."

According to the congressman, "ASG continues to be the only State or Territorial government that receives federal funds for local government operations. Congress gives ASG about $23 million per year for government operations and an additional $10 million for CIP;s . Faleomavaega said  No other state or territory receives this kind of funding.

The congressman provided the Governor, Lieutenant Governor and members of the Fono a detailed chart which specifically shows a breakdown of federal funding to American Samoa. He points out that the collection of this data has been a tremendous undertaking and this is some of the best information there is on how many federal dollars have been sent to the Territory. He pointed out however that very little data has been collected about how ASG divides and distributes this money to its local departments."

From FY1995-2001 the U.S. Department of Education sent ASG more than $105 million, an amount which according to the congressman puts American Samoa at the top on a per capita basis than any other State or Territory. And this is not the only federal funding that the local Department of Education receives. ASG also uses federal dollars sent from the U.S. Department of the Interior to fund our local Department of Education. In addition to these funds, ASG also receives money from the U.S. Department of Agriculture which in turn is distributed to the American Samoa Department of Education. In the seven year period , the U.S. Department of Agriculture sent ASG more than $57 million to provide for the school lunch program."

The same is true for federal funding for the territory;s health care system. The U.S. Department of Health and Human Services has provided ASG with more than $72 million in the past seven years. However, said Faleomavaega how much ASG distributes to LBJ is unclear.

Defendant Diane Mahjor was unable to post bail yesterday and remains behind bars at the Tafuna Correctioinal Facility. Her attorney Paul Miller says the Attorney General's Office has all of a sudden taken an interest in the value of several vehicles which were put up as surety to gain Mrs Mahjor's release. He says a local car dealer has valued the cars at $100,000 but AG Fiti Sunia does not agree. According to Miller, the AG believes the value of the vehicles is below $60,000, the bail amount which  District Court Judge John Ward set for the defendant on  the latest charge against her, possession of ice with intent to distribute.  The vehicles were from a rental car company in Pago Pago which is operated by relatives of Mrs Mahjor. Several calls to the AG yesterday were not returned.

The Wilex factory complex at Moataa, producers of soap, cocoa and kava products,  caught fire yesterday  afternoon. According to the Samoalive website, the road at the Apia Park was closed for at least 2 hours as firemen tried to put out the fire. The fire appeared to have started in the top

floor of the complex and the extent of the damage to the factory equipment is not yet known. However the fire appears to have gutted most of the building complex.

Wilex had just announced last week its successful chocolate products (Peanut Chokky) which were promoted in New Zealand.T he new product was estimated to have a potential $7million export market overseas.  The company was exporting to New Zealand, Japan, and Germany. Wilex employees 30 people and the fire will likely put them out of work for some time.

June 5 2nd Bulletin $^{102}$

Human Resources Director Puni Penei Sewell has seen it fit to remind all department directors about the law concerning private work by government employees. The same day he sent the Ofno leaders a letter about the employment contract of Fono attorney Robert Maez and private cases handled by legislative lawyers while employed full time at the Fono, Puni sent all cabinet members a letter on outside business activity,. He quoted Section 4.0705 of the American Smaoa Administrative Code which states that an employee shall not enagheg in any business activity or work either in the capacity of employee or otherwise, which prevents an emp[loyee from devoting his primary interests, talkents and energies to the accomplishment of his work for the government or tends to create a conflict between the private interest of an employee and his official responsibilikties. The employee must notify his department head of his outside work or activitu. If the department head finds there is a conflict of interest, the employee must choose between his goevrnemnt job and his private job
Puni told directors, I suggest that you advise your employees tbnat they must choose between their goevrnemnt job or their outside business activity, They can not be full time employees of the goevrnemnt and yet conduct their private/business work at the same time.
This used almost the same language in his letter to the Fono leaders concerning Fono lawyers handling private cases on goevrnemnt trime.

An Inspector General's report titled Management Challenges for Insular Area Governments, An Opportunity for Improvements highlighted that Asg's most recent published single audit report is for fiscal year 1996. The report included a disclaimer of opinion because (1) the system of financial accounting and reporting was inadequate, (2) there were significant failures in the operation of computer systems, (3) there were significant weaknesses in the internal control structure related to general accounting and grant administration, and (4) there was a lack of appropriate management oversight, including a lack of review and approval of financial transactions.
The report noted that the Territorial Auditor's position, which is established by Ameircan Samoa public law has been vacant since late 1998.

It said the lack of adequate audit resolution and implementation of recommendations by the American Samoa Government allowed long standing financial management deficiencies to worsen. As in Guam, OIG's experience has been that the Government has had a very poor track record in implementing recommendations that call for substantive, systemic changes in operating policies and procedures. As a result, audit reports often disclose problems that are identical or at least similar to ones that had been disclosed by prior audit reports.

Based on the results of audits performed by OIG from fiscal years 1983 to 2001, a wide range of recommendations to tighten fiscal control, stregthen procurement policies, improve documentation and implement internal audit responsibilities.

Among the recommendations were that Treasury produce comprehensive annual financial reports within 120 days of the end of each fiscal year, as required by the Insular Areas Act of 1982, and that the government's independent auditors perform and publish single audits on the Government's financial statements and Federal financial assistance within 9 months of the end of each fiscal year. It was also recommended that existing prohibitions against making or

authorizing expenditures or obligations in excess of the amount of any appropriation or allotment, be enforced; that the tax office administration funcrtions be computerized, and that all agencies that generate accounts receivable have procedures to (1) maintain accurate and up-to-date records on the amounts owed to the Government and (2) aggressively enforce collection of such amounts.

Other recommendations were for the American Samoa Development Bank to provide adequate analysis and control in issuing loans so that the loans are repaid and the proceeds are used as provided in loan applications;

- Enforce the competitive procurement requirements contained in local laws and regulations and, where appropriate, in Federal grant management regulations.

And    - Ensure that the central procurement department and other authorized purchasing agencies fully document competitive procurement actions taken or provide justification as to why competitive procurement procedures were not used.

The Inspector general's office recommended that Asg's leasing policies be reviewed   to ensure that commercial space is not leased unless suitable Government-owned property is not available and, in such cases, that rental rates paid are commensurate with existing market conditions.

Most schools are out and students are hitting the pavement looking for summer jobs. 150 high school and college students have already lined up jobs in the Department of human Resources; Summer Youth employment Program. For 9 weeks they will work four hours, three days a week and attend four hour classes the other two days. They will be paid $2.97 an hour. The students will be placed in goevrnemnt offices and businesses. Chief of Trainign at the Department of Human Resources makerita Enesi says 600 students applied for the summer jobs but only 150 could be hired because of funding limits. The youth employement program is funded totally by the Wok Investment Act. For the classroom portion of the program, students will attend classes at Samoana High School on basic math and English, computer, career development, drug prevention, grooming  and other subject areas. The program kicks off June 16th.

Preliminary examinations for Diane and Richard Mahjor scheduled for this morning were moved to this afternoon because of a crowded court docket. The couple, already chared in connection with the disappearance of Wyatt Bowles Jr, face new charges of possessing ice with intention to distribute. The new charges stem from a police search of the Iliiili home rented by the Mahjors in which a pipe commonly uised for smoking ice and a matchbox containing one gram of methamphetamine were allegedly found. The charges are also supported by statements made by witnesses including defendants in the Bowles case of delivering ice and recieveing money which was given to the couple, and huge amounts of cash stashed in the couple's bedroom. Mrs mahjor;s lawyer is expected to challenge the government's disapproval of surety for the defendant;s $60,000 bail. Several vehicles including a jacquar, Suburban and expeditions were put up to secure bail and the government disputes that they are worth the bail amount, The defense contends the cars are worth $100,000.

June 6 1<sup>st</sup> Bulletin   *0 3*

The Department of Education Task Force looking into alleged violation of procurment laws in the awarding of contracts for the School Lunch Program, is scheduled to submit its report to Governor Togiola Tulafono today. A member of the group says their report has been compiled and their leader is scheduling a meeting with Governor Togiola to go over their findings. The official declined to give details of the results of their inquiry but indicated that they received a lot of supporting documents and information, to prove certain allegations. One of the cases which the DOE panel reviewed is the sole sourcing of an order for cereal worth $41,748 to Naumati Import/Export & Distributors in April. Naumati's business license lists Leonard Seumanutafa, the son of Chief Procurement Officer Faau Seumanutafa as the owner. According to a source, it is puzzling how a new company which had not been a bidder in the School Lunch Program before, happened to have the exact number of cases of cereal needed, 1409 cases, and the bowl packs which the school lunch program uses, at moment that DOE needed them. A vendor which had won the bid to supply the school lunch program cereal for the 2002/2003 school year says it was never asked to submit a quote.

On another front, the Task Force on White Collar Crime is following the trail of checks, deposits, transfers and other transactions involving another company owned by the CPO;s family, Samoa Wood Products. A search warrant of the company's bank accounts and those of the CPO has been executed. Attorney General Fiti Sunia says the financial records together with procurement documents already in the Task Force;s possession will help them determine if criminal charges are warranted. Procurement laws provide that violation of the same can be prosecuted as a class c felony.

June 16 is the latest date being quoted by goevrnemtn officials for ASG employees to receive higher paychecks under the salary reclassification plan. Budget, Human Resources and Treasury have been pouring over payroll charts of all government agencies and tallying the costs of the new payscale. Acting Treasurer Talia Faafetai Iaulualo says Lt. Governor and former treaurer Aitofele Sunia wants the new salary structure to kick in with the June 16 payroll. The new payscale adds ten more steps to the salary ladder and raises the various steps of the grading system by a few thousand dollars. Only executive branch positions will be covered under the new reclassification systenm.

Consul general Raymond Wang of the Taipei Economic and Cultural Office in Honolulu has presented a $10,000 donation to the American Samoa government. According to the Honolulu Advertiser the presentation on Wednesday was done via a live teleconference at the University of Hawai'i-Manoa between Wang and Gov. Togiola Tulafono.

The newspaper said heavy rains May 17-19 in American Samoa caused flash floods and mud slides that killed four people, injured dozens and left many residents homeless. The donation will help support American Samoa's relief efforts. The governor has estimated damages at more than $50 million.

Diane and Richard Mahjor have been bound over to High Court on one count each of possesson of ice with intent to distribute. The preliminary examination of the couple before District Court Judge John Ward yesterday afternoon was quite lengthy and included questioning of police investigators who gathered statements from witnesses concerning alleged involvement of the Mahjors in a drug operation, officers who searched their home, and the officers who tested the 1 gram of methamphetamine allegedly found in a matchbox retrieved from under the couple's bed.

Testitmony by the officers mentioned the name of Wyatt Bowles Jr. several times. There was also reference to the remains that were found at the National Park. Goevrnment prosecutors in court yesterday were Attorney egenral Fiti Sunia and Assistant AG Marc Roy. Fepuleai Afa Ripley represented Richard Mahjor while Diane Mahjor was represented by Paul Miller The Mahjors will be arraigned in High Court this morning. Reports indicate that new charges against the Mahjors are imminent.

In San Mateo, California two young men were convicted of killing Anthony Tony Tolua on April 8, 2001. The Cappuchino High School senior was stabbed in the heart at a San Carlos house party. The conviction of Sergio Pena and Adam Garcia, both 22 brought relief for Tony's mother Darlene Tolua. In the weeks after her son;s death, devastated mother of two hit the streets to round up witnesses.

She crashed late-night hotel parties celebrating proms and graduations, looking for teens who knew something about the killing.

