IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RICHARD MAJHOR, )
)
       Plaintiff, )
)
  vs. ) Civil Action No. 05-2192 (RBW)
)
GALE A. NORTON, Secretary )
of the United States De- )
partment of Interior, )
)
       Defendant. )
)
_____)

## SUBMISSION OF EXHIBITS

       Attached hereto as Exhibits 1 and 2, respectfully, are true and correct copies of the exhibits that were admitted into evidence for the purposes of motions that were heard in the Trial Division of the High Court of American Samoa in <u>American Samoa Government vs. Richard Majhor</u>, HCCR 010-03, on April 6, 2005.

       DATED: Honolulu, Hawaii, December 15, 2005.

                            _____
                            ERIC A. SEITZ, D.C. Bar #363830
                            820 Mililani Street
                            Suite 714
                            Honolulu, Hawaii 96813
                            (808) 533-7434

                            Attorney for Plaintiff
                            RICHARD MAJHOR