Darlene Tolua sighed with relief Thursday as her two-year quest for justice ended. "I got my verdict, that's what I wanted," Darlene said. The defendants face 17 years in jail. Defense attorneys, had argued the killing was an act of self-defense.

Darlene said, "They're never going to get out of prison -- I'll see that they never get out.

The family was still in shock the morning after learning Tony was killed by suspected gang members at a houseparty that had gotten out-of-hand. He was trying to help the party's host clear the house after partygoes broke a vase.

Darlene Tolua remembers opening the door to a friend of Tony's, who said he brought others there to mourn the loss of the all-league football running back who loved life and often broke out in song.

"I opened the garage door, and there was hundreds of kids standing there," Darlene Tolua said. "I thought, Holy Christ, the whole island of Samoa is here."

"Tony was everybody's friend, a good student, a loving son and brother, and his father's pride and joy," Darlene Tolua said.

He was going to attend the College of San Mateo that fall and was already practicing with the school's football team.

As a high school running back, Capuchino Athletic Director Adam Hyndman said, Tony Tolua was "one of the best I've ever seen."

Regional weather services say two unseasonable cyclones have battered several Pacific islands over the past 24 hours.

The Fiji Cyclone Warning Centre says Cyclone Gina on Thursday passed close to the remote island of Tikopia which was hit by gale-force winds and rough seas.

The Category Two cyclone is still moving southwest towards the northern islands of Vanuatu where maximum winds of up to 120 kilometres an hour are expected in the next 24 hours.

Another storm west of Bougainville in Papua New Guinea developed into Cyclone Epi late Thursday.

The Brisbane Weather Bureau says the cyclone has been downgraded to a tropical storm, but

torrential rain and flooding can be expected in the western Solomon Islands.

The official cyclone season ended in April.

June 6 3rd Bulletin   '03

Francis Leasiolagi was today appointed the new Treasurer of the American Samoa Goevrnemnt, subject to Fono confirmation. Goevrnor Togiola Tualfono said Leasiolagi has close to 20 years of experience in the Office of Planning and Budget Development from which he has acquired extensive knowledge of the goevrnemnt's financial system and the requirements of this important position. Leasiolagi is presently deputy director of Budget and has been a behind the scene worker in major goevrnemtn financial improvement efforts. He has also been a fixture in compiling Asg budgets for the last decade. The Treasurer position became vacant when Aitofele Sunia became Lt. Governor. Deputy Treasurer Talia Faafetai Iaulualo has been acting treasurer for the last two months. Leasiolagi is also a deacon of the Diocese of Samoa Pago Pago. He and his wife Faataualofa Salofi Leasiolagi have six children. .

Governor Togiola has issued a notice declaring that the District Number 7 seat in the Senate is now vacant, with the passing of the late senator Sala Samiu. The governor's writ of special election was issued yesterday and directs the county chief of Ituau county, Alo Dr. Paul Stevenson to call a meeting for the selection of someone to fill the vacancy. The Ituau county comprises Fagasa, Nu'uuli, Matu'u and Faganeanea and has two Senate seats. The other Ituau senator is Maluia Filo. Senators are selected by leading chiefs and orators of a District through consensus. The county chief has to certify the selection of the county council and submit iot to the Governor who then forwards the selection to the Senate President. One of the top names being mentioned as a possible replacement for Senator Sala is Alo Dr. Paul Stevenson.

The bail for Mrs,. Diane Mahjor on drug charges was today increased from $60,000 $250,000 by Associate Justice Lyle Richmond. This is believed to be the highest bail amounts set by the High Court. Mrs mahjor and her husband were arrainged this morning on one ocunt each of possession of methamphetamine. The goevrnemnt has also made a motion to revoke a surety bond by which Mrs,. Mahjor was released on $35,000 for tampering with evidence in the Wyatt Bowles Jr, case. According ot the prosecution the value of the vehicles which secured Mrs. Mahjor's release was overstated and that less than honest means were used by the defense to obtain a car dealer's quote for the vehicles. Judge Richmond has set an evidentiary hearing for June 25th .

Annabell Talamoa has graduated as a Congressional Page from the U.S. House of Representatives Page Program in Washington, DC. Annabell is the daughter of Mr. Manu and Christiane Talamoa of Malaeloa.

Congressman Faleomavaega Eni Hunkin hailed her graduation as a historic moment for not only Annabell but American Samoa since this is the first Ameircan Samoan to graduate as a congressional page in the program;s 150 year history. Faleomavaega congratulated the young woman for successfully completing all the requirements for graduation at the U.S. House of Representatives Page Program. He hopes that she will be the first of many

other young Samoans who will take advantage of this opportunity when another slot opens for American Samoa. The congressman commended Annabell for her determination to succeed under trying conditions. He said Living far away from family and friends, under the close supervision of the program faculty and staff, and succeeding in an academically challenging environment is a milestone accomplishment for a young student and we he was proud of Annabell.

June 4, 2003

Remarks by Governor Togiola Tulafono at Tafuna High School's graduation ceremony yesterday has provoked discussion on who the governor may have been referring to when he talked about back biting, name calling and political leaders trying to take over each other's jobs.

The governor told the Warriors that they are graduating at a period when the territory is in turmoil. He talked about political leaders who are back biting, calling each other names and trying to take over each other's jobs. Togiola told the students that having seen what is going on among the adult leaders, they have the challenge of setting things right and not repeat the behavior of current leaders, when its their turn to take over the reigns of government.

The Attorney General's Office did not concur with the value of vehicles put up for Diane Mahjor's release from prison in connection with the Wyatt Bowles Jr. case. And is also objecting to the latest effort to gain her release on a drug charge filed last week, which put Mrs Mahjor back at the Tafuna Correctional Facility last Thursday. Attorney General Fiti Sunia says his office had not approved the defendant's earlier bond and is disputing that the vehicles put up as surety for the $35,000 bail had been grossly over valued. Accoridng to the AG, the government is considering asking the court to revoke the bond. Sunia also believes other vehicles put up for Mrs mahjor;s bail on the drug charge, are not valued at $100,000 as the defense attorney and the defendant's parents are declaring. The AG said he got the same car dealer representative who assessed the value of the vehicles to explain the process by which he arrived at that amount, and has discovered that there is a huge discrepancy in the blue book value of the vehicles and what is being declared as the value of the cars, by the defense. He said the lowest difference is $2,000 , the highest is $6,000.

The waiting game continues for ASG;s request to President George Bush for a federal declaration due to the recent floods and mudslides. Director of the Territorial Emergency Management Co-ordinating Agency, Dr. Toafa Vaiaga'e says there has been no further word from officials of the Federal Emeghrncy management Agency, FEMA who traveled here last week. The TEMCO Director said FEMA's support of the territory;s request to President Bush is necessary.

Meanwhile final estimates of damages to goevrnemnt property, utilities, roads, spending on immediate repairs and restoration work carried out by the government and provate contrfactors after the floods and mudslides, as well as budget estimates of permanent repairs and mitigation costs, should be ready before the end of the week. Vaiaga'e says Goevbror Togiola will be presented a complete report tomorrow.

The American Red Cross meanwhile has begun disbursing supplies such as food coolers, beds and other necessities to local families. Checks will also be distributed. The organization estimates up to 500 families needing some form of assistance.

Things they are a changing. In somewhat of a new development, a building project at the Department of Human and Social Services is currently being advertised. The job is an extension to the second floor of one of the DHSS buildings.

In the past most of the building work at the federally funded agency have been sole sourced. The reason for this according to a past interview with DHSS Deputy Director Patolo Mageo is because for infrastructure projects, the department is given a limited time to implement federally funded projecs and if they do not meet the deadline, these funds will be lost. Because of this, HHS almost always sole sources jobs to companies which have a proven track record and performs projects satisfactorily.

Commissioner of Public Safety Tuiteleleapaga Peseta Fue has asked all staff members to be present at a prayer service this morning in front of the Fagtogo police station. He has asked all staff members to be present at the service which is set for 7:45. Staff members are eager to find out what the commissioner will do to those who do not show up for the prayer session.

The managing director of Samoa's sole chocolate producer says he hopes the company can relaunch itself despite a devastating fire on Sunday.

Wilex Cocoa and Coconut Products in Apia has been a Samoan business success story and just last week, their Peanut Chokky was the centrepiece of a trade aid promotion in the New Zealand capital, Wellington.

The Peanut Chokky was being launched in New Zealand and was expected to become a multi million dollar earner for Samoa

The company's managing director, Eddie Wilson, says they have lost the entire plant in the fire and it would take around one point six million US dollars to replace it.

But he says the intention is to start again.

> "..it is a very difficult time as you can understand, but the intention is to get back to making the Peanut Chokky and the other products and sort of pave the way for us to start exporting in larger quantities."

Eddie Wilson says witness reports seem to indicate the fire started in the public power supply outside the Apia plant.

June 13 2nd Bulletin    *10 3*

Assistant Secretary of Samoan Affairs Mageo Malu confirmed this morning that there won't be a fautasi race for the 2003 Flag Day in two weeks. Mageo says this was the decision of fautasi captains and approved by Secretary of Samoan Affairs Sotoa Savali at a meeting earlier this week. The fautasi captains sya they are not able to provide crews for their long boats as many have left or will be leaving for off island trainingm school and vacations while others are busy making repairs to their homes. Mageo says the Goevrnor;s Office is notifying the Little Rina fautasi about the change. He says this is the only change in the Flag Day celebration, the rest of the program will remain the same.

Rep. Muavaefaatasi Ae Ae Jr. has suggested that Flag Day be scaled down or cancelled as the territory is preoccupied with clean up and rebuiolding after the floods and mudslides. He says it is not right for the goevrnmnet to spend money on a birthday party when it has askled the United States for disaters funds.

The Federal Emergency Management Agency last night announced basic procedures that the agency will use to provide assistance to residents affected by last month's mudslides and floods.

A change from the last disaster that FEMA responded to is that only US citizens and nationals are eligible for assistance. FEMA Co-ordinator William Lokey said in a special announcement on KVZK-TV last night that federal rules states that FEMA can only provide assistance to Us citizens and nationals. Lt. Goevrnro and the Goevrnopr's Authorized Representative for FEMA Aitofele Sunia who provided the translation for the program said that governor Togiola is reviewing this rule and will contact the federal goevrnemnt in an effort to get further clarification on eligible recipients. The FEMA official stressed that the assistance is for essential needs only and only those who were affected by the disaster should apply.

Some basic rules anounced by Lokey is that FEMA will call in eligible affected residents village by village. Only one person for each household should appear for the registration and interview session. The registration process should take 45 minutes.

More FEMA ofifials are due to arrive tonight and an operations center is planned to be set up at the Lee Auditorium. FEMA has assured that the public will be well informed of the procedurtes they have to follow and the start up time for the FEMA operaton via the local media.

Agents from the US Drug Enforcement Agency will be returning to Honolulu tonight. Three agents arrived Monday night in response to a request from Attorney General Fiti Sunia to assist local investigators with on going cases. The agents have been interviewing defendants in the Wyatt Bowles Jr, case. It is believed that they are following up leads relating to a drug operation involving the alleged ringleader in the

Bowles killing, Richard Mahjor and his wife Diane. Another DEA team is believed to be heading to the territory soon.
Negotiations have been held between the goevrnemnt and defense attorneys facing lesser charges in the Bowles case on possible plea deals.

Several families in Pago Apgo village are still without water after the May 19 floods demolished the village water system which served them. Affected families say water is their most urgent need and they are still having to fetch water from homes further down in the village supplied by ASPA. Some report that they were forced to come up with $300 to hook up to the government water supply because they do not know when the village water system can be restored. Others who can't afford the hook up fee are relying on rain water and hauling water from families which are on the government system.

March 10 1st Bulletin   /0 3

Forensic experts from the Federal Bureau of Investigations arrived Friday night in
connection with the investigation of the Wyatt Bowles Jr. case. The team was at Vaitogi
at the alleged site where Bowles body and vehicle are believed to have been dumped
into the ocean and the Iliili home of murder suspect Richard Mahjor where the 23 year
old boy was seen the night he disappeared. On Saturday and Sunday the Marine Patrol
Vessel headed to the Turtle and Shark site and divers were seen going into the ocean at
the spot where Bowles totally demolished jeep Cherokee was found almost two weeks
ago. Some vehicle parts were recovered but still no trace of the missing son of Wyatt
and Meleke Bowles.
Wyatt Bowles sr. the boy's father said that the FBI officials have visited their home and
had asked that they go to the hospital to draw blood, which he believed may be used for
DNA tests. A bloody blanket which had been recovered a week ago Saturday from
Vaitogi is suspected to have been the one that Bowles body was wrapped in.
The Bowles family was returned to their Fogagogo residence on Friday night. They had
been whisked away by police late Wednesday afternoon.
Wyatt Bowles Sr. says he was flabbergasted when he heard Lt. Goevrnor Togiola
Tulafono's announcement Friday that the local government planned on calling in the feds
at some stage in the investigation of the Bowles case. Last Monday Mr & Mrs Bowles
were told by Attorney General Fiti Sunia that there was no plan to involve the FBI, that
the case was being adequately investigated by the local police and federal inviolvedment
was not necessary. The senior Bowles said what the lt. Governor said ina press briefing
Friday was a 180 degree turnaround from what the Attorney general had told him and his
wife. At any rate, the distressed father says he and his family are relieved that the FBI
are on the case.

Memebrs of the public are not 100% supportive of the move to arm police officers
involved in the Bowles case. Several have questioned whether officers have received
proper training in the handling of firearms. They also point out that it's not just the
police whose lives are threatened but the Bowles family, their relatives, neighbors and
friends. Some have even gone as far as saying that the whole community is at risk. Lt.
Governor Togiola said that it was necessary to arm police officers because they have
received death threats and are up against some dangerous elements. A woman caller said
giving police guns has not made her feel safe. On the contrary she worries that it may
result in another loss of life.

Senator Tuaolo Fruean was one of the most vocal critics of Goevror Tauese Sunia when
Tauese did not deliever his state of the territory address and criticized the Senate for its
handling of the Faamausili Pola issue. Last week, Tuaolo again surprised his collegues
with a suggestion that Senate President Lutu consult with House Speaker Matagi Ray
McMoore on the possibility of having the governor address the Fono regarding ASG;s
financial status and the adminsitration's legislative agenda. Tuaolo;s suggestion has
raised eyebrows from his colleagues. Senate Presdient Lutu has said that he will consider
the suggestion and will report back any progress to the Senate. House Speaker Matagi
Ray Mcmoore returned from off island Friday and it remains to be sent whether the two

Fono leaders who were not on speaking terms when the Fono went into recess, will be conversing any time soon.

Three new contracts worth $1 million total have been let for the new Amry R3esever Prohect,. T& L Plumbing wins the contract for the publking work while Paramout Builders have been awareded the steel and masonry projects.

March 17 1ˢᵗ Bulletin  *163*

Police yesterday arrested the wife of murder suspect Richard Majhor, Diane Miller Mahjor. She is the 8ᵗʰ suspect charged in connection with the disappearance of Wyatt Bowles Jr, on the night of February 24. Mrs Mahjor had been taken into custody two weeks ago, when her husband was first arrested but was released a few days later. Since then she has been in court during the three times that her husband has been in District Court. She has also been communicating with the Public Defender's office regarding efforts to obtain an off island attorney for her husband. Diane Mahjor's father, had refused to pay for an attorney for Richard Mahjor. Diane's parents are Don and Usuoalii Miller, whose names first came to the fore after the 2000 gubernatorial elections where they donated $25,000 to each of the two gubernatiorial camps. The couple also made an unsuccessful proposal to purchase the Rainmaker.

There was standing room only at the Community College auditorium as family and friends of Wyatt Carneal Bowles Jr. gathered to remember him, Saturday morning. The crowd of about 300 consisted mainly of young people and their parents, former teachers of little Wyatt from Leone High School, his neighbors from Fogagogo, teachers and students from the school his twin sisters attended, and members of the New Hope Church. Senator Fonoti Aufata was the only government leader seen, two attorneys from the AG's Office paid their respects. Bouquets and wreaths lined the stage, where photos of Wyatt from a baby to the one used for the missing person poster that was distributed four weeks ago, and symbols of the two passions in his young life, cooking and surfing, were displayed. His black apron hung from his surfboard, along with his surfing shorts. Underneath was the chopping knife he used to prepare the sumptuous meals for his friends and relatives. The crowd heard the tearful memoirs of his older sister Melissa, about how her brother loved American Samoa and wanted to raise his children here because it was the safest place he knew. About how Wyatt would cook all the chicken his mum had bought and stored in the freezer, for a house full of friends, then when Sunday rolls around there would be nothing to cook for to'ana'I (Sunday meal). Wyatt's aunt Evelyn Weilemann remembered him as the second son she never had and brought laughter to the crowd with her account of a trip to the United States with her son and nephew, they were 13 at the time. Weileman, who is principal of Leatele Elementary school in Fagasa read a letter that one of her students wrote to Wyatt's family. The letter called Wyatt a hero, that through his demise, the community has been shaken up to the reality that we do have a drug problem. The student said there were also lessons for young people, and that is what will happen if you follow the wrong footprints and mix with the wrong

crowd. A surfing pal Tui Coleman said Wyatt would always be the number 1
stunner, and moved the crowd with a testimony about surfing being a spiritual
experience bringing one close to the wonders of God's creation and also being
dependent on Him for safety. Scott Anesi also called Wyatt his hero. Two
years ago when Anesi and a cousin were swept out to sea at Fogagogo, he said
while others were talking and smoking and trying to figure what to do, two
young men jumped into the ocean and started paddling to where they were.
That was Wyatt and his younger brother. He said he owed his life to Wyatt.

An uncle, Taai Sevaaetasi said Wyatt has brought the community together and
a coalition has been formed to fight drugs and crime. His message to drug
dealers and pushers, we will expose you and bring justice against you… You
can run but you can't hide.

Monetary gifts presented to Wyatt's family will establish a fund in his name to
fight drugs and crime.
After the service, about 100 people proceeded to the Turtle and the Shark Point
and threw flowers into the ocean that Wyatt so loved. At three different times,
the crowd was showered when huge waves crashed and splattered all the way
up to the top of the cliff.

Chairman of the Board of Higher Education Tauiliili Pemerika has commended
Goevrnor Tauese Sunia for taking the initiative to amend the law governing the
selection of the college president. The goevrnor's bill to give the Board of
Higher Education the sole authority to appoint the college president, without
any involvement or say by the governor and legislature, was introduced in the
Senate Friday. Tauiliili says the American Samoa Community College has
been put on warning status by the arreditating body of schools and colleges and
ASCC has until April 1 to report on progress towards changing the selection
process for the college president. He was optimistic that the introduction of the
bill was a positive sign to WASC that the government is correcting what had
been cited by the group as a deficiency. Tauiliili says the board looks forward
to going before the Fono to discuss the bill and it is their hope and prayer that
the legislature will approve the measure.

About 2,000 people took part in the March for Peace in Samoa Friday
afternoon. The march was tinted by controversy however. Participants
complained that the police took away any signs which said "no war." The
organizers said that this was a directive from Commissioenr of Police Asi
Smeisi Blacklock. His reason for doing so, according to the organizers, was
that the peace amrch was to be a non political event and if there were messages
against a US led war, then that could bne construed as political. One man who

did not take part in the peave march, a resident of Vailima, displayed a banner on his car saying I support President Bush;s war against Iraq. Sadam Huseein is evil. Samoa;s Archbishop Alapati Mataeliga was at the forefront of the march, and children from the Catholic schools,. Priests, catechists, nuns and brothers also took part. Prime Minister Tuilaepa Sailele Malielegaoi thanked the marchers for peace on behalf of government.

He said this  is imminently a time for prayers that world leaders on whose shoulders the burden of decision now rests to resolve this crisis, will act wisely in the best interests of humankind and the world.

" It is our way as a people and nation to put our trust in our Lord in times of crisis and uncertainty such as the world now faces.

March 17 2nd Bulletin   $03$

President Bush issues Sadam Hussein an ultimatum.

Right before the presidential address, the national security alert
throughout the nation and its territories including American Samoa was
upgraded to orange, the second highest alert.  24 hour check points at
Pago Pago International Airport have been activated and the main
parking lot at the airport is again off limits.  Security at the main
dock is also heightened.  Surveillance of key facilities including the
hospital, fuel tank farm, and emergency services have been stepped up.
Territorial Homeland Security Advisor Leiataua Birdsall Alailima has
participated in conference calls with the Director of Homeland Security
Governor Tom Ridge who has advised that intelligence from a multi
agency task force and foreign intelligence services have predicated the
increased security level.  Extra steps have been taken to provide
increased security as part of Operation Liberty Shield  the public to
be alert and to report any suspicious activities.


Twenty five year old Diane Mahjor, wife of murder suspect Richard
Mahjor has been charged with 2 counts of tampering with physical
evidence in connection with the disappearance of Wyatt Bowles Jr.
Dressed in a gray t-shirt and long tights Mahjor made her first
appearance in District Court this morning.  District Court Judge John
Ward determined from reviewing the woman;s financial statement that she
can afford a private attorney. He asked her whether she has been able
to make arrangements for an attorney.  Mrs Mhjor replied that she was
just arrested yesterday and was only able to make one call to a
relative here.  She wasn't sure if her family in California was aware
that she had been arrested.  Judge Ward asked whether her family would
help with her legal costs if they were made aware of her situation.
She said possibly.  The court allowed a call by Mahjor to her parents
in San Francisco to discuss bail and attorney costs. After making the
phone call, Mahjor was returned to the Tafuna Correctional Facility.
The defendant will be in District Ocurt again tomorrow for another
status hearing.
Judge ward instructed that the Public Defender's Office help the
defendant obtain a local lawyer.    Bail for Mahjor was set at $35,000.
Wyatt Bowles Jr.'s parents were present this morning.
Diane Mahjor was one of two women who were at the Iliili home where her
husband Richard was arrested two weeks ago. The other, was the 19 year
old girlfriend of defendant Paulava Malala Jr. who is reported to have
just given birth to his child, within the last week.

The eastern end of the island from Atuu to Onenoa had a power outage
shortly after noon today and this also put out power to the transmitter
site at Mt Alava.  Power was restored to the blackout areas in about 20
minutes but the transmitter site was powerless for about an hour.  This
is the reason why KVžk-TV and KHJ Radio was off the air. The outage
came as the tv station was about to air President Bush;s speech about
the impending war with Iraq.  The station came back on for the last few
seconds of the president;s speech but a recording of Bush's remarks was
replayed.  ASPA's power Plant Manager Wallen Young said the outage was
caUsed by a line fault which may have been caused by a bird or a person
throwing something at the lines.

Congressman Faleomavaega Eni Hunkin discussed the issue of federal
jurisdiction in local investigations on his monthly television program
which was aired on KVZK-TV Friday night.  The congressman extended his
condolences to the parents and family of Wyatt Bowles Jr. for their
loss and then discussed the involvement of the FBI in the Bowles case.
Faleomavaega said had there been a federal court in the territory as in
Hawaii and other US territories, a US attorney would also be present to
handle cases such as this one.

The High Court has granted a motion by Assistant Public Defender
Bentley Adams for the release of a Samoan man who has been held at the
Tafuna Correctional Facility since last Novemebr for possession of
marijuana.  Sefo Tuilagi traveled here with a rugby team for the Mosooi
Rugby tournament and a box of umu he was carrying had inside marijuana.
Tuilagi said that he carried the box here as a favor and honestly did
not know that marijuana was inside.  The court has agreed to release
Tuilagi on his own recognizance to await his trial which has been
delayed because the government prosecutor Assistant Attorney General
John Cassell requires surgery off island and does not know how long he
would need to convalesce after surgery.  The court has also granted a
motion by the Public Defender's Office to pay travel costs for four
witnesses from Samoa who would testify on Tuilagi;s behalf.


Alataua Lua teacher Magdalene Augafa will receive a presidential award
for excellence in the teaching of Math and Science at the nation's
capital  this week.  Aumua who was advised of the awards ceremony by
thw White House said that Magdalene was not able to make it to
Washington last year to receive her award so she'll be recognized
Thursday with other educators.  The Presidential Award program
,established in 1983 by President Ronald Reagan, honors educators who
go way beyond the call of duty in their commitment to helping their
students excel in math and science.  Amata said when Magdalene
contacted her in January, she was looking into scholarships and other
funding opportunities for local  students."
She congratulated Magdalene and said the territory is proud of her
outstanding achievements and as a daughter of American Samoa.

The following message of condolence has been sent by Lt. Goevrnor
Togiola Tulafono on behalf of Governor Tauese Sunia and the people of
American Samoa to the Nauru Government on the passing of President
Bernard Dowiyogo of Nauru.  The message dated today states,
On behalf of the Government and People of American Samoa I extend our most sincere
condolences at the unexpected passing of a clear friend and fellow Pacific islander-the
President of the Republic of Nauru the Honorable Bernard Dowiyogo.

President Dowiyogo will be remembered as a champion for government and Pacific
regional stability who worked tirelessly to engage his Pacific neighbors. His skills and
efforts to meet the many diverse challenges facing the government of Nauru and securing
a productive future for his people are well known. He will be sadly missed in all corners
of our region.

Please convey to his family our deepest sympathies during this period of grief. We pray that with the passing of a great leader another member of the family is prepared and ready to stand in his place to work for the benefit of the wider community."

March 18 1st Bulletin

ASG is receiving a multi million dollar windfall. According to the Governor's Legal Counsel Henry Kappel insurance company FM Affiliated and its parent company have paid post judgement interest fro the 1995 ruling which found in favor of ASG in its lawsuit against the insurers. Kappel did not say what the total interest judgement was but indicated that ASG's share was about 16.5 million. Earlier press releases from the government before the interest issue was settled estimated the final judgement to be $30 million. The money was to be paid on or before February 28th, and according to Kappel ASG has received its share of $16.5 million. ASG was awarded $40 million in punitive damages the year before last and received $22 million while the balance went to its attorneys.

Governor Tauese Sunia has urged the people of American Samoa to remain vigilant and alert, be patient with extra security measures which will be implemented and to pray for US leaders faced with resolving the current crisis with Iraq. The governor also asked the public to report any suspicious activities or odd findings immediately to proper authorities. He said "As events unfold around the world, the American Samoa Government will provide a series of recommended actions designed to meet the elevated security threat. Furthermore, I call upon the public to exercise patience with any additional security measures designed to protect the welfare of the community that may be instituted over the next several months. The governor also called for prayers saying in this period of uncertainty we pray the Lord continues to guide our president as he leads the men and women of the military and that he employs federal resources effectively to secure an everlasting peace free of tyranny and terrorism."

At 1:30 p.m. local time yesterday the US Secretary of Homeland Security, Tom Ridge, held a conference call with Governors and Homeland Security Advisors to inform them of the impending action to raise the national security threat level from yellow (elevated) to Orange (high). Of particular concern to the US intelligence community is the increased communications by terrorist elements worldwide and the collaborated evidence gathered that a series of multiple small and large-scale terrorist attacks are being planned against US interests. Recent intelligence information reveals a capacity to carry out chemical, biological, radiological as well as poison attacks. Governor Ridge emphasized that Al Qaeda continues to be active and poses the primary threat to the United States. He said that Al Qaeda will use the impending allied military action to disarm Iraq as justification to strike US interests and attempt to depict the conflict as an assault on the Muslim faithful in order to stir up anti-US sentiment and widen the conflict. US intelligence service is also concerned about Iraqi state agents operating overtly and covertly throughout the world, sleeper cells which are the most difficult to detect and monitor, and freelance terrorists. The 48-hour US ultimatum issued to Saddam to quit Iraq may serve as a catalyst for reprisals and terrorist attacks.

Secretary Ridge also informed the Governors of a broader national security plan to be initiated by the federal government to respond to the elevated threat alert. Called "Operation Liberty Shield", the Department of Homeland Security will be working closely with State and Territorial Homeland Security Advisors to initiate this national program within each state to monitor and protect critical infrastructure while enhancing border and transportation security measures.

Governor Tauese Sunia is pleased by the assurances of Secretary Ridge to assist state and local governments (many who are facing serious fiscal downturns) meet the cost of additional security measures. "However," he noted, "our nation is at war against terrorism and our citizens must be prepared to contribute to the overall security of the community we live in. We are an isolated US outpost and the only permanent US presence in the Southern hemisphere. "

Diane Mahjor, the latest defendant charged in connection with the disappearance of Wyatt Bowles Jr.'s only connection to American Samoa is through her step mother Usoalii Miller. Relatives of the woman have told KHJ News that Diane Mahjor is the eldest of four children of Mrs Usoalii Miller's husband, Ron Miller, from a previous marriage. According to the relatives Diane has no Samoan heritage but regards her step mother as her real mum. Mrs Mahjor made a call to her parents in San Francisco yesterday to inquire about bail and attorney fees. District Court Judge John Ward said after reviewing her financial statement that she can afford a private attorney.

In High Court yesterday Weiki Fang pled not guilty to second degree promotion of prostitution. His pre trial conference is set for May 12, the same day that his co-defendants in the alleged prostitution operation at Fisherman's House, his brother Wei Li Fang and Siitu Luapene Sanerivi, will be making their next appearances in High Court. Fang had originally been charged with first degree promotion of prostitution which carries a 15 year prison term. The government reduced the charge to second degree promotion of prostitution which comes with a 5 year jail term.

Senate President Lutu Fuimaono has told the Senate that he cancelled a trip to a health conference off-island because he did not want to catch the mysterious pneumonia which is spreading rapidly in Asian countries and because he needs to find out the status of expulsion hearings for Senator Faamausili Pola. Senator Tulifua Lam Yuen, who ws picked to chair the expulsion hearing was not at yesterday's session so no new information was available concerning the matter. Lutu is insisting that the expulsion hearing be held citing as the basis of his intentions, to satisfy the High Court's ruling last Novemebr that the Senate did not afford Faamausili due process when it voted to remove the Manua senator. Tulifua had announced last week, that the hearing which had been scheduled for March 12 has been postponed indefinitely and this was to allow enough time for preparations.

The territory's largest private employer Star Kist Samoa will not be participating in any of the Flag Day festivities next month. Genral Manager Phil Thirkel says the cannery will provide other support for the 2003 Flag Day but regrets that it won't be able to take part in the Flag Day parade. This is because Star Kist is saving days off for its 40th anniversary in August. The cannery usually gives financial support and contribute canned tuna for sua presentations for off island guests.

Samoan courts are taking a rock solid stance against people using stones as offensive missiles.

Senior District Court Judge Vui Clarence Nelson said stone throwing was becoming very common in Samoan society and added: [3]In appropriate cases, the courts will not hesitate in sending people to jail.[2]

Judge Vui[1]s comments were made when sentencing a young man from Papauta, charged with wilful damage, assault and being armed with a weapon, in this case, a stone.

The court heard the accused had a scuffle with the palintiff's son. Later he threw a stone at the vehicle damaging the window on the passenger[1]s door.

But Judge Vui did not impose a jail term because of mitigating factors. The defendant had pleaded guilty to the charges and is also a first offender.

But he was convicted and fined ST$200 plus ST$50 restitution for the damage to the complainant[1]s vehicle.

Another man from Saleimoa also appeared in court on the same day on a charge involving the use of a stone to cause injury to another person.

Judge Vui convicted the defendant and placed him on probation for a period of 12 months. He was also ordered to pay ST$50 for the victim[1]s medical costs.

March 18 3<sup>rd</sup> Bulletin  /c.3

Police have removed its 24 hour guard post at the Turtle and the Shark Point in Vaitogi, but the Iliiili home of murder suspect Richard Mahjor is still under seal with a 24 hour police security. A DPS officer said the Vaitogi guard post was removed early last week. Seven men facing charges stemming from the Wyatt Bowles Jr, case will have their preliminary examinations in District Court tomorrow. The three murder suspects, Richard Mahjor, Victor Sepulona and Talofa Seumanu will make their appearances at 8:30. Those charged with conspiracy to murder and tampering with physical evidence will have their examinations at 1:00 p.m. They are Jake Malala, his brother Paulava Malala, Uatisone Whiskey Kelemete and the Malala's brother in law Sanele Mareko. All are being held without bail. Attorney General Fiti Sunia is handling tomorrow's preliminary examination, with Assistant Attorney General Talaimalo Uiagalelei as co prosecutor. The Public Defender's Office's lead attorney on the case is Bentley Adams, who will represent Richard Mahjor. When asked yesterday about reports that Mahjor had been assaulted in prison Bentley said he had heard the same stories and was looking into them. Prison guards dismissed the reports as untrue.
Public Defender Tautai Aviata Faalevao will represent Talofa Seumanu while Sharon Rancourt is attorney for Jake Malala.
Court appointed counsels for the rest of the defendants are Salanoa Aumoeualogo for Victor Sepulona, David Varghas for Paulava Malala and Asaua Fuimaono for Uatisone Kelemete.

The 8<sup>th</sup> suspect Diane Mahjor has not made any progress in getting a private attorney. Mrs Mahjor, told District Court Judge John Ward this morning that she has not been able to reach her parents in the mainland to ask for a lawyer. Judge Ward instructed the woman to make contact with a local relative and have them call her family. He told Mahjor that she has enough assests to pay her own attorney and the charges against her suggest that attorney fees should not be staggering. Mahjor is charged with two counts of tampering with physical evidence. Asked if she has any businesses on island, the 25 year old said yes but she does not have access to any funds. Assistajt Public Defender Sharon Rancourt had asked the court to appoint a counsel for Mahjor in the interim and if at a later date she is able to retain a private attorney, the appointed counsel can withdraw. The court has scheduled another status hearing for Diane Mahjor Thursday morning with the understanding that if the defendant is able to get an attorney before then and wishes to make a motion for bail, that the court is prepared to hear her case tomorrow.

Governor Tauese will address a joint session of the Fono on Thursday morning. House Speaker Matagi Ray McMoore says the governor will speak on topical issues, ASG finances and legislation that the administration is seeking Fono approval for. The governor's address is scheduled for 10 am Thursday.

The US Postal Service is trying to find a mail carrier to deliver mail to and from the territory. Since Gemini pulled out a week ago, there has been no mail flight. Posgt Master Smitty McMoore says the US Postal Service is doing its best to find a carrier that wants to deliver ail beyond Hawaii, but is having difficulty finding an interested airline. Hawaii Air delivers only first class letters and packages but the weight is limited. The airline carries heavier packages but only from known and approved shippers. McMoore says about 15,000 pounds of mail is sitting at Honolulu Airport waiting to be shipped

down. He said the US Post Office is doing its best to search for a replacement for Gemini. He added that Guam has also been affected by Gemini's withdrawal.·

Tiger Lines Cargo did not apply for an exemption from the carbotage rule which prohibits a foreign carrier from operating between two US ports. As a result the cargo carrier has been stopped from carrying freight from Honolulu to Pago Pago and vice versa. General Sales Agent for Tiger Lines Cargo is Pacific Flight Cargo, which is represented locally by Fax Cargo. Xavier Faletoi Manager of Fax Cargo says he was only notified of the problem last Friday. He explained that Tiger Lines will still be transiting in Pago Pago twice a week, and can carry cargo to and from Pago Pago for Tonga and New Zealand., However it cannot carry cargo on the two crucial ports where freight service is needed Pago Pago and Honolulu. Faletoi says Tiger Lines is now in the process of applying for an exemption form the US Department of Transportation but the process is lengthy. In the meantime, Hawaiian Air's twice weekly flights provides the only air freight service between the US west coast, Honolulu and Pago Pago.

The main parking lot at Pago Pago International Airport is still in use for now, even though the security alert has been raised to the second highest level, orange, classified as a high risk. But airport police checkpoints have been set up to check all vehicles entering the airport area, and a second check point is at the entrance to the main parking lot. FThe Transportation Security Administration;s Field Director William Haleck says these measures will do for now but in the event that the security level goes up a notch, the airport will revert to measures taken immeditealky after Septemebr 11, 2001.

American Samoa's Homeland Security Advisor Leiataua Birdsall Ala'ilima has asked the Health Department and LBJ Hospital to report on measures being taken to protect the territory from the acute respiratory diseases known as Sars, Severe Acute Respiratory Syndrome. Leiataua said the report from health officials should be submitted tomorrow and should contain c=information from the Centers for Disease Control about the mystery illness. The World Health Organization has sent out a global health alert for the mystery disease which has been blamed for nine deaths worldwide.

cases spread through China, Hong Kong, Singapore, Vietnam and Canada.

Suspected·cases are reported in Australia, Britain, Austria, and Germany, involving people who travelled from Asia.

Experts are studying whether it's the same disease which emerged in China's Guangdong province last month, killing five people and infecting 305.

March 19 2<sup>nd</sup> Bulletin    '0 3

The preliminary examination of murder suspect Richard Mahjor was held behind closed doors this morning after District Court Judge John Ward granted a motion by Mahjor;s attorney Assistant Public Defender Bentley Adams. Adams main argument for the closed door proceedings was that publicity of the case may affect his client's right to an unbiased jury. He said that there has been considerable coverage with media reports and rumors running rampant and some information that may come up would not be admissible evidence at trial. If the proceedings were opened to the public and press he said this would leave the trial open to prejudice when some evidence was just hearsay and would be disqualified at trial. Judge Ward said that the court has been cautious in making sure that information did not get out that would affect the defendants rights to a fair trial. He said considering the circumstances of the case, he will grant the motion to close the proceedings. But all written rulings of the court pertaining to the case will be open. He said, " I know that there are strong feelings about this case but in the interests of justice this hearing will be closed and that is the order of this court.
Attorney for Wyatt Bowles Jr.'s family Robert Maez stood up and asked as a friend of the court to address the bench. Judge Ward ordered Maez to sit down or the marshall would make him. Maez asked if he could speak with the judge in private. The judge said no you may not, and you will not interrupt this court.
The parents of Bowles Jr,. were outraged with the court's decision. Outside the court room, his mother stomped on the floor and said, " I have a right to sit in that court, I will make sure I will sit in there. "
The other two murder defendants in the Bowles case Talofa Seumanu, and Victor Vicky Sepulona, waived their rights to a preliminary examination. They will be arraigned in High Court this morning.
The hearing began with some strong words from Judge Ward for Public Defender Tautai and his staff. This concerned a motion received by the judge at 4:15 yesterday from the Public Defender's Office to withdraw as counsels because of a conflict of interest.
Details of the motion could not be obtained but there were references made in court on grounds for disquaklification from the bar and also a conflict of interest on Tautai's part. Because of previous representation of one of the defendants in the case, Paulava Malala. . Judge Ward was not satisfied with attempts by Tautai and Bentley to cite a statute as the basis for their motion to withdraw. The judge said I am extremely upset of the tardiness shown in this matter, I was never made aware of the conflict with Paulava until yesterday and you have not given factual basis for your motion to withdraw. He stated that the Chief Justice has addressed the responsibilities of the public Defender's office before and he was not at all happy that the situation has come up again.
There was heavy police security in the court room. Parents of the defendants and family and friends of Wyatt Bowles Jr, attended the hearing. Outside court Sepulona's mother told her 19 year old son, I love you. Tell the truth. Another woman with her said tell everything you know. Don't hide anything. Sepulona cried with his head bowed.


The LBJ Tropical Medical Center has not had any cases opf the mystery disease called SARS, Severe Acute Respiratory Syndrome. A report submitted by the Department of

Health to the Homeland Security Office says that medical staff and the infection control unit have been briefed about the disease and have been told to be alert for patients that may display symptoms of the disease.

All individuals who returned within the last 14 days from countries where SARS cases have been reported should monitor their health and see a doctor if they become ill with fever accompanied by coughing or difficulty in breathing.

Countries in which SARS have been reported are Hon Kong or Guangdong Province in China., Vietnam, Singapore, Thailand and Canada. Persons planning non essential travel to parts of China and Hanoi, Vietnam may wish to postpone their trip until further notice. All vessels arriving in the territory from any of the countries named will be checked for SARS cases. The main symptoms of SARS include a fever higher than 38 degree, coughing, shortness of breath or difficulty in breathing.

Francis Kelemete of Pavaiai Elementary school spelling the deciding word that made her this year's Spellign Bee Champion. The top two finalists reached round 22, in a long and tedious battle of spellers from all government and private elementary schools. Second runner up was Ruth Faatiga of Laulii elementary School. Marino Reid of Matafao Elementary School was third runner up. The veteran pronouncers for the spoelliung bee were John Enright and Kathleen Kolhoof

March 19 3<sup>rd</sup> Bulletin

Just before 4:00 p.m. a US military air strike took place over Baghdad.  Iraqi anti-aircraft batteries opened up and air raid sirens sounded.

 Nadim Ladki, reporting from the city centre, says the blasts appeared to come from the southern suburbs.

He heard two or three explosions, followed by a similar number an hour and a half after a U.S. deadline for war on Saddam Hussein had passed.  A few miniutes later President George Bushg addressed the nation.

Homeland Security Director Leiataua Birdsall Alailima said late this afternoon that there has been no change in the territory security alert, which is still at orange.  He said that residents should go about their normal routines but to be more alert and vigilant in reporting any usual acitivities or persons to the authorities.

As a sign of support for all members of the US Armed Forces Mrs Helga Lefiti is asking that people tie yellow ribbons to their vehicles.  Mrs Lefiti , who had organized a yellow ribbon drive during Operation Dessert Storm 12 years ago, said , tying ribbons to veghicles will be the easiet and most visible sign of community support for the troops.  She asks that the ribbon display begin tomorrow.

The outcome of the closed preliminary examination of murder suspect Richard Mahjor is that he has been bound over to High Court on all charges against him.  Mahjor is accused of first degree murder, assault first degreem felonious restraint, tampering with physical evidence and first degree property damage.  He will be arraigned tomorrow morning. The other two murder suspects facing the same charges as Mahjor Victor Vic Seperano and Talofa Seumanu waived their preliminary examinations this morning and will aklso be arraigned tomorrow.

District Court Judge John Ward also ordered the preliminary examination of four other defendants facing charges related to the disappearance of Wyatt Bowles Jr. closed to the public.  He ruled in favor of a motion by Assistant Public Defender Sharon Rancourt, representing defendant Jake Malala that publicity about the case in a small community would made it difficult or almost impossible to select an unbiased jury and this would affect her client's right to a fair trial.  Conspiracy murder charges against Jake Malala, Paulava Malala, and Uatisone Whiskey Kelemete have been dismissed.  Judge Ward found that there was no probably cause to bind the defendants over to High Court on the conspiracy charges.  They have been bound over to the higher court on lesser charges, mainly tampering with evidence, and property damage.   The preliminary examination for Sanele Mareko, also facing conspiracy to murder and tampering with physical evidence, was continued to Friday.

At both this morning;s and afternoon hearings, parents and relatives of the defendants and the family of Wyatt Bowles Jr,. were present.  Bowles; father registered his outrage at not being allowed to sit in court saying that his rights as a citizen have been violated.  He said that he was going to file a complaint with the US Secretary of the Interior regarding the closed door hearing.  Judge Ward said in ruling for the Public Defender's Office to close the proceedings: I know that there are strong feelings about this case but in the interests of justice this hearing will be closed.

The Annual Career Shadow Day has seen young doctors, lawyers, lawmakers, cooks, broadcasters and all professions coming to the fore.

March 20 2<sup>nd</sup> Bulletin

A preliminary and unaudited financial report for ASg distributed by Goevrnro Tauese to the Legsilature this morning showed that in FY 2002 the General Fund exceeded projections by $7.3 million. Total revenues exceeded the budget by $7,5 while the General Fund under spent its budget by $343,485. However the surplus was reduced because the ASG general; Fund had to off set losses in other operations. The airport had a loss of $688,644, the Road maintenance Fund was in the red by $126,243, the Golf Course over spent its budget by $91,374, the Housing Fund overspent $72,452 while the Print Shop was in the red by $83, 762. Surpluses were recorded in the School maintenance Fund which had $578,608 and the Owrkman's Compensation Fund recorded a surplus of $247,372. The Deficit Redyuction Fund which is budgeted to pay costs incurred in past years collected a record $3.4 million.

The report showed that the Legisalture had the largest overrun in 2002 with a deficit of $731,091. The governor also provided a list of lessors of government land, and a breakdown of the ASG qworkforce in the first quarter of FY 2003 showing a total of 4,221 employees. There were 3,3362 career service workers, 6 two year contract workers and 285 shor term contract employees.

Goevrnor Tauese's address to a joint session of the Fojno this morning was upbeat about the status of the economy pointing to a $126 million surplus in the balance of payments, exports execeeding imports, He also quoted high numbers of home construction and home repairs, road construction and record setting car imports.

Other issues which the governor discussed was the issue of attaining US citizenship for American Samoans, reclassification of salaries for government employees and the phase out of IRS Section 936 which provides tax benefits for the canneries. Tauese encouraged the Fono to send an official position to congressman faleomavaega regarding the issue of US citizenships for American Samoans. He said the congressman should leave the issue alone, anyone who wants to become a US citizen can go and live in the US for 3 months and get citizenship. He is afraid that a change in status would erode communal land ownership and traditional authority.

Tauese said salary increase for the ASG workforce was long overdue and he will soon submit three different options for a salary reclassification for the Fono to deliberate and choose from. He also called for legislative action to support an extension of the tax incentives offered by Section IRS 936, due to expire in two years, to ensure that the two canneries will remain competitive and stay in the territory.

The Christian Club of the American Smaoa Communtiy College is holding a prayer for peace rally at 12:30 this afternoon at the college. A club member said that a huge banner has been prepared and college students and faculty have been invited to write the names and messages of support for their loved ones in the military. The club will also hold a prayer session for peacc during the gathering.

Six defendants in the Wyatt Bowles Jr. case pled not guilty this morning during arriangment in High Court. They include murder suspects Richard Mahjor, Talofa Seumanu and Victor Vic Seperano. A pre tiral conference for the three murder defendants has been set for September 15. The Opublic Defender;s Office has filed a

new motion to withdraw as counsels int eh case.  Also entering not guiulty pleas this morning were Jake Malala, Paulava Malala and Uatisone Whiskey Kelemete.   Their pre trial conferences are set for May 19.  Attorneys for the three have asked the court to reinstate bail for them now that the conspiracy charges aginst them have been dropped and they have been bound over to high court on lesser charges,  Associate Justice Lyle Richmond will hear the motion tomorrow.

March 20 3ʳᵈ Bulletin  *103*

Associate Justice Lyle Richmond says he will explore whether case files for defendants in the Wyatt Bowles Jr. case should remain sealed, tomorrow. The judge was responding to KHJ News queries on when the files for 6 defendants who have been bound over to High Court will be unsealed. Associate Justice Richmond said that he just received the files from the District Court this morning and he intended to review the issue of public access tomorrow. Judge Richmond said he hoped to get input from attorneys involved in the case on the matter.
The three men facing murder charges in connection with Bowles disappearance on February 27ᵗʰ have pled not guilty to all of the charges against them. Richard Patrick Mahjor. Talofa Seumanu and Victor Vic Seperona have been bound over to High Court on first degree murder, assault first degree, felonious restraint, tampering with physical evidence and first degree property damage. Attorney for Mahjor, Assistant Public Defender Bentley Adams, asked the court to set a pre trial conference in six months. He said in light of the Attorney General's intention to seek the death penalty sufficient time was needed to prepare for a death penalty trial. He said there were complex and difficult procedures involved in a death penalty case and the reosources this would require would be staggering. will be
The High Court has set a pre trial conference for the three murder defendants for September 15. The Public Defender's Office has made a new motion to withdraw as counsels in the case and this will be heard by the court tomorrow morning.
The other defendants in the case, Paulava Malala, Jake Malala and Uatisone whiskey Kelemete also entered pleas of not guilty. The most serious charges they had been accused of, conspiracy to murder were dismissed without prejudice by Distroct Court judge John ward yesterday because there was no probable cause. Jake Malala faces stealing, property damage and felonious restraint while Kelemete and Paulava Malala face one count each of tampering with evidence. Their pre tiral conference is set for May 19. The three will be in court again tomorrow for a hearing on motions to set bail. They had been held without bail on the conspiracy charges but now that these counts have been dismissed their lawyers have asked the court to reinstate their original bail of $25,000.

Goevrnor Tauese's address to a joint session of the Fono this morning was upbeat about the status of the economy pointing to a $126 million surplus in the balance of payments, exports execeeding imports, He also quoted high numbers of home construction and home repairs, road construction and record setting car imports.
Other issues which the governor discussed was the issue of attaining US citizenship for American Samoans, reclassification of salaries for government employees and the phase out of IRS Section 936 which provides tax benefits for the canneries. Tauese encouraged the Fono to send an official position to congressman faleomavaega regarding the issue of US citizenships for American Samoans. He said the congressman should leave the issue alone, anyone who wants to become a US citizen can go and live in the US for 3 months and get citizenship. He is afraid that a change in status would erode communal land ownership and traditional authority.
Tauese said salary increase for the ASG workforce was long overdue and he will soon submit three different options for a salary reclassification for the Fono to deliberate and choose from. He also called for legislative action to support an extension of the tax incentives offered by IRS Section 936, due to expire in two years, to ensure that the two canneries will remain competitive and stay in the territory.

On finances the governor said while 55 other states and territories are goinginto their third round of layoffs, and multi million dollar deficits, American Samoa and tow other states are the only ones who operated in the black the last fiscal year. He said when he was asked his secret for not only operating in the black but recording a surplus, his answer was, I do not have a secret. The positive financial record is from seven years of restricting spending and living within our means. A preliminary and unaudited financial report for ASg distributed by Goevrnro Tauese to the Legsilature this morning showed that in FY 2002 the General Fund exceeded projections by $7.3 million. Total revenues exceeded the budget by $7,5 while the General Fund under spent its budget by $343,485. However the surplus was reduced because the ASG general; Fund had to off set losses in other operations. The airport had a loss of $688,644, the Road maintenance Fund was in the red by $126,243, the Golf Course over spent its budget by $91,374, the Housing Fund overspent $72,452 while the Print Shop was in the red by $83, 762. Surpluses were recorded in the School maintenance Fund which had $578,608 and the Owrkman's Compensation Fund recorded a surplus of $247,372. The Deficit Reduction Fund which is budgeted to pay costs incurred in past years collected a record $3.4 million. The report showed that the Legisalture had the largest overrun in 2002 with a deficit of $731,091. The governor also provided a list of lessors of government land, and a breakdown of the ASG qworkforce in the first quarter of FY 2003 showing a total of 4,221 employees. There were 3,3362 career service workers, 6 two year contract workers and 285 shor term contract employees.

Five stowaways were discovered on two vessels which were in 'eh territory last week. According to Chief Immigration Officer Ufuti Faafetai Ieremia 3 chiense men were discovered on a Chinese fishing boat while two Tonganswere found on a freighter the traveled from the kingdom. He said that the names of the give stowaways were not on the crew manifest and they did not have travel documents. The illegal travelers were sent packing on the vessels they traveled on and the vessels were fined $1,000 for each stowaway. This netted the goevrnemnt $5,000 for the lot.

Petroleum Marketing Officer for the ASG Office of Petroleum Management Sione Kava knows the area in Iraq where the first US air strikes took place yesterday. Kava was in the Marine Corps during Dessert Storm 12 years ago. He said that the village which was the tartget of the first air assault has a small population. Kava said television footage of the initial stage of war with Iraq has brought back memories of his tour of duty in the region. He said it's understandable that parents with children in the military are worried for their safety. But if his experience is anything to go by, this is an exciting and anxious moment for the troops on the ground. Kava said it's like training for the Olympics. You train and train for years and finally comes the moment where you put into practice what you;'ve been training for, It keeps the adrenalin pumping.

Samoa Prime Minister, Tuilaepa Sailele Malielegaoi, yesterday signed a Memorandum of Understanding with the traditional leaders of Tokelau, at Fakaofo, formalising the areas in which Samoa and Tokelau will be cooperating. These are in the agricultural, trade and tourism and educational sectors.

The historical visit by the Samoa Prime Minister has been well received by the Tokelau group. The Samoan delegation has visited all the main island centers of Atafu, Nukunonu and Fakaofo.. The visit has been extensively covered by Radio 2AP and TV Samoa reporters traveling with the delegation. The group returned to Apia today after spending five days on the islands. .

March 21 1st Bulletin  '*o* '3

The ASG Office of Petroleum Management says the territory has a plentiful supply of fuel and reserves. Petroleum Officer Sione Kava says an oil tanker is now in port and a second one is enroute to the territory and is scheduled to arrive here April 1st. Kava says while there's no way to predict how long the war with Iraq will continue, early forecasts are that there will be little or no effect on the territory's fuel supply except driving the price of fuel up. Last Sunday the wholesale price of fuel went up and the retail cost of a gallon of unleaded fuel is now past the $2.00 mark at many local gas stations. The day after the maximum allowable price of fuel went up in the territory, the world price of a barrel of crude oil dropped from $38 to below $30.

Shipping companies say freighter schedules are still on course and any worries about delays in food deliveries from the mainland are unwarranted. Safeguarding the territory;s food supply  in the event of a terrorist attack was a topic that was discussed by Goevror Tauese Sunia, Homeland Security Advisor Leiataua Birdsall Alailima and officials of the US Department of Agriculture in D.C. two weeks ago. The ASG officials were trying to convince the USDA to lift the ban on meat imports from Samoa for personal consumption. Until last month, local residents and visitors from Samoa were able to bring in up to 50 lbs of meat or sausages as long as they were for their own use and not for personal consumption. But the USDA citing questionable sanitary conditions of previous meat shipments and apparent use of meat from Samoa for commercial purposes, imposed a ban. Leiataua said they impressed upon the feds that cultural necessities made hte ban impractical, that Smaoa is clear of the diseases it is being labeled as harboring, and that the independent state being the territory's closests neighbor makes it a key supplier of food and other necessities in a natural or man made disaster. The terriutory's reliance on fuel shipments from Samoa during last year's gasoline crises was used as a case in point.

Diane Miller Mahjor, the wife of murder defendant Ricahrd Mahjor, has not made progress in getting a private attorney.  According to Assistant Public Defender Sharon Rancourt,  a local relative of Mrs. Mahjor's has not had any luck retaining counsel for her, but the reasons why are not clear.  District Court Judge John Ward has scheduled another status hearing this morning to discuss counsel for the sole female charged so far in connection with the disappearance of Wyatt Bowles Jr.   Mrs. Mahjor remains behind bars at Tafuna on a $35,000 bail.  She is charged with two counts of tampering with evidence.

Governor Tauese Sunia set the record straight yesterday before a joint sessions of the Fono concerning a statement he made at the opening of the Legislature back in January referring to an illegally constituted legislature. The governor  said he did not say that the Fono was an illegal body.  What he meant when he used the term was that if the Senate decided to remove Senator Faamausili and then on its own, invite Manu'a District to select a new senator and swear that individual in, that would be illegal. He said he did not have a problem with the Senate removing Faamausili however, the Senate must

inform him officially of its decision then he can declare the existence of a vacancy which this prompts a district meeting to select a new senator.

The governor said he does not have a camp in the Fono, as statements from the Senate in recent weeks have alluded to. Tauese said he operates independently and does not have a group of supporters in the House or Senate and he recognizes the Fono's independence form the adminsitration.

New security measures and the beginning of spring break will mean longer lines at Hono-lulu Airport tomorrow through next week.

Passengers traveling in the peak airport hours of between 9 a.m. and 3 p.m. should allow for at least three hours to check in, get through security and board their flights, transportation officials said.

"Not three hours you leave your house, three hours at the lobby," said Davis Yogi, state airports administrator.

New security measures that went into effect Wednesday night at Honolulu Airport include random checks of all vehicles approaching the terminals. That includes people who are picking up passengers as they circle the terminal.

The new measures were "no problem as long as you cooperate," said Warfe Pasicaran, who was picking up relatives who arrived from Las Vegas today. "Some people got mad when they had to open the trunk, but it's all for your safety," he said.

March 21 2ⁿᵈ Bulletin

The High Court has appointed a new attorney for Richard Patrick Mahjor. After hearing motions by Assistant Public Defender Bentley Adams who was representing Mahjor up to this morning, the court ruled that a conflict does exist in having Adams serve as counsel for Mahjor. The main arguments made by the Public Defender;s Office in representing Mahjor was because of previous and pending representation by the office of other defendants in the case, Jake and Paulava Malala and Uatisone Whiskey Kelemete. Adams made a strong case that the sharing of resources, information and staff of the agency, would create a situation where disclosures made under attorney client priviledge may be used against the defendants. Associate Justice Richmond has denied the withdrawal of Public Defender tautai Aviata Faalevao as attorney for murder defendant talofa Seumanu and Depty Public Defender Sharon Rancourt as counsel for Jake Malala at the stage. He said he will continue to explore the issue.
Motions to set or reduce bail for Paulava and Jake Malala and uatisone Kelemete were denied by the court. Associate Justice Richmond said given the overall situation of this case, the defendants pose a danger to the community and may be a flight risk,. He said while this may not be a legally correct decision, for the community's sdafety and the safety of the defendants, motions to set bail are denied.
Attorney General Fiti Sunia was stornglyh opposed to setting bail for the three defendants. He said it was very clear that the defendants have spent time in prison before for other crimes and were a definite risk to public safety, He said Paulava and Jake Malala were both on probation for seiours crimes when they were arrested. In Klemete;s case, the AG said he had tried to flee the territory when his office was in the process of issuing an arrest warrant for him.
Paulava's Attorney David Varghas asked the court for an order to allow his client to have visitors, He said his client has not been found hguilty yet he was being denied a privilege which inmates who have been comnvicted of heinous crimes are afforded. The AG countyered that visitation rights for the defendants were beign reviewed. The court set a deadline fo 2:00 p.m. today for the Ag to advise counsels for the defendants of its decision on visitation rights.

Senator Sala Samiu is 100 percent behind Goevrnor Tauese's statement yesterday that congressman faleomavaega should leave the issue of Us citizenship alone. He said that granting citizenship enmasse was not a sound move and agreed with the governor that this would harm communical land ownership and traditional authority, Senator Sala also agreed with the governor that the Fono should act on the issue of IRS Section 936. He said he will initiate a resolution to send to Congreses asking for the extension of this Section or replace it with a similar measure. Senator Sala also commended the governor for moving on the reclassificvation for goevrnemnt employees. I agree, government workers derverve higher wages commensurate with the cost of living, said Sala. The senator howver disagreed with some of the financial information presented by the governor. We will report on that in our evening news.

The United States Postal Service is operating a special charter flight to the territory tomorrow to deliver mail. Post Master Smitty McMoore says the charter flight will be operated by Postal Air and is scheduled to arrive from Honolulu tomorrow evening with 18,00 pounds of mail. The flight will turn around after it unloads and will also take mail to Honolulu and the mainland. The ground handler for Postal Air is Pacific Air Cargo which had also operated mail flights to the territory two years ago. McMoore says Postal Air woil.d probably deliver mail on a regular basis until the US postal Service signs a permanent contractor for the mail flights. The Post Master says mail charter flights are very expensive, three years ago one charter cost $233,000 and the cost has gone up considerably since.

Hawaiian Airlines has filed with the federal court in Honolulu voluntary petition for reorganization under Chapter Eleven of the United States Bankruptcy Code.
Filing for protection under bankruptcy laws, would allow Hawaiian Airlines to complete a

restructuring process that began several months ago to restore the carrier's long-term financial health.

Hawaiian Air chairman and chief executive officer, John W. Adams said from Honolulu that the company hopes to complete the restructuring and emerge from Chapter Eleven before the end of the year.

The filing, said Adams was necessary after the airline was unable to reach agreement with certain aircraft lessors on reducing lease rates to market levels. He said negotiations will continue with lessors.

Despite the filing, Adams said it is business as usual with all airline tickets honored and flights will not be disrupted.

In the event of a military action or Homeland Security-issued Red Alert, Hawaiian will offer flexibility to their customers holding confirmed tickets on all of their scheduled service routes, by allowing them to make a one-time change to their travel plans without paying the standard change fee.

* This policy applies to tickets purchased any time for travel within 90 days after the start of military action or Homeland Security-issued Red Alert.

* Customers must contact Hawaiian Airlines within 90 days of the announcement of a military action or Homeland Security-issued Red Alert, or by the originally scheduled travel date, whichever is earlier. Travel may be rescheduled for any day through December 31, 2003.

* Passengers will be charged for any difference in fares applicable to the change.

* The current rule for refunds and cancellations applies.

March 21 3rd Bulletin $\nu$ 3

Senator Sala Samiu says any surplus in the goevrnment's coffers must be submitted to the
fono for appropriation. Senator Sala referred to the financial report given by Goevrnor
Tauese to the Fono yesterday which said that there was a $7.2 million surplus for
Fy2002. The senator believes that the governor cannot on his own spend surplus funds
without the Fono's approval, even if it's to offset deficits in other goevrnemnt
oiperations. Concerning the positive financial picture that the governor painted
yesterday, Senator Sala was of the opinion that the report did not give the full picture of
ASG;'s financial status. All he gave was a report on actual expenditures vs the budget,
but there was no information on unpaid debts, said Sala. He said the governor should
have included all outstanding debts in his financial report as that would show a ture
picture of the goevrnemnt;s finances. He also pointed out that the report did not include
the windfall from the hurricane insurance settlement in his report. He also disputed the
governor;s assertion that previuous governors signed supplementary budgets into law
without any sources of funding. "That is not true says, Sala, I don't believe that was ever
done before. Tauese said when he took over as governor seven years ago the deficit was
$60 million. He said one reason why the deficit was so year was the practice of previous
governments to have the Fono approve supplementary budgets which did not have any
funding sources. Tauese said he never did this since becoming chief executive.

Members of the public who watched the goevrbnor's speech on television last night said
they were surprised that the governor did not address two issues which were on
everyone's mind, the war with Iraq and the drug and crime culture brought out by the
Wyatt Bowles Jr. case.

Today's flag raising ceremony by the Departemnt of Publuic Safety at the Executive
Office Building paid tribute to the men and women in the US Armed Forces. The police
guard who paraded at the ceremony and raised the flag all wore yellow ribbons on their
shirt pockets. Officers in the fitafita guard uniform who were not involved in the
ceremony also wore yellow ribbons. Deputy Commissioenr of Puiblic Safety Mike
Fuiava said the yellow ribbons pay tribute to the sacrifice made by the troops in defense
of freedom, and gives special recognition of Smaons in the military on duty in the middle
east.
There's also been a noticeable number of private vehicles displaying yellow bows and
ribbons tied to their antennas.

Affadavits and information supporting the charges against defendants in the Wyatt
Bowles Jr, case who have been bound over to High Court, will remain sealed. This was
the ruling of Associate Justice Lyle Richmond this morning. Attorney General Fiti Sunia
who is prosecuting and defense counsels for the three murder suspects, and three others
facing lesser charges, agreed to continue the sealing of records. AG Sunia said given that
the investigation was ongoing, there was a need to preserve information on the case.
The major developments that occurred in High Court today was that the court has
allowed the withdrawal of Assisatnt Public Defender Bentley Adams as counsel for the

alleged mastermind in Bowles' disappearance Richard Patrick Mahjor. The court has appointed Fepulea'I Arthur Ripley as lawyer for the defendant.

Bail for Jake Malala, Paulava Malala and Uatisone Whiskey Kelemete was denied by the court. Judge Richmond said given the overall situation of this case, the defendants pose a danger to the community and may be a flight risk,. He said while this may not be a legally correct decision, for the community's sdafety and the safety of the defendants, motions to set bail are denied. Attorneys for the three motioned that since the most seiours charge against them, conspiracy ot murder had been dismissed, the court should consider setting bail at $25,000 or lower. Proposed bail amounts ranged from $10,000 to $15,000. AG Sunia opposed the setting of bail arguing that defendants Jake and Paulava Malala were on probation for serious crimes when they were arrested on this matter and they were a threat to the public's safety. Kelemete he said had tried to flee while a warrant for his arrest was being processed.

Paulava's attorney David Varghas is making a new motion for bail which will be heard by the court April 11. Varghas also asked the court to order the government to allow his clients visitors. He said inmates who were convicted of heinous crimes were afforded this privilege while his client who has not been found guilty is beind denied visitors. The AG said that the issue of visitation rights was being reviewed and promised to have a decision by 2:00 p.m. today.

The United States Postal Service is operating a special charter flight to the territory tomorrow to deliver mail. Post Master Smitty McMoore says the charter flight will be operated by Postal Air and is scheduled to arrive from Honolulu tomorrow evening with 18,00 pounds of mail. The flight will turn around after it unloads and will also take mail to Honolulu and the mainland. The ground handler for Postal Air is Pacific Air Cargo which had also operated mail flights to the territory two years ago. McMoore says Postal Air woil.d probably deliver mail on a regular basis until the US postal Service signs a permanent contractor for the mail flights. The Post Master says mail charter flights are very expensive, three years ago one charter cost $233,000 and the cost has gone up considerably since.

Hawaiian Airlines has filed with the federal court in Honolulu voluntary petition for reorganization under Chapter Eleven of the United States Bankruptcy Code.

Filing for protection under bankruptcy laws, would allow Hawaiian Airlines to complete a restructuring process that began several months ago to restore the carrier's long-term financial health.

Hawaiian Air chairman and chief executive officer, John W. Adams said from Honolulu that the company hopes to complete the restructuring and emerge from Chapter Eleven before the end of the year.

The filing, said Adams was necessary after the airline was unable to reach agreement with certain aircraft lessors on reducing lease rates to market levels. He said negotiations will continue with lessors.

Despite the filing, Adams said it is business as usual with all airline tickets honored and flights will not be disrupted.

A scientist for the World widelife Fund has warned about increased coral bleaching at seven of the organization's research sites in American Samoa. This includes reefs within the National Park of American Samoa, Fagatele Bay National Marine Sanctuary and Maloata Bay community reserve.

Bleaching is a key indicator that corals are being exposed to harmful conditions. Usually warmer sea conditions. Lara Hansen primary investigator for the WWF research project said the bleaching "indicates that in the face of climate change, reef conservation will require more complex responses than the creation of protected areas alone.

Most of the local research sites have experienced bleaching between 10 percent and 20 percent, but some 30 percent of the coral reef has bleached at Maloata Bay. WWF research indicates that water temperatures increased 1.5 degrees Celsius above the annual high temperature at the reefs for six weeks proceeding the organization's bleaching surveys.

As the reefs continue to experience warm water conditions, there is the likelihood that further bleaching could occur.

March 24 2ⁿᵈ Bulletin  '03₃

More than 30,000 pounds of mail arrived Saturday night on a special
charter by Postal Air Saturday evening.  Post Office staff worked
yesterday to sort the mail and were still .sorting today.  A clerk said
that there were piles of mail as high as the ceiling and traffic at the
Post Office has been chocker block.  His advice was don't try to come
to the back door, the place is jam packed.
Post Master Smitty McmOore says the charter flight cost the US Postal
Service more than $300,000.  Until a permanent carrier has bene
selected to transport mail for the territory, the US Postal Sevrice
plans to operate charter flights to deliver the mail.  The former
carrier Gemini withdrew at the end of it's one year contract two weeks
ago.

Goievrnor Tauese Sunia is expected to be released from the LBJ Hospital
tomorrow.  The goevrnoir checked into the ICU over the weekend
complaining of abdominal pains.  Sources said he may have eaten bad
seafood during a trip to Manua Friday for a road dedication ceremony in
Ofu. The governor is reported to have reovered but is being kept in
hospital as a precaution and for rest.

Diane Miller Mahjor and Sanele Mareko entered pleas of not guilty
during arraignment in High Court this morning.  Mrs. Mahjor faces two
counts of tampering with evidence while Mareko is charged with one
count of tampering.  The more serious charge against him, conspiracy to
murder was dismissed by the government Friday in District Court.  Both
Mareko and Mrs. Mahjor are being held on $35,000 bail.  Their pre trial
conferences are set for May 19ᵗʰ.  Mareko's attorney Falefatu Alailima
Utu requested that the court continue the sealing of records for his
client as it has for the other defendants in the Wyatt Bowles Jr. case.
Chief Justice Michael Kruse has accepted the request but has set a
hearing for April 11 to hear arguments for the motion to continue the
sealing of records.

Alailima Utu was warned by the Chief Justice he will be sanctioned the
next time he was late to court.  The attorney arrived 10 minutes late
as he was testifying at a Senate hearing on the bill to remove
political influence from the selection of the President of the American
Samoa Community College.  Alailima Utu is a member of the Board of
Higher Education.

There has been another continuation in the pre trial conference for
murder defendant Marlon Uli, accused of the shooting death of Maalona
Felisi in Madaeloa last November.  The 23 year old defendant was in
High Court this morning for a pre trial hearing but this was continued
until April 25ᵗʰ after Uli's attorney Assisatnt Public Defender Bentley
Adams presented a document to the bench, in camera.  Adams asked Chief
Justice Micahel Kruse if he could approach the bench and the CJ said,
can't you tell me in open court what's going on?  Adams answered I
don't think I can, and your Honor will understand why after you see
what I have to present." Adams and prosecutor Mark Roy approached the
bench and after five minutes, the Chief Justice announced that the case
was continued to April 25ᵗʰ.  Both the Public Defender and Attorney
General's Office declined to discuss what was presented and the High
Court clerks said the Uli case file was not available.

Samoa will be getting a slice of Melinda and Bill Gates Foundation Trust's US$1 billion donation for world health.

Director General of Health, Taulealeausumai Dr Enosa attended a regional meeting in Fiji this week on how the funds will be administered.

According to the Samoa Observer Samoa is expected to receive $2 million from the fund, which is given to developing countries for health sector programmes for the reduction of HIV/Aids, tuberculosis and malaria.

Mr Gates, donated the money last year for the Global Fund.

Although Samoa doesn't have a major HIV/Aids or malaria problem, the money will be used in tuberculosis clinics and in an upgrade of the current blood-testing laboratory at the Tupua Tamasese Meaole Hospital in Motootua.

Taulealeausumai said it had taken almost a year before Samoa's application for assistance was accepted.

The South Pacific Secretariat in Fiji will administer the grant on behalf of the region.

The Global Fund has eligibility conditions which say among other things that only applications for grants ranging from US$2 million upwards will be considered.

However this was wavered in the case of the South Pacific islands states, possibly because of their small sizes.

The Health Director said there was room for Samoa to apply for more funds.

March 24 1st    $^{1}$0 ٩

Governor Tauese Sunia was hospitalized over the weekend. The governor checked into LBJ Hospital for abdominal pains and is in the Intensive Care Unit. Sources said that the governor may have eaten bad seafood while in Manu;a Friday, He is reported to have recovered but is being kept in hospital as a precaution and for rest. Police dressed in fitafita guard uniform were posted outside the ICU yesterday evening.

A Fijian man in his early 20's is in critical condition at the hospital. He was found in front the Why Nam nightclub after midnight Saturday in a motionless state. Memebrs of the Fijian community say that the young man is a fisherman and appears to have suffered a very bad beating. He had brought fish earlier Saturday evening for a Fijian community gathering at Iliili. Police are investigating the case.

At the initiation of Paramoutn Chief Letuli Olo and the Iliiili Village Council an evening curfew was revived last week for the Iliiili, Fogagogo and part of the tafuna area. The untitled men or aumaga are now guarding these areas from early evening to midnight. Paramount Chief Letuli and Associate Judge Sagapaloutele Malaeola have been seen checking on the aumaga during the curfew. Vehicles are allowed to move freely but pedestrians are prohibited during the curfew hours. The evening patrols by the village police have been welcomed by residents. During the regular meetings of village mayors a week ago, the re-activation of evening curfews was suggested as a way to curb the soaring crime rate. Deputy Commissioenr of Public Safety Mike Fuiava says DPS welcomes the assistance of the Iliiili aumaga and said this is the type of partnership which the police needs in crime prevention.

It's a waiting game for members of the local Army Reserve. A senior reservist says even before the air strike began Wednesday, they had been waiting every day for call up orders. "All wev'ev been told by our commander is to be prepared when the call comes,; said the reservist. "We're been traning physically and mentally for that moement. He said most of the reservists have been talking , about the war coverage on television. We're ready, but I don't know about our families, said the reservist. "It would be harder on them."

The Department of Public Safety will begin distriubuting yellow ribbons this morning from their headquarters in Fagatogo. Deputy Commissioner of Public Safety Mike Fuaiava says the yellow ribbons are a sign of hope and prayers for the men and women in the Armed Forces and DPS is preparing the ribbons as a token of support for their brothers and sisters in the Middle East. DPS will also wear on Wednesday specially printed T-shirts with a message of support for the troops fighting the Iraq conflict.

The head of the Catholic Church Bishop Quinn Weitzel yesterday called for prayers for all those involved in what he termed this terbbile war in Iraq, the men and women in the military and their families and also for the people of Iraq. Celebrating Mass at the Holy family Cathedral Bishop Quinn a native of Chicago asked the congregation to pray for peace. He also invited all those with sopns, daughters or relatives enangaged in the war to inform the church so that special prayters can be offered for them.

The remaining defendants in the Wyatt Bowles Jr. case Sanele Mareko and Diane Mahjor will have their arraignments in High Court this morning. Both waived their preliminary examinations in District Court on Friday morning. Judge Ward reduced bail for Mareko from $40,000 to $35,000. His lawyer Falefatu Alailima Utu pleaded that Mareko does not have a prior record, his father was hospitalized and he was very concerned about his father;s health and his wife is not working and needs his help to care for their 1 year old child. Mahjor finally got a court appointed attorney Friday, she is represented by attorney Paul Miller, who recently left the law firm of Marshall Ashley and now has his own practice. Mahjor's bail remains at $35,000.

The Health Department has suspended a registered nurse for allegedly performing abortions at the public hospital.

In a statement the department said that the suspension was the result of a thorough internal investigation by senior staff.

The matter was now with the Police the statement said.

It said that " the carrying out of illegal abortions if confirmed, is a severe breach of the professional ethics of any health worker and the department is concerned to ensure that all its staff carry out their duties and responsibilities ethically. "

The Minister of Health Mulitalo Siafausa has called uppon the community to allow the Police and health officials to address this issue and its many implications in a calm and sensible manner.

Police are questioning doctors, nurses and other health department staff.

Abortion is illegal and offenders face 14 years of jail.

Ends.


Hawaian Air Chief Executive John Adams says Hawaiian will honor all tickets including electronic tickets, through Chapter 11 reorganization. Agreements with partner carriers, including America West, are not affected. Refund policies will not change and Hawaiian intends to continue its HawaiianMiles program. The airline also expected its MasterCard to continue to be honored. Adams said that ticket prices will "remain competitive and service will be maintained "at the highest levels. Hawaiian officials said flight cuts are a possibility "based on market conditions and supply and demand" and not on the bankruptcy filing. The Air Transport Association has forecast that a war with Iraq could lead the airline industry to eliminate 2,200 flights. However, neither Hawaiian nor Aloha have announced flight cuts based on the start of military action in Iraq.Hawaiian said it has requested court permission to pay fuel vendors, hotels and other services without interruption. "Vendors will be paid in the ordinary course for goods and services provided after the filing date," according to the carrier.

**The airline** plans to emerge from Chapter 11 protection in the fall. It plans to restructure lease agreements by April.

In its bankruptcy filing, Hawaiian said it had $256 million in assets and $399 million in liabilities as of Dec. 31. The airline's problems stem mainly from costly aircraft leases, according to Adams.

Samoa now stands to receive $2 million from a Bill Gates charitable fund to help in the carrying out of workshops and upgrading of the laboratory at Mc₄ootua follwing a recent meeting in Fiji attennded by a delegation of the Samoa Health Department.This announcement was made this week by the Samoan Health Department when explaining how Bill Gates has helped Samoa in addressing the tuberculosis and HIV problems.
With his huge wealth from Microsoft, Bill Gates and his wife have set up a number of international foundations to help out in addressing the health and education problems around the world

March 25 3<sup>rd</sup> Bulletin   /Ü 3

The first additional child tax credit refunds for calendar year 2002 are now being disbursed by Treasury. Treasuru Aitofele Sunia says the first batch of ACTC checks totaling $1.5 million have been released. He did not have an exact number of recipients but said there were hundreds covered by this first batch. The delay in issuing ACTC checks is because after taxes are filed, eligible recipients of ACTC have to be forwarded to the Social Security Office for verification. Once the federal agency give approval, the ACTC checks are prepared and disbursed locally.

The basic child tax credit refunds should be paid next month. The treasurer says he has requested the governor to submit for Fono approval an allocation from the interest judgement on the hurricane insurance settlement to pay for CTC refunds for the last three years. He said the government has to obey the court's ruling that it must pay the basic child credit of $500 per child. Treasurer Sunia says CTC checks will be issued next month and he hopes that the Fono will approve a portion of the insurance interest to cover the payments. He said at the moment the CTC is not covered in this year's budget. According to the treasurer Regular tax refunds have been disbursed regularly since last month.

ASG recently received a letter of complaint from the mother of one of the murder defendants in the Wyatt Bowles Jr. case, Richard Mahjor about alleged mistreatment of her son in the Tafuna Correctional Facility. The letter was sent by Mahjor's mother to California Congressman George Miller who in turn forwarded it to the Department of Interior. The letter of complaint was sent to Lt. Goevrnor Togiola Tulafono and KHJ News understands that Attorney General Fiti Sunia has looked into allegations that Mahjor was assaulted in prison. Prison guards have denied that there was any mistreatment of the defendant and the response by ASG officials to Congressman Miller will reflect this.

The Public Defender's Office is quite pleased with yesterday's landmark ruling by the Appellate Court that defendants have a right to be tried bby a jury of their peers in Distr4ict Court. Here's the reaction from Assistant Public Defender Bentley Adams.

Adams credited the hard work of former assistant public defender Curtis Sherwood for presenting the case. Sherwood has been told of the ruling and he was indeed very excited and happy with the outcome.

The ruling stemmed from DUI cases tried in District Court. Kalolo Stowers and Faatulu Samana had asked for jury trials and were denied. They were convicted in bench trials and they filed appeals to the Appealte court arguing that they had a statutory and constitutional right to jury trials. In its 33 page decision the Appelate Court reversed the District Court;s decision and prdered new trials for the two.

The House of Representatives voted 11-4 this morning to respond to Muavaefaatasi Ae Ae Jr.'s lawsuit challenging the constitutionality of the House's action to suspend him. The vote was taken after a lengthy and colorful exchange of opinions which also saw a differences of opinion among members who had supported Muavaefaatasi;s unsuccessful

attempt to run for Speaker. Rep. Sua Carl Schuster was of the opinion that the House should review its decision on Muavaefaatasi and avoid the house being dragged into court. But Agaoleatu Charlie Tautolo said Muavaefaatasi is entitled to have his day in court and did not support any move to have the case dropped. Because of the differing views a vote was taken to decide the issue. There was overwhelming support for the House to respond to Muavaefaatasi's suit.