**COURT BRIEFS**
*by B. Chen*
*Samoa News Correspondent*

## RICHARD MAHJOR APPEARS IN COURT

(3/5/04) - The case against alleged murderer and drug lord Richard Mahjor was on the agenda in the High Court of American Samoa Thursday morning during a hearing on the motion for "ex parte in camera" (party in chambers), meaning that the hearing was between Mahjor's court appointed defense attorney ASG Assistant Public Defender (PD) Andrew Stave and the presiding judge, as well as the motion for a change of venue.

It is believed that the defense will urge the court to grant a change of venue for this case, based on the negative pretrial exposure and publicity that may lead to a biased verdict and an unfair jury trial if conducted locally.

Richard Mahjor faces one count each of murder in the first degree, first degree assault, felonious restraint, tampering with physical evidence, and property damage in the first degree for his alleged involvement in the Wyatt Bowles Jr. case.

In a separate case, Mahjor and his wife Dianne Miller Mahjor who is also his co-defendant in the Bowles case, each face separate criminal charges in a case involving the alleged distribution and sale of methamphetamine ("ice").

In that case, the defendant was charged with one count of possession of methamphetamine ("ice") with the intent to distribute - a felony that is punishable by imprisonment of up to 20 years and/or a fine of not more than $20,000.

Mahjor is also a key suspect in another incident involving a corpse which was uncovered last year in Fagasa, later identified as a Caucasian male who was alleged to have been an acquaintance of Richard Mahjor's.

No additional information about any court proceedings relating to the Bowles case can be obtained by Samoa News due to the court gag order.

Mahjor was arraigned last year where he entered a plea of "not guilty" to all the criminal charges against him.

He has been incarcerated at the Territorial Correctional Facility (TCF) in Tafuna without bail since his arrest last year.

This case is being prosecuted by the ASG Attorney General's (AG) Office.

## DIANNE MAHJOR WANTS VISITATION

Dianne Miller Mahjor appeared before the High Court yesterday morning for a hearing on the motion for visitation.

Dianne faces two counts of tampering with physical evidence for her alleged involvement in the Wyatt Bowles Jr. case.

Additionally, Dianne also faces drug charges in an unrelated case where she is charged with the possession of methamphetamine ("ice") with the intent to distribute.

Her husband Richard Mahjor is her co-defendant in both cases.

EXHIBIT 1

Dianne is being detained at the Territorial Correctional Facility (TCF) in Tafuna with court ordered bail set at $250,000.

No additional information on the status of the Bowles Jr. case can be obtained due to the gag order issued by the court.

Dianne is being represented by court appointed attorney Paul Miller, while prosecuting the case for the government is the ASG Attorney General's (AG) Office.

## BI-ANNUAL APPELLATE SESSION SET FOR APRIL

The bi-annual session of the Appellate Division of the High Court of American Samoa has been scheduled to convene from April 6-8.

Chief Justice F. Michael Kruse, Associate Justice Lyle L. Richmond, and the panel of local Samoan Associate Judges will be joined by two special judges from off island.

Several matters including civil cases involving the American Samoa Government (ASG), criminal cases, as well as lands and titles disputes will be heard during the appellate session.

Two years ago in 2002, federal judge from Honolulu who is also a United States District Judge for Hawaii Susan Oki Mollway, and Senior Circuit Judge J. Clifford Wallace of the United States Court of Appeals for the 9th Circuit were part of the panel for the appellate session.

The last time the appellate session took place, five criminal cases including three felonies were orally argued, with two of them challenging District Court Judge John L. Ward's decision concerning jury trials in the district court which the appellate division ruled in favor of and granted the appeal.

Alamoana Mulitauaopele Jr., whose case was appealed during the last appellate session, has been granted a new trial.

Mulitauaopele was sentenced in June of 2001 to 20 years in prison for two counts of unlawful possession of controlled substances (ice and cocaine) after the jury found him guilty.

EXHIBIT 1

**Court orders gag order on Bowles case**
*by Fili Sagapolutele*
Samoa News Correspondent

(8/15/03) - A gag order was issued on Wednesday, by the High Court, for attorneys, defendants and witnesses, DPS employees and agents, court personnel and anyone affiliated with the Wyatt Bowles Jr. case.

The gag order prohibits them from "dissemination by any means of public communication relating to any matters..." pertaining to the cases against defendants, Talofa Seumanu, Victor Sepulona, Richard Majhor, Jake Malala, Paulava Malala, Uatisone Kelemete, Sanele Mareko and Dianne Majhor.

The judges included all eight defendant's cases in the order, although each case is being prosecuted separately, because each case arises out of the same "alleged underlying fact situation" which the justices called "highly unusual - far from any other homicide case previously prosecuted in American Samoa".

"Accordingly, the same restrictive order is appropriate for each case," the judges ruled. The "restrictive order" was signed by Associate Justice Lyle L. Richmond and Associate Judges Sagapolutele Malaeola and Tapopo T.M. Vaifanua and came amid "considerable and unusual pre-trial publicity" over the cases including "numerous newspaper articles and letters to the editors..." noted by judges to "have reported comments by several counsel, the police, and at least one defendant".

The judges acknowledged that "the media and individual reporters have standing to contest any restrictive order".

The court refused to "articulate why the cases are unusual" claiming it would cause the same harm the court is trying to prevent but they pointed out that "these cases have caused, and will cause, great media attention" in our small island community.

"The Court has the duty to ensure that all involved receive fair trials," wrote the judges. "Unfortunately, the court concludes there is a reasonable likelihood that prejudicial news prior to the trials will prevent fair trials."

To prevent unfairness, the judges said the court has determined that a restrictive order is necessary as it is not aware of any less restrictive measures to ensure fair trials.

So during the progress of these cases "all persons affiliated or in active concert or participation with them shall not release, make, or authorize release of any extra judicial statements for dissemination" to the public related to the eight cases.

The court continues to seal all files relating to the Bowles case and all hearings on pre-trial motions or other proceedings involving disclosure of any facts to be introduced at trial will continue to be closed to the press and public.

The order does specify, however, that the gag order on the Bowles case "shall not apply to media reporters--even if subpoenaed as witnesses in any of these cases."

"This restrictive order applies to all parties having any responsibility for the prosecution and defense in these cases," the judges said. "The Court's contempt powers will be used to ensure compliance with this order."

On the other hand, the judges said the order is not intended to preclude any witness from discussing any matter in connection with the cases with any of the attorneys representing ASG or defendants, or any proper representative of such attorney.

Attorneys are required to attached a copy of the order to all trial or discovery subpoenas issued and served in these cases.

EXHIBIT 1

Police and family ask for help to locate Wyatt Bowles, Jr.
by Tau Toluono
Samoa News Correspondent
(2/27/03) - The Department of Public Safety is appealing to the public to provide information concerning the whereabouts of 23-year old Wyatt Bowles Jr., who disappeared Monday night.
The son of Wyatt Sr. and Meleke Bowles of Fogagogo, reportedly left home on Monday at 10:30 pm to drive a friend home, but by morning he had not returned.  Wyatt, Jr. was driving a light gray 1999 Jeep Cherokee.
The senior Bowles told Samoa News yesterday, "My son has dark hair, brown eyes and tan skin. He's about six feet tall, weighs about 180 lbs. and he left our house in Fogagogo on Monday night at about 10:30 after telling us that he was going to drop somebody off and then he is going to come home, but he never came back."
Bowles said, "We got up the next morning and he still wasn't home so we started looking for him and started contacting all of his friends, but nobody had seen him at all. And our other son and all his friends went around all day Tuesday asking and looking, but there was no word of him."
According to Bowles, they contacted the police Sub Station Tuesday for their assistance and also the radio stations as well as KVZK-TV.
According to the family, they found the phone number of one of their son's friends which was allegedly the last number that their son called before he left the house. The family contacted Blue Sky Communication for their assistance in tracking it down.  Reportedly the family passed the number on to DPS.
Wyatt's best friend David spoke briefly with Samoa News yesterday saying, "I really don't know what to say."
When asked if he have any idea of the whereabouts of his friend Wyatt he stated, "No absolutely not, I hope he comes back safely."
Yesterday evening family members, friends of the parents and police continued the search for him. Reportedly, police searchers were concentrating on the mountains and cliffs on the west side of the island looking for the missing youth.
Mrs Melissa Bowles Pu'e, sister of the missing young man, spoke directly with Samoa News yesterday evening and stated, "We received numerous calls from a man yesterday, telling us that my brother is in ICU wounded, but nurses said that no one by that name was admitted to LBJ."
She added, "Another call came in while we were at the hospital, the same man and same voice, and the information that he passed to us was that my brother's Cherokee was seen driving back and fourth from Aua to Laulii."
Calls made to Department of Public Safety yesterday confirmed that officers are continuing their search for the car and for Wyatt, Jr.
Wyatt Jr. left his home driving a 1999 Jeep Cherokee, light gray in color with silver mag wheels, no stripes on the body, no license plates but carrying the temporary plate number believed to be 0357.
The father explained to Samoa News, that someone had been calling his son earlier the day he disappeared and it sounded like he went over to see that person at the golf course. According to the parents, they checked  with travel agents and airlines as well and at press time last night no information was forthcoming.

EXHIBIT 1

If you have any information about Wyatt Jr. or the car you can call the family at 699-1618, 733-1054, or 258-2309 or the DPS Central Station at 633-1111 or Sub-Station West at 699-1911.

EXHIBIT 1

Missing Jeep Cherokee found in Vaitogi
by Tau Toluono
Samoa News Correspondent

(2/28/03) - The Department of Public Safety yesterday recovered the 1999 Jeep Cherokee that was reportedly driven by Wyatt Bowles Jr. on Monday night when he left the family home in Fagagogo. Bowles has not been seen since. The vehicle was identified yesterday afternoon by the owner of the car, Wyatt Bowles Sr. after it was raised from the bottom of the cliff on the western side of Vaitogi village.

Although it is about a 200-250 foot drop down the cliff where the vehicle was found, because of the condition of the Cherokee, sources told Samoa News that police are suspicious that the car might have been demolished somewhere else and then dumped off the cliff. At the scene, there were no tire marks indicating that the car drove straight off the cliff, no blood was found and no sign of the missing young man, in or near the vehicle, although with the high surf and currents in the area, an unconscious person or a body could be easily swept away.

DPS deputy commissioner Filifaatali Michael Fuiava and a large contingent of DPS, Fire Department, EMS and ASPA personnel were at the scene yesterday when the car was hoisted up to the top of the cliff about 1:30 p.m. DPS personnel climbed down the shear wall of rock attaching a cable to the car as a Public Works tow truck maneuvered the car back up over the edge of the cliff. Two additional tow trucks supplied by private towing companies assisted with the recovery work.

After raising the vehicle from the bottom of the cliff and placing it on a flat bed truck, it was obvious to by-standers that the car was broken into two pieces. When questioned, an officer at the scene stated, "We have suspicions that the car was cut in half with an arch welder, but that information is not confirmed yet. We have to go through the whole process of the investigation."

The car was located after Wyatt Jr's sister Melissa once again received an anonymous call, this time yesterday around 8 a.m. The caller who she indicated sounded like the same person who made anonymous calls to her the previous day, said the car could be found at the bottom of the cliff west of Vaitogi. She and her mother drove to the scene, but couldn't positively identify it since it was some distance away in the surf. They called Wyatt Sr. who arrived shortly before police converged on the scene, also tipped off by possibly the same anonymous caller. When Samoa News talked with Melissa yesterday, she had no comments beyond, "I passed all the phone numbers to investigators hoping they will find an answer."

Melissa received the calls both on Wednesday and yesterday on her Blue Sky phone and she made note of the calling number.

Mrs. Moana, who owns the land adjacent to the scene told Samoa News, "Yesterday morning, (Wednesday) while cleaning my land where the two rubbish dumpsters are located, I found a lighter and a thick blue towel. I still had the lighter, but I threw the towel in the trash yesterday." Moana said that the lighter was turned over to police as possible evidence. She said at the time she found the items she had not heard about the disappearance.

As of yesterday evening, police believed that this is might be the first organized crime committed in the territory. Based on the discovering the vehicle, there is way that this

EXHIBIT 1

demolished by a one person. Its like six to ten people involved with the committing of this crime.

An identified man who spoke with Samoa News yesterday revealed that he saw the vehicle at the bottom of the cliff on Tuesday, but didn't realize there was a missing person in the territory.

According to reliable sources yesterday, police are tracing a bunch of different leads, and reportedly the upgraded features of the Blue Sky mobile phones are expected to reveal lots of information related to the ongoing investigation.

Sources stated yesterday that police are tracing phone numbers involved in the case, especially the last phone number that called the missing 23 year old Wyatt on Monday night before he left his parent's house to drop off a friend.

Yesterday evening, police sources said that they believe that this might be the first instance of the presence of organized crime in the territory. They base this on the fact that the vehicle appeared to be deliberately demolished with a number of people possibly involved.

Wyatt Bowles Sr. told Samoa News yesterday, "I am now asking the Federal Bureau of Investigation's local office in the territory to help. And my request was made through the office of Congressman Faleomavaega and I hope that request is granted."

Bowles Sr. also thanked those who were at the scene yesterday for their support. Not only at the scene but at their house sharing the pain of uncertainty with his wife and family. "I humbly ask the help of the territory to pray for the return of our son," a very emotional Bowles said.

The rugged, current ridden Vaitogi area has been the scene of a number of unexplained disappearances through the years.

EXHIBIT 1

No leads in the whereabouts of Wyatt Bowles Jr.
by Tau Toluono
Samoa News Correspondent
(2/28/03) - "Police expect to continue their search for Wyatt Bowles Jr. this morning," a police source told Samoa News last night that DPS is continuing its appeal to the public to come forward with any information concerning the whereabouts of 23-year old who disappeared Monday night.
The son of Wyatt Sr. and Meleke Bowles of Fogagogo, reportedly left home on Monday night at 10:30 pm to drive a friend home, but by morning he had not returned. Wyatt, Jr. was driving a light gray 1999 Jeep Cherokee which was discovered yesterday morning at the bottom of a 200-250 foot cliff west of Vaitogi.
Although the car was discovered by family members and officials early yesterday, police continued searching the scene until late in the afternoon trying to find any indication of how the car ended up at the bottom of the cliff leaving no tire marks and at this point very little physical evidence.
After recovering the car from the bottom of the cliff, DPS deputy commissioner Filifaatali Michael Fuiava commenced police operations at sea, EMS personnel accompanied by the fire department as well as the marine petrol, searched for any trace of Wyatt Jr.
Reportedly, the search was called off yesterday evening but is expected to continue this morning. When Marine Petrol and EMS were asked late last night if they had seen any sign of the missing youth, they stated, "No not at all."
The 23 year Wyatt Jr. graduated from Leone High School. Reportedly, he had been living in Hawaii and came back to the territory last year.
Police are still advising the public to please come to them with any information that may be pertinent to the situation. If you have any information about the whereabouts of Wyatt Jr. please call the family at 699-1698, or 258-2309 or the DPS Central Station at 633-1111 or 911 or call Sub-Station West at 699-1911. Your cooperation will be greatly appreciated.

EXHIBIT 1

DAY 5: Wyatt Bowles Jr still missing, search continues today in Vaitogi, police have eight arrest warrants ready

by Tau Toluono

To'asavili Correspondent

The whereabouts of Wyatt Bowles Jr is still unknown.

(3/1/03) - At sundown yesterday, the search for any trace of the 23 year-old Fogagogo native in the waters off the Vaitogi coast came to an end for another day.

The search, according to the Department of Public Safety, was to continue at first light today off the cliffs in Vaitogi (adjacent to the turtle and shark legend site) where police discovered the 1999 Jeep Cherokee on Thursday morning. The discovery of the vehicle, which appeared to have been cut or arc-welded apart in at least two pieces, has baffled officials on the nature of the destruction of the vehicle.

The bizarre and puzzling disappearance of Bowles, who was last seen by his family on Monday at 10:30pm driving away in the Cherokee, has become high priority for the Department of Public Safety and Legal Affairs.

It was reported yesterday that there are eight prime suspects in the case. Six males and two females. The youngest one 20 years old, while the oldest is in his mid forties.

DPS was on full alert last night awaiting the issuance of eight arrest warrants to be served on the suspects involved in the disappearance of Bowles Jr.

Attorney General Fiti Sunia and Assistant AG Talaimalo Uiagalelei along with DPS Deputy Commissioner Filifa'atali Mike Fuiava and Criminal Investigation and Intelligence Bureau (CIIB) Commander Va'aomala Kennedy Sunia are working together on the case.

Texas Ranger Lt. Vaitoelau Laumoli, who led the investigation from the beginning in handling all legal angles of the case, briefed the top officials and two local task force investigators on the legality of all information provided by witnesses and reports from members of the general public.

Reliable sources revealed last night that at least three witnesses and family members of the missing youth are under police watch for their safety after threatening phone calls to the Bowles family were received last Thursday evening.

Police have knowledge of all phone numbers of the threatening calls that have been made during the case.

"We have taken care of all the individuals who placed those calls. We have the situation under control," said Fuiava.

DPS say their information is solid. Deputy Commissioner Mike Fuiava stated, "We're in full force [last night], officers are on call and manpower ready."

"Right now we are in the heart of the investigation, suspects are confirmed and we are now working all night to hunt down these people before daylight."

"Right now we have so much information to decipher and analyze. I want to give only accurate information. As for the search in the morning, the Marine Patrol Police boat and local divers from Marine and Wildlife Resources and their boat will be a part of the search this morning for possible evidence in the waters of Vaitogi," Fuiava said.

As of press time early this morning, a high ranking officials said, "We have high suspicion that Wyatt is dead. There is always hope. We have today to confirm and come up with an answer for the family and the territory as well."

EXHIBIT 1

**ASG arms its DPS officers for local arrest raid**

*by Tau Toluono*

*Samoa News Correspondent*

(3/3/03) - An emergency order, authorizing the release of firearms to the Department of Public Safety (DPS) and the arming of its officers involved in Saturday's arrests, was signed by Lt. Governor Togiola Tulafono last Friday evening.

Concerns for the safety of DPS officers, in the performance of their duties, were raised after numerous threats were received by DPS as well as the family of the missing Wyatt Bowles Jr and neighbors of the arrested suspects.

According to reliable DPS sources, "the rise of threatening phone calls last Thursday night and Friday afternoon forced DPS leaders to be concerned for the safety of its officers."

"The gang reported that they are armed and they are going to kill."

DPS officers raided an Iliili residence early Saturday morning, where they executed three arrest warrants. The arresting DPS officers were armed during their raid.

EXHIBIT 1

**Armed DPS officers make arrests**

*by Tau Toluono*

*Samoa News Correspondent*

(3/3/03) - Armed officers of the Department of Public Safety (DPS) arrested three men during the early morning hours of Saturday in connection with the disappearance of 23 year old Wyatt Bowles Jr. who was reported missing on Monday of last week.

Richard Mahjor, a Caucasian in his mid forties, was arrested at around 6 am Saturday morning at his rented residence in Iliili. Two men arrested with him in Iliili were identified as Pago Pago village residents Victor Sepurona and Talofa Seumanu.

The three were detained under police custody at TCF until their appearance in district court on Monday morning (see separate story).

Two females were also detained by DPS officers after the Saturday morning arrests. Mrs Diana Mahjor, in her mid 40s was detained by DPS because of her interference with police work during the arrests performed early Saturday morning. The other female, Miss Ali Stanley, believed to be about 20 years old was detained by police for a statement because she was in the area at the time of the raid.

The two females were released later Saturday afternoon.

A fourth suspect, Jake Malala was arrested Monday morning in his car on the road in Leone and appeared along with the three others later that morning in district court.

Reportedly five more arrest warrants were issued yesterday morning and police arrested four of them yesterday afternoon (Tuesday). The fifth individual had not been located at press time. All total, nine are currently in custody, however, a reliable source told Samoa News that there are actually 11 suspects in custody.

CIIB Commander Va'a Sunia refused to comment on the pending investigation saying only that Lt. Governor Togiola Tulafono and DPS Commissioner Tuileleleapaga Peseta Fue Ioane would release a press statement later this week to update the public on the status of the Bowles disappearance case.

Commander Sunia did offer these comments to Samoa News, "This job involves not only the CIIB but all DPS units. From Thursday morning until now we are still working, so I thank all DPS personnel for their great efforts and hard work in trying to solve Wyatt's disappearance."

Sunia added, "This case involved all officers, not only CIIB, and these officers devoted their time and effort to help CIIB solve this case."

EXHIBIT 1

Four charged in Wyatt Bowles Jr. case
by B. Chen
Samoa News Staff Reporter
(3/5/03) - The four men who were arrested and charged in connection with the
disappearance of 23-year-old Fogagogo resident, Wyatt Bowles Jr., made their initial
appearances in the District Court in Pago Pago on Monday.
The four defendants were under police security and were restrained with handcuffs
during court proceedings at the request of the American Samoa Government (ASG)
Attorney General (AG) Fiti Sunia who was present for the hearing.
Additionally, several officers from the Department of Public Safety (DPS), and the
Criminal Investigation and Intelligence Bureau (CIIB) were also present for security
purposes.
The four defendants were identified as Richard Mahjor, Jake Malala, Victor Sepulona,
and Talofa Seumanu.
Immediately after the charges against the defendants were read out loud in open court,
presiding District Court Judge John L. Ward ordered that court records and information
about this case be sealed, for the time being.
Sealing of the court records to the general public will prohibit the disclosure of
information supporting the charges against the defendants in this case, however, charges
read in court are public record and may be used in the media.
For their alleged involvement in the disappearance of Wyatt Bowles Jr., the charges
against the defendants were read as follows: Richard Mahjor, Victor "Vic" Sepulona and
Talofa Seumanu are each charged with first degree murder, first degree assault, felonious
restraint, tampering with physical evidence and property damage in the first degree.
Co-defendant Jake Malala is facing charges of stealing, tampering with physical
evidence, and property damage in the first degree.
The motion to set bail for all four defendants was denied by the court and all four men
will remain incarcerated at the Territorial Correctional Facility (TCF) in Tafuna without
bail. Their next scheduled court appearance is the preliminary examination which has
been set for March 19.
As the investigation into this case is pending, it is not unlikely that two of the defendants,
Talofa Seumanu and Jake Malala, will also appear before the court for probation
revocation hearings as the two are currently serving probation sentences for their
involvement in the fatal stabbing incident at the Curve nightclub in Faganeanea that
claimed the life of 24-year-old Falani Va'a last year.
For the July 14 Curve incident, Talofa Seumanu pled guilty to the misdemeanor charge of
hindering prosecution as a result of a plea agreement. He was subsequently sentenced to
serve two years probation which included eighty hours of community service at the DPS
central station in Fagatogo.
For his involvement in the Curve incident, Jake Malala also struck a plea agreement with
the government and pled guilty to the misdemeanor charge of tampering with physical
evidence. He was sentenced to serve two years probation and pay a $300 fine.
In addition to the four named defendants, it is expected that investigators will be issuing
more arrest warrants for additional suspects allegedly involved in this case.
For their initial appearances, all four defendants were represented by Assistant Public
Defenders Sharron Rancourt and Bentley Adams.

EXHIBIT 1

However, Richard Mahjor has informed the court that he will be hiring a private attorney from off-island.

A status hearing is set for Friday to explore and determine whether Jake Malala can afford a private attorney or if he is deemed indigent and qualifies for free legal counsel from the ASG Public Defender's office.

First degree murder is a class A felony that is punishable by death or imprisonment for a minimum of forty years without probation or parole.

Assault in the first degree is a class B felony that is punishable by five to fifteen years in jail. Unless committed by means of a deadly weapon or dangerous instrument, then it is a class A felony.

Stealing and felonious restraint are both class C felonies that are each punishable by imprisonment of up to seven years and/or a fine of up to $5,000.

Tampering with physical evidence and property damage in the first degree are both class D felonies that each carry a punishment of five years imprisonment and a $5,000 fine.

If convicted of all charges against him, Jake Malala could face the maximum punishment of seventeen years behind bars and a $15,000 fine.

His three co-defendants, Richard Mahjor, Talofa Seumanu and Victor Sepulona, if convicted of all charges including first degree murder, could possibly face the maximum sentence of death.

Local law for American Samoa outlines the death penalty as the punishment for first degree murder but a method for carrying out this punishment is not specified in the books.

In 1999, Representative Muavaefaatasi Ae Ae Jr. drafted and submitted two separate bills in the House calling for the method of administering the death penalty in Tutuila to be specified.

He argued that a specific method for carrying out the death penalty in the territory should be noted in the law because the recorded punishment for first degree murder is death, but the means of carrying out the punishment is not stated.

The last time a person was sentenced to death in the territory was about 50 years ago when a man was hung at the former Customs Building at the Fagatogo wharf for killing another man with a bush knife.

Muavaefaatasi argued in 1999 that hanging was a cruel way of administering the death penalty for Samoan people and suggested that the death penalty be carried out through either lethal injection or the electric chair. Both bills were rejected in the Fono and to this day, a means of carrying out the death penalty is not stated in the local law.

When neither one of his bills for the electric chair or lethal injection passed in the Fono, Muavaefaatasi argued that the death penalty should not be a part of local law because if a person is convicted of first degree murder and sentenced to death, how will the sentence be carried out? There is still no documented answer to this question.

In the meantime, Wyatt Bowles Jr., who has been missing since last Monday, has still not been found although investigations by the CIIB are still ongoing.

This case was initially being prosecuted by Assistant AGs Marcellus Talaimalo Uiagalelei and Harvey Kincaid but is has been reported that ASG Attorney General Fiti Sunia will personally be taking over the helm with the assistance of Assistant AG Uiagalelei.

EXHIBIT 1

AG to ask for death penalty in case of the missing Wyatt Jr.

by Tau Toluono

Samoa News Correspondent

(3/5/03) - Because of the public out cry over lawlessness in the territory, ASG Attorney General Fiti Sunia along with three other attorneys from the AG's office will prosecute the case against Richard Mahjor, allegedly the ringleader of an organized crime gang that includes Victor Sepurona, Talofa Seumanu and Jake Malala who made their initial appearance at district court on Monday in connection with the disappearance of Wyatt Bowles Jr.

According to Sunia, "Because this case is now named the case and crime of the year, and it's the first instance of crime of this severity being committed in the territory, I will step into this case with the assistance of all the attorney's at the AG's office."

Sunia added that he plans to ask for the penalty death in this case.

Refusing to comment further about the details of the case, Sunia stated, "We've got it, and all legal and police operations have been thorough and everything is confidential and sealed until we finish with our investigation."

Wyatt Jr's family has told Samoa News yesterday that that confidentiality has also extended to them and they are not happy about it.

"We have been living in the dark all this time after we found the car last Thursday. We have never been updated by local investigators or by government officials about the search for our son or the progress of the investigation. We also asked for assistance from DPS for our safety and they did not respond," said Wyatt Sr.

The family revealed that friends and relatives have been guarding their house.

Asked for comments, DPS deputy commissioner Filifaatali Michael Fuiava said, "We took care of everything with the family situation at our meeting at the Attorney General's office Monday afternoon, everything have been taken care of."

Fuiava added, "For the safety of the family we assigned undercover agents. There is nothing for them to be worried about, I know they are uncomfortable because of the many difficulties that they have been through during all this. Like was said earlier, every action by the police force at this time is confidential and we explained that to the family. But in regard to the family's safety, there are undercover armed officers in place."

When asked to speak to the public about the frightening aspects of the recent events, Fuiava said, "We were ordered by the court not to reveal any information regarding the case. Right now, I don't have any comments on details of the case, for the safety of all parties involved especially since there are still people related to this incident who have not been taken into custody."

EXHIBIT 1

He continued, "But for the general public, we thank all individuals who helped with the investigation and our advise to all the parents of Tutuila and Manua is to please know where your kids are. Stop your kids from hanging around where there are people who will use them. We promise we at DPS are going to hunt down these crazy people involved and they will pay the price." he said.

EXHIBIT 1

Two more men charged in disappearance of Wyatt Bowles Jr.
by B. Chen
Samoa News Staff Reporter

(3/6/03) - A total of six defendants have now been charged in connection with the mysterious disappearance of 23-year-old Wyatt Bowles Jr. of Fogagogo after two additional men made their initial appearances in District Court yesterday.

Facing charges of tampering with physical evidence are Paulava Malala and Uatisone "Whiskey" Kelemete.

Paulava Malala's and Uatisone Kelemete's initial appearances come just two days after the first four defendants - Richard Mahjor, Jake Malala, Talofa Seumanu, and Victor Sepulona - appeared before District Court Judge John L. Ward on Monday to face the charges against them for their involvement in the disappearance of Wyatt Bowles Jr. (See separate story in special section)

District Court Judge John L. Ward ordered that the records and information about the allegations supporting the charges against Paulava and Whiskey were to be sealed. All case proceedings for the six defendants being charged in this case are not to be disclosed to the public at this time.

However, charges against Paulava and Whiskey were read aloud in open court which makes them public record. Each defendant was charged with one count of tampering with physical evidence which is a class D felony that is punishable by five years imprisonment and a $5,000 fine.

While there is a possibility that more charges will be filed against the two men, this isn't the first time that either man has appeared before the court.

Whiskey was charged nearly three years ago for his involvement in the raid on six containers belonging to Fly Inc. in Tafuna. Whiskey was charged with first degree burglary, stealing, and possession of burglar's tools. The stolen items from the containers were reportedly worth over $5,000. All the charges were dismissed with the exception of stealing and Whiskey was found "not guilty" of the charge.

Paulava Malala was convicted nearly two years ago after the break-in at a small store in Pago Pago. Paulava reportedly took off with stolen items and was sentenced to serve three years probation in lieu of jail time.

While on probation, Paulava was charged with unlawful use of weapons, discharge of arms and possession of an unlicensed firearm for his involvement in the fatal stabbing of 24-year-old Falani Va'a at the Curve Nightclub in Faganeanea last year.

In the Curve incident, Paulava, claiming self defense, fatally stabbed Falani Va'a before retrieving a 12 gauge shotgun from his vehicle and firing it in the air to scare his assailants away.

Last month, Paulava's motion to suppress statements he made to police about the Curve incident was denied by the court. This was about the same time that Paulava was ambushed by a number of youths in Nuuuli.

He was initially incarcerated following the incident at the Curve but he posted $25,000 bail and was subsequently released.

There still is no word or update on Paulava's status concerning his involvement in the Curve incident. However, two of his co-defendants in the Curve incident are also two of his co-defendants in the Wyatt Bowles case - his brother Jake Malala, and Talofa Seumanu.

EXHIBIT 1

It is expected that more arrest warrants will be issued for additional suspects involved in this case.

In the meantime, Paulava and Whiskey are being detained at the Territorial Correctional Facility (TCF) in Tafuna with bail for each man set at $25,000. Their four co-defendants are incarcerated at the TCF without bail.

Several other conditions were added as stipulations for bail for Paulava and Whiskey. Those conditions included refraining from the consumption of alcohol and being subjected to mandatory alcohol testing.

Additionally, the court was concerned about awarding any type of bail for Whiskey as he reportedly tried to flee the territory for Samoa last week, but he was prevented because a stop order had been issued.

All six defendants are scheduled to appear in the District Court on March 19 for their preliminary examinations.

While the investigation by Department of Public Safety (DPS) officers and the DPS Criminal Investigation and Intelligence Bureau (CIIB) is still ongoing, Wyatt Bowles Jr. has still not been found since he was last seen ten days ago.

Both Paulava and Whiskey are being represented by the Public Defender's Office and the case is being prosecuted by Assistant Attorney General Marcellus Talaimalo Uiagalelei.

EXHIBIT 1

Eni has asked FBI to probe Bowles disappearance
by Fili Sagapolutele
To'asavili Correspondent
(3/8/03) - Congressman Faleomavaega Eni has requested a full Federal Bureau of
Investigation (FBI) probe into the disappearance of Wyatt Bowles Jr, based on a request
by the Bowles family.
"I have received an official letter from the parents of Wyatt Bowles Jr, requesting my
assistance for a full FBI investigation into this young man's disappearance,"
Faleomavaega said in a telephone interview from Washington D.C. yesterday afternoon.
Faleomavaega was responding to To'asavili/Samoa News inquiries about the matter of
whether the Bowles' family has requested an FBI investigation and if the request had
indeed been forwarded to the Congressman after media reports which said the family
planned to ask the Congressman for federal intervention.
The request for a federal probe was officially sent out yesterday via letter to FBI director
Robert Mueller, Faleomavaega said.
In the meantime, Faleomavaega said that he "commends local law enforcement officials
in terms of their on going investigation that has resulted in the arrest of six defendants"
who are now facing local charges in connection with the disappearance of Bowles.
Faleomavaega said that it's his understanding, based on media reports out of here, that six
containers have been detained at the dock.
He said there is some suggestion of some kind of drug operation and because these
containers may have come from foreign countries, that triggered jurisdiction of the
federal government to conduct an investigation looking into illegal drugs.
He said crimes leading to drug operations also fall under federal government jurisdiction.
"I weighed the circumstances and the situation in this case, and the request by the Bowles
family, this issue definitely falls under the purview of federal jurisdiction, as there is an
implication of some kind of international drug operation," Faleomavaega explained as
some of the reasons he has decided to honor the Bowles family's request.
Although the territorial government has drug laws, Faleomavaega said so does the federal
government, which he believes is an issue not fully understood by local residents.
"This is a situation where both sides have concurrent jurisdiction. So what this means is
that, if - for example - the defendants are found guilty in American Samoa, they can also
be prosecuted by the federal government under federal laws," said Faleomavaega.
"I don't want our local officials to think that this is an intrusion by the federal
government," he explained. "What I'm saying is that, this is a situation where there is an
(alleged) violation of both territorial and federal laws."
"And if a connection is shown by the end of the investigation, of movements of drugs
involved, definitely there is violation of not only local laws, but federal laws," he said.
"Which means they can be charged locally and also handed over to the federal
government for prosecution."
As information started to surface about the disappearance of Bowles and what was
allegedly involved linking to his disappearance, Congressman Faleomavaega expressed
his sadness and condolences for the family.
"I convey my condolences to the parents of Wyatt Bowles Jr and the family. This is a
very unfortunate situation and I sincerely hope that we will get to the bottom of this," he
concluded.

EXHIBIT 1

For their alleged involvement in the disappearance of the 23-year old Bowles Jr, three
defendants --Richard Mahjor, Victor Sepulona and Talofa Seumanu-- were each charged
on Monday with first degree murder, first degree assault, felonious restraint, tampering
with physical evidence and property damage in the first degree.
Also on Monday co-defendant Jake Malala was charged with stealing, tampering with
physical evidence, and property damage in the first degree.
On Wednesday, Paulava Malala's and Uatisone "Whiskey" Kelemete were also charged
in connection with the same case. Each defendant faces one count of tampering with
physical evidence.
It should be noted that the charges levied against the defendants in connection with the
disappearance of Bowles Jr, do not include drug charges.
However, as reported by the Samoa News early this week, there have been a lot of
allegations that drugs may be involved. But these are just allegations at this point in time.
Yesterday's edition of the Samoa News quotes deputy police commissioner Mike Fuiava
saying that the federal agents who were here on Wednesday in regard to the six
containers, were not in the territory to investigate the Bowles case.
Bowles Jr's body remains missing as the local investigation continues.

EXHIBIT 1

Defendants Richard Mahjor and Jake Malala appear for status hearing in Wyatt Bowles Jr case

by B. Chen

To'asavili staff reporter

( 3/8/03) - Richard Mahjor and Jake Malala, two of the six defendants who are being charged in connection with the disappearance of 23-year-old Wyatt Bowles Jr, appeared in District Court yesterday morning for a status hearing.

The status hearing was scheduled to determine whether the two men have acquired the assistance of private counsel as neither one of the two were declared indigent and therefore not qualified for assistance from the American Samoa Government (ASG) Public Defender's (PD) Office.

The two men were initially represented by the PD's Office during their initial appearance in court this past Wednesday. However, it was undetermined then whether or not Jake Malala would qualify for free counsel from the PD's Office.

Additionally, during his initial appearance in court, Richard Mahjor had informed the court that he would be seeking counsel from an off-island private attorney.

However, during yesterday's hearing, it was determined that neither one of the two men have yet had a chance to consult with private counsel although their next court appearance (the preliminary examination) is scheduled for next Wednesday.

This is also the scheduled date for the preliminary examination hearings of the other four defendants (Victor Sepulona, Talofa Seumanu, Uatisone "Whiskey" Kelemete and Paulava Malala) involved in this case.

Records and information supporting the charges against all six defendants involved in this case have been sealed off to the public by order of District Court Judge John L. Ward, although charges against all six defendants were read out loud in open court.

For his alleged involvement in the disappearance of Wyatt Bowles Jr., Richard Mahjor faces charges of first degree murder, first degree assault, felonious restraint, tampering with physical evidence and property damage in the first degree.

Two of his co-defendants, Talofa Seumanu and Victor Sepulona are facing the exact same charges.

Jake Malala is facing charges of stealing, tampering with physical evidence and property damage in the first degree while the last two defendants to be charged, Paulava Malala (Jake's brother) and Uatisone Kelemete are being charged with tampering with physical evidence.

Richard Mahjor, Jake Malala, Victor Sepulona, and Talofa Seumanu are all being detained at the Territorial Correctional Facility (TCF) in Tafuna without bail.

Bail for Paulava Malala and Uatisone Kelemete has been set at $25,000 each with stipulations that include refraining from the consumption of alcohol and submitting to random alcohol testing.

Among other things that were discussed during the status hearing yesterday morning was the issue of the death penalty being a possible punishment for those individuals convicted in this case, namely the three defendants who are being charged with first degree murder, as this is the maximum punishment in the territory for such an offense. ASG Attorney General Fiti Sunia, who has personally assigned himself as the prosecutor for this case, has openly remarked that he will be seeking the maximum punishment of death for this

EXHIBIT 1

case and the PD's Office will take this into consideration during the course of court proceedings.

First degree murder is a class A felony that is punishable by death or imprisonment for a minimum of forty years without probation or parole.

Assault in the first degree is a class B felony that is punishable by five to fifteen years in jail. Unless committed by means of a deadly weapon or dangerous instrument, then it is a class A felony.

Stealing and felonious restraint are both class C felonies that are each punishable by imprisonment of up to seven years and/or a fine of up to $5,000.

Tampering with physical evidence and property damage in the first degree are both class D felonies that each carry a punishment of five years imprisonment and a $5,000 fine.

Meanwhile, Wyatt Bowles Jr, who disappeared twelve days ago, has still not been seen or heard from.

EXHIBIT 1

**Two forensic experts assist in Wyatt Bowles's case**
*by Tau Toluono*
*Samoa News Correspondent*
(3/11/03) - Two off-island forensic experts arrived quietly in the territory over the weekend to assist local officers with their on-going investigation in the mysterious disappearance of Wyatt Bowles, Jr. two weeks ago.
The American Samoa District Court has sealed all court records pertaining to the Wyatt Bowles Jr. case.
It was reported that the forensic experts examined all evidence collected by local investigators during their preliminary work at the crime scene after Bowles, Jr.'s 1999 Jeep Cherokee was recovered at the Vaitogi cliffs.
When approached by Samoa News yesterday, both forensic experts refused to comment on their on-going investigation. They said that the Public Safety Commissioner had sealed information to the media.
Both forensic officers said that this was their second time visiting American Samoa and they had worked closely with the American Samoa Department of Public Safety on their previous visit. One of the two were here to conduct a training for our local officers a few years ago and now they were here to help with the Wyatt Bowles Jr. investigation.
While the two forensic experts continued trying to identify possible evidence connected with Wyatt Bowles Jr.'s disappearance yesterday, local law enforcers continued searching for the body yesterday at the crime scene in Vaitogi.
According to reliable sources, officers came up empty handed after their six to eight hour search at the sea. DPS said that the sea was really rough during their search yesterday.

EXHIBIT 1

Additional charges filed against 3 defendants in Bowles case
by B. Chen
Samoa News Staff Reporter
(3/13/03) - With the initial appearance of a seventh defendant in the Wyatt Bowles case
came additional charges filed against three of the other defendants in the same case.
Paulava Malala, his brother Jake Malala and one of their co-defendants, Uatisone
"Whiskey" Kelemete, appeared in the District Court yesterday morning where all three
were charged with conspiracy to commit murder in addition to the initial charges which
have already been filed against them.
For their alleged involvement in the disappearance of 23-year-old Wyatt Bowles Jr.,
Paulava Malala and Uatisone "Whiskey" Kelemete are each facing one count of
tampering with physical evidence.
Co-defendant Jake Malala is being charged with stealing, property damage in the first
degree, and tampering with physical evidence.
Paulava and Whiskey were initially held at the Territorial Correctional Facility (TCF) in
Tafuna and bail was set at $25,000 with special conditions.
However, as a result of the new charges against the them, Paulava and Whiskey are now
being detained without bail along with co-defendants Jake Malala, Richard Mahjor,
Talofa Seumanu, and Victor Sepulona.
Richard Mahjor, Victor "Vic" Sepulona and Talofa Seumanu are each facing charges of
first degree murder, first degree assault, felonious restraint, tampering with physical
evidence and property damage in the first degree for their alleged involvement in the
Wyatt Bowles case.
The seventh defendant, Sanele Mareko, who is being charged with conspiracy to commit
murder, made his initial appearance in the District Court yesterday morning where the
court appointed former Assistant Attorney General Fainu'ulelei L.F. Ala'ilima-Utu to
represent him.
Mareko's motion to set bail has been taken under advisement and he too is currently
being held at the TCF.
All seven men who are being charged in this case will appear in the District Court next
Wednesday, March 19, for their preliminary examination hearings.
On Tuesday, the court had appointed counsel for the defendants as the Public Defender's
Office is clearly understaffed to take on all the indigent defendants involved in this case.
Because of their financial status, Richard Mahjor and Jake Malala were initially ordered
by the court to seek the assistance of private counsel. However, the two men were not
able to do so and during Tuesday's hearing, the court appointed the Public Defender's
Office to represent Richard Mahjor, Jake Malala and Talofa Seumanu.
Private attorneys were appointed by the court to handle the cases of the other three
defendants. Asaua Fuimaono was appointed to be counsel for Uatisone "Whiskey"
Kelemete, Salanoa Soli Aumoeualogo was appointed to be counsel for Victor "Vic"
Sepulona while David Vargas has been assigned to represent Paulava Malala.
The seven defendants are being charged for their alleged involvement in the
disappearance of 23-year-old Wyatt Bowles Jr. of Fogagogo who has been missing for
over two weeks.
First degree murder is a class A felony that is punishable by death or imprisonment for a
minimum of forty years without probation or parole.

EXHIBIT 1

Assault in the first degree and conspiracy to commit murder are both class B felonies and each count is punishable by five to fifteen years in jail.

Stealing and felonious restraint are both class C felonies that are each punishable by imprisonment of up to seven years and/or a fine of up to $5,000.

Tampering with physical evidence and property damage in the first degree are both class D felonies that each carry a punishment of five years imprisonment and a $5,000 fine.

EXHIBIT 1

Seventh defendant in Bowles case appears in court
by B. Chen
Samoa News Staff Reporter
(3/13/03) - Sanele Mareko, the seventh defendant to be charged in connection with the
disappearance of 23-year-old Wyatt Bowles Jr., made his initial appearance in the District
Court yesterday morning.
Mareko is being charged with one count of conspiracy to commit murder, which is a class
B felony that carries a punishment of five to fifteen years behind bars.
By order of District Court Judge John L. Ward, information supporting the charges
against Mareko have been sealed off to the public along with all information relating to
the charges against his six co-defendants in this case.
Two days ago, the court appointed counsel for all the defendants in this case and during
his initial appearance yesterday, Mareko was represented by his court-appointed attorney,
former Assistant Attorney General Fainu'ulelei L.F. Ala'ilima-Utu.
During court proceedings, Ala'ilima-Utu stated that his client was one of the key
witnesses in this case and bail should be considered as his client, compared to the other
six defendants, had minimal involvement in this case.
A motion to set bail for Mareko has been taken under advisement and in the meantime,
Mareko is incarcerated at the Territorial Correctional Facility (TCF) in Tafuna.
His six co-defendants are also being detained at the TCF without bail.
His preliminary examination is scheduled for next Wednesday, March 19.
This case is being prosecuted by Assistant Attorney General Marcellus Talaimalo
Uiagalelei.

EXHIBIT 1

**Eighth suspect in Bowles case arrested, Diana Mahjor**

*by Tau Toluono*
*Samoa News Correspondent*
(3/17/03) - Criminal Investigation and Intelligence Bureau (CIIB) arrested the first woman, identified as Diana Mahjor the wife of Richard Mahjor, yesterday evening in connection with the Wyatt Bowles Jr. disappearance case.
Mrs. Mahjor is the eighth suspect arrested in last three weeks in connection with the Bowles disappearance and suspected murder.
Mrs. Diana Mahjor was one of the five suspects arrested during the armed police raid on Richard Mahjor's rented residence in Iliili on Saturday March 1st but she was released by DPS later that same afternoon.
DPS reported that Mrs. Mahjor had been arrested only for interfering with police work during the raid on March 1st.
Mrs. Mahjor is scheduled to appear in District Court this morning.
A Samoa News source said, "We don't give anybody an arrest warrant based on rumors, ...we have facts but no comments until her initial appearance at District Court today."
The other seven arrests, made prior by local law enforcers, were Richard Mahjor, Victor Vic Sepulona, Talofa Seumanu, Jake Malala, Paulava Malala, Uatisone Whiskey Kelemete and Sanele Mareko who was arrested and appeared for his initial appearance last week.
Reliable reports indicate that the eighth suspect is the daughter of the Mr. and Mrs. Ron Miller who attempted to purchase the Rainmaker Hotel a few years earlier.
The Millers became well known after they donated large amounts, $25,000 to Leala and Afoa, $20,000 to Tauese and Togiola, in the 2000 election.

EXHIBIT 1

**Diane Miller Mahjor charged with evidence tampering**
*by B. Chen, Samoa News Staff Reporter*
(3/18/03) - Diane Mahjor, the first female and eighth defendant in the disappearance case of 23-year-old Wyatt Bowles Jr., made her initial appearance in the District Court yesterday morning.
Diane is the wife of one of the other defendants in this case, Richard Mahjor. For her alleged involvement in the disappearance of Wyatt Bowles, Diane is charged with two counts of tampering with physical evidence and since her arrest this past weekend, she is being held at the Territorial Correctional Facility (TCF) in Tafuna with bail set at $35,000.
Conditions of release upon posting bail include refraining from contact with the victim's family and any government witnesses. She is also prohibited from possessing any firearms or deadly weapons and she is not to attempt to escape the territory at any time while the investigation into this case is ongoing. She is also ordered to surrender her passport and travel documents to the government.
A status hearing to appoint counsel for Diane is scheduled for this morning in the District Court.
The other seven defendants in this case have all made their initial appearances and their preliminary examination hearings are scheduled for tomorrow morning.
Information supporting the charges against all defendants in this case are being sealed off to the public by order of District Court Judge John L. Ward.
Richard Mahjor, Victor "Vic" Sepulona and Talofa Seumanu are each facing charges of first degree murder, first degree assault, felonious restraint, tampering with physical evidence and property damage in the first degree for their alleged involvement in the Wyatt Bowles case.
Paulava Malala and Uatisone "Whiskey" Kelemete are each charged with tampering with physical evidence and conspiracy to commit murder.
Jake Malala, Paulava's brother, is charged with stealing, property damage in the first degree, tampering with physical evidence, and conspiracy to commit murder.
Sanele Mareko is charged with conspiracy to commit murder. His motion to set bail has been taken under advisement and a written order will be issued by the court to both the defense and the government.
Counsel for the seven defendants were appointed by the court. Diane Mahjor was represented by Assistant Public Defender Sharron Rancourt during her initial appearance yesterday but the court will appoint counsel for her this morning during a status hearing. The court appointed the Public Defender's Office to represent Richard Mahjor, Jake Malala and Talofa Seumanu.
Because the understaffed Public Defender's office cannot handle everyone being charged in this case, private attorneys were appointed by the court to represent some of the defendants.
Asaua Fuimaono was appointed to be counsel for Uatisone "Whiskey" Kelemete, Salanoa Soli Aumoeualogo was appointed to be counsel for Victor "Vic" Sepulona while David Vargas has been assigned to represent Paulava Malala.
Former Assistant Attorney General Fainu'ulelei L.F. Ala'ilima-Utu will be representing Sanele Mareko.

EXHIBIT 1

With the exception of Diane, all defendants in this case are being held at the TCF without bail.

First degree murder is a class A felony that is punishable by death or imprisonment for a minimum of forty years without probation or parole.

Assault in the first degree and conspiracy to commit murder are both class B felonies and each count is punishable by five to fifteen years in jail.

Stealing and felonious restraint are both class C felonies that are each punishable by imprisonment of up to seven years and/or a fine of up to $5,000.

Tampering with physical evidence and property damage in the first degree are both class D felonies that each carry a punishment of five years imprisonment and a $5,000 fine.

This case is being prosecuted by Assistant Attorney Generals Marcellus Talaimalo Uiagalelei and Harvey Kincaid.

Meanwhile, as the investigation continues, Wyatt Bowles Jr.'s family has given up all hope of seeing their son alive and a memorial service for the young man was held at the American Samoa Community College (ASCC) last Saturday which an estimated 1,000 people attended.

EXHIBIT 1

Preliminary exam set today for seven defendants in Bowles case
by B. Chen
Samoa News Staff Reporter

(3/19/03) - Richard Mahjor, Talofa Seumanu, Victor Sepulona, Jake Malala, Paulava Malala, Uatisone "Whiskey" Kelemete and Sanele Mareko, seven of the eight defendants who are being charged in connection with the disappearance of 23-year-old Wyatt Bowles Jr., will appear before District Court Judge John L. Ward this morning for their preliminary examination hearings.

The eighth defendant and the first female to be charged in this case, Diane Miller Mahjor, wife of co-defendant Richard Mahjor, will appear in the District Court tomorrow morning for a status hearing where the court is expected to appoint counsel for her. She is being held at the Territorial Correctional Facility (TCF) in Tafuna with bail set at $35,000.

Although the preliminary examination hearings are under the jurisdiction of the District Court, the hearings today will take place at the High Court building in order to provide a larger courtroom.

Richard Mahjor, Victor "Vic" Sepulona and Talofa Seumanu are each facing charges of first degree murder, first degree assault, felonious restraint, tampering with physical evidence and property damage in the first degree for their alleged involvement in the Wyatt Bowles case.

Paulava Malala and Uatisone "Whiskey" Kelemete are each being charged with tampering with physical evidence and conspiracy to commit murder.

Jake Malala, Paulava's brother, is being charged with stealing, property damage in the first degree, tampering with physical evidence, and conspiracy to commit murder.

Sanele Mareko is being charged with conspiracy to commit murder. His motion to set bail is being taken under advisement and a written order will be issued by the court to both the defense and the government.

With the exception of Mrs. Mahjor, all defendants in this case are being held at the Territorial Correctional Facility (TCF) without bail.

Diane Mahjor was represented by Assistant Public Defender Sharron Rancourt during her initial appearance on Monday but the court will appoint counsel for her tomorrow morning during a status hearing.

The court has appointed the Public Defender's Office to represent Richard Mahjor, Jake Malala and Talofa Seumanu.

Asaua Fuimaono was appointed to be counsel for Uatisone "Whiskey" Kelemete, Salanoa Soli Aumoeualogo was appointed to be counsel for Victor "Vic" Sepulona while David Vargas has been assigned to represent Paulava Malala.

Former Assistant Attorney General Fainu'ulelei L.F. Ala'ilima-Utu will be representing Sanele Mareko.

All eight defendants are being charged for their alleged involvement in the disappearance of Fogagogo resident, Wyatt Bowles Jr., who has not been seen or heard from in over three weeks.

First degree murder is a class A felony that is punishable by death or imprisonment for a minimum of forty years without probation or parole.

Assault in the first degree and conspiracy to commit murder are both class B felonies and each count is punishable by five to fifteen years in jail.

EXHIBIT 1

Stealing and felonious restraint are both class C felonies that are each punishable by imprisonment of up to seven years and/or a fine of up to $5,000.

Tampering with physical evidence and property damage in the first degree are both class D felonies that each carry a punishment of five years imprisonment and a $5,000 fine.

This case is being prosecuted by Assistant Attorneys General Marcellus Talaimalo Uiagalelei and Harvey Kincaid.

EXHIBIT 1

Court room cleared for Bowles case hearings
by B. Chen
Samoa News Staff Reporter

(3/20/03) - Seven of the eight defendants in the Wyatt Bowles Jr. case appeared in the High Court yesterday morning for a preliminary examination hearing pertaining to the charges that were filed against them involving their alleged involvement in the mysterious disappearance of the 23-year-old Fogagogo resident who was last seen over three weeks ago.

The venue for the court proceedings yesterday morning was the High Court of American Samoa instead of the District Court and District Court Judge John L. Ward presided over the hearings.

The courtroom was full to its maximum capacity during yesterday's hearing. People who were in attendance included family members and close friends of the missing Wyatt Bowles, who displayed some frustration when the courtroom had to be cleared out.

Also in attendance were family members and friends of the defendants who are being charged in this case. There were also several DPS officers present including members of the Criminal Intelligence and Investigation Bureau (CIIB).

The seven defendants were all scheduled for preliminary examinations yesterday, but the hearings were split into two separate sessions with three defendants appearing before the court in the morning while the other four defendants came later in the afternoon.

The first three defendants to appear for their preliminary examinations yesterday morning were Richard Mahjor, Talofa Seumanu and Victor Sepulona.

Assistant Public Defender Bentley Adams is representing Richard Mahjor and Talofa Seumanu while Victor Sepulona is being represented by private attorney Salanoa Soli Aumoeualogo.

The defense made a motion to close the proceedings and the motion was granted, but not before Victor Sepulona and Talofa Seumanu waived their rights to a preliminary examination hearing.

Richard Mahjor went forth with his preliminary examination hearing after the courtroom was cleared and no information could be obtained concerning the court proceeding.

All three men will be arraigned tomorrow morning in the High Court of American Samoa where they are likely to enter pleas of not guilty to the charges against them.

Richard Mahjor, Victor "Vic" Sepulona and Talofa Seumanu are each facing charges of first degree murder, first degree assault, felonious restraint, tampering with physical evidence and property damage in the first degree for their alleged involvement in the disappearance of Wyatt Bowles Jr.

The court recessed briefly before the other four defendants (Paulava Malala, his brother and co-defendant Jake Malala, Uatisone "Whiskey" Kelemete and Sanele Mareko) appeared before the court for their preliminary examinations.

EXHIBIT 1

Paulava Malala and Uatisone "Whiskey" Kelemete are each being charged with tampering with physical evidence and conspiracy to commit murder.

Jake Malala is being charged with stealing, property damage in the first degree, tampering with physical evidence, and conspiracy to commit murder.

Sanele Mareko is being charged with conspiracy to commit murder. His motion to set bail is being taken under advisement and a written order will be issued by the court to both the defense and the government.

He is the only one of the last four defendants in the second session of the preliminary examination hearings yesterday afternoon who did not waive his preliminary examination hearing and his matter has been continued until tomorrow morning.

The defense made a motion to hold the preliminary examination hearings for the four defendants in a closed courtroom and the motion was granted. Judge Ward stated that the closed hearing would be proper as information relating to the case could possibly be leaked to the public and if the case goes to trial, the selecting of a jury pool would be difficult, if not impossible, as potential jurors could possibly be swayed after hearing and reading about the information.

Jake Malala is being represented by Assistant Public Defender Bentley Adams, Paulava Malala is being represented by David Vargas, Uatisone "Whiskey" Kelemete is being represented by Asaua Fuimaono and Sanele Mareko is being represented by DBAS legal counsel Fainu'ulelei L.F. Ala'ilima-Utu.

Jake Malala, Paulava Malala and Uatisone "Whiskey" Kelemete all waived their rights to a preliminary examination and they will be arraigned in the High Court tomorrow morning where they are expected to enter pleas of not guilty to the charges against them.

The eighth defendant and the only female who has been arrested and charged in this case, Diane Miller Mahjor (Richard's wife and co-defendant), was also present in the courtroom although a status hearing to appoint counsel for her is scheduled for tomorrow morning in the District Court of American Samoa.

Diane was represented by Assistant Public Defender Sharron Rancourt during her initial appearance in the District Court on Monday.

She is being charged with two counts of tampering with physical evidence.

All eight defendants were handcuffed during court proceedings and according to a law enforcement spokesperson, the handcuffs are necessary for "public safety."

All eight defendants are being incarcerated at the Territorial Correctional Facility (TCF) in Tafuna without bail, with the exception of Diane whose bail has been set at $35,000.

First degree murder is a class A felony that is punishable by death or imprisonment for a minimum of forty years without probation or parole.

Assault in the first degree and conspiracy to commit murder are both class B felonies and each count is punishable by five to fifteen years in jail.

Stealing and felonious restraint are both class C felonies that are each punishable by imprisonment of up to seven years and/or a fine of up to $5,000.

EXHIBIT 1

Tampering with physical evidence and property damage in the first degree are both class D felonies that each carry a punishment of five years imprisonment and a $5,000 fine.

This case is being prosecuted by the ASG Attorney General Fiti Sunia backed up by Assistant Attorneys General Marcellus Talaimalo Uiagalelei and Harvey Kincaid.

EXHIBIT 1

Six defendants in Bowles case plead not guilty
by B. Chen
Samoa News Staff Reporter
(3/21/03) - Richard Mahjor, Talofa Seumanu, Uatisone "Whiskey" Kelemete, Jake
Malala, Paulava Malala and Victor Sepulona, six of the eight defendants who are facing
charges for their alleged involvement in the disappearance of 23-year-old Wyatt Bowles
Jr., all entered pleas of "not guilty" to the charges against them during their arraignment
in the High Court of American Samoa yesterday morning.
A pretrial conference date for Jake Malala, Paulava Malala and Uatisone "Whiskey"
Kelemete has been set for May 19 while Richard Mahjor, Talofa Seumanu and Victor
Sepulona have been scheduled for a pretrial conference on September 15.
The other two defendants in this case, Richard's wife and co-defendant Diane Miller
Mahjor and Sanele Mareko, will appear in the District Court this morning.
Sanele Mareko, who is being represented by DBAS legal counsel Fainu'ulelei L.F.
Ala'ilima-Utu, is scheduled for a preliminary examination hearing this morning and the
motion to set bail for Mareko is still being taken under advisement. He is being charged
with one count of conspiracy to commit murder.
Diane Miller Mahjor, who is facing two counts of tampering with physical evidence, will
also appear in the District Court this morning for a status hearing where the court will
appoint counsel for her as they had done for all the other seven defendants in this case.
All information supporting the charges against the defendants in this case are sealed by
order of the court.
Richard Mahjor, Victor Sepulona and Talofa Seumanu are each facing charges of first
degree murder, first degree assault, felonious restraint, tampering with physical evidence,
and property damage in the first degree for their alleged involvement in the
disappearance of Wyatt Bowles Jr. nearly four weeks ago.
Jake Malala is being charged with stealing, property damage in the first degree and
tampering with physical evidence.
Paulava Malala and Uatisone "Whiskey" Kelemete are each being charged with one
count of tampering with physical evidence.
Paulava, Jake and Uatisone were also charged with one count of conspiracy to commit
murder. However, during the preliminary examination hearings Wednesday for the three
men, presiding Judge John Ward could not find probable cause and dismissed the charge
of conspiracy to commit murder.
All the defendants in this case are being detained at the Territorial Correctional Facility
(TCF) in Tafuna without bail with the exception of Diane whose bail has been set at
$35,000.
Richard Mahjor is being represented by Assistant Public Defender Bentley Adams,
Talofa Seumanu is being represented by ASG Public Defender Aviata Fa'alevao, Jake
Malala is being represented by Assistant Public Defender Sharron Rancourt, Paulava
Malala is being represented by David Vargas, Uatisone "Whiskey" Kelemete is being
represented by Asaua Fuimaono and Victor Sepulona is being represented by Salanoa
Soli Aumoeualogo.
All eight defendants are being charged in connection with the disappearance of Fogagogo
resident Wyatt Bowles Jr.

EXHIBIT 1

The young man left home on February 24 and was never seen or heard from again. His vehicle, or what was left of it, was recovered a few days later at the bottom of the steep Vaitogi cliffs.

A memorial service for Bowles was held this past Saturday at the ASCC auditorium.

First degree murder is a class A felony that is punishable by death or imprisonment for a minimum of forty years without probation or parole.

Assault in the first degree and conspiracy to commit murder are each class B felonies and each count is punishable by five to fifteen years in jail.

Stealing and felonious restraint are both class C felonies that are each punishable by imprisonment of up to seven years and/or a fine of up to $5,000.

Tampering with physical evidence and property damage in the first degree are both class C felonies that each carry a punishment of five years imprisonment and a $5,000 fine.

This case is being prosecuted by ASG Attorney General Fiti Sunia who is teaming up with Assistant Attorneys General Marcellus Talaimalo Uiagalelei and Harvey Kincaid.

EXHIBIT 1

Bowles family circulates petition to move trials to federal court
by Fili Sagapolutele
Samoa News Correspondent
(3/26/03) - A petition has been circulating for a few days now to have the trials of
defendants charged in connection with the disappearance of Wyatt Bowles Jr. moved to
the federal District Court in Hawaii.
The petition is being circulated by the Bowles family and many supporters, to gather as
many signatures as possible, according to a spokesperson reached by telephone yesterday
afternoon.
The spokesperson said that a lot of people are assisting in the circulation of the petition
and it was not possible by yesterday afternoon to know how many signatures have been
gathered so far on the petition.
One person helping to circulate the petition, estimates there are more than 3,000
signatures while the spokesperson said the organizers want to "get as many signatures as
possible."
"We would like to request your support by way of affidavits to transfer the Wyatt C.
Bowles Jr., case to the federal court located in Hawaii," wording on the petition said.
"We feel that this is the best way to ensure true justice and a safer place for everyone in
American Samoa," it said.
A spokesperson said yesterday that the petition will be used as supporting evidence for a
motion to be filed at the federal court in Honolulu to have the case transferred there from
American Samoa.
According to the spokesperson, the motion has not yet been prepared or filed because
everyone is first working on gathering support through the petition.
The effort to transfer the case to the federal courts in Hawaii, according to the
spokesperson is based on the fact that American Samoa is a closely knit community,
"everyone being related to someone else" which makes it difficult to get a fair trial.
And in this particular case, the spokesperson noted that quite a few families are involved.
Two others who were circulating the petition said the family wants the truth in this case
and are concerned with closed door court session.
Local media outlet, KHJ said the family is not satisfied with the dismissal of conspiracy
to murder charges against four of the eight defendants charged and have no access to
information that would explain the evidence that was presented.
It quotes a family spokesperson saying that it's unusual that the judge found no probable
cause to support the conspiracy charge, yet he signed off on the arrest warrant based on
the same affidavit presented in court.
This latest petition adds to two other petitions circulated early this month relating to the
Bowles Jr., case and concerns about drugs in the territory.
 One petition called on the U.S. Federal Bureau of Investigation (FBI) to investigate the
disappearance of the 23-year Bowles, whose body remains missing.
The petition stated in part that the people who signed the petition believe that federal
government intervention is justified for the future of local children.
Congressman Faleomavaega Eni had confirmed to the Samoa News that he has requested
a federal probe into the Bowles case based on a request by the family and other
circumstances.
Faleomavaega said the request was officially transmitted to FBI director Robert Mueller.

EXHIBIT 1

## Eastern Residents asking when dangerous cliff will be fixed

by B. Chen
Samoa News Correspondent

Fearful Eastern District residents are becoming impatient and wondering what, if anything, the proper local authorities are going to do about the potential threat of a fatal rock slide posed by a mountain dangerously located within a few feet away from the main highway between Lauli'i Tuai and Aumi.

Heading towards the eastern end of the territory, passing motorists will notice large unstable boulders sitting "loosely" on the side of the mountain closest to the road.

It is appears that not much force will be needed for the large boulders to fall onto the road and cause serious injuries and/or death to innocent local residents.

During the fatal mud slides of May 19, 2003 a large chunk of the mountain, in the form of a huge boulder, fell and landed on the main highway causing traffic to become congested as only one driving lane was open.

It took a huge amount of manpower to remove the massive boulder and relocate it to the side of the road directly beneath the mountain it came from.

What has since been evident is the threat of yet another large boulder, or even worse, half of the mountain falling onto the main road causing serious and potentially fatal injuries to motorists, passengers, and/or pedestrians.

Last year, former Representative Otomalesau John Ah Sue introduced a resolution requesting the Department of Public Works (DPW) to conduct a feasibility study on the same mountain.

The concern was voiced after a young man was fatally struck by a falling boulder that landed on top of his moving vehicle at Avau Point in Nu'uuli.

The area was immediately labeled as an emergency project site and work immediately resumed to remedy the situation.

Since then, the main highway at Avau Point has been moved over several yards towards the beach side, with steel mesh wiring surrounding the mountain in an attempt to prevent any future rock slides that could prove to be fatal.

According to former Representative Ah Sue's written resolution that was presented before the House nearly a year ago, the areas near Avaio village and between Lauli'i Tuai and Aumi village have been identified as potentially hazardous areas with loose rocks and boulders on the cliffs.

The resolution reminded the government of its responsibility and duty to provide a reliable infrastructure for the people of the territory of American Samoa, and to promise the general welfare and safety of its citizens.

To this date, however, nothing has been done to the dangerous Lauli'i mountain and it appears that the remaining chunk of the mountain that was located alongside the large boulder that fell during the mud slides last year is loose and ready to give way at any given moment.

Concerned residents who travel to and from the eastern end of the island have expressed their concerns with the potential danger posed by the existence of the mountain wondering, "Is the local government just going to sit back and do

EXHIBIT 1

nothing until yet another life is lost? Why don't we remedy the situations beforehand instead of waiting until more lives are claimed before anything is done?"

An irate local voter exclaimed, "The territory has been experiencing heavy rainfalls lately and I'm just afraid that the wet weather conditions are continuously contributing to the boulders becoming looser and eventually falling down. The safety of our people in is threatened!"

Some residents have predicted that yet another fatal rock slide accident will occur if the government does not step in immediately with a remedy to the already existing problem.

A concerned eastern district resident expressed his concerns through a letter to current Eastern District Governor, Paramount Chief (PC) Faumuina, who is also the Chairman of the Zoning Board.

In his letter dated December 3, 2003 the local resident referred to the American Samoa Code Annotated (ASCA) section 26.0342 which gives the local Zoning Board the legal authority to enforce decisions made.

"When is the Zoning Board going to exercise that authority?" he asked.

"I understand the Zoning Board has no budget and its members, who are appointed by the Governor, are not compensated and receive no pay for their time spent at meetings and attending site visits. So let's work together. You all should get paid. Why don't the faipule representing the eastern districts in the Local Legislature introduce legislation proposing budgeted funds allocated to compensate the Zoning Board members?"

The local resident believes that the Zoning Board should juggle the idea of issuing fines for non compliant business owners who currently operate without the mandated turning lanes, and any and all other residents and businesses who are in violation of zoning standards.

This, says the local resident, would provide some money for the Zoning Board to pay for certain projects that need funding.

In addition to expressing his concerns about the dangerous mountain on the east side, the same local resident, in his letter, also questions why the Territorial Planning Commission have not been contacted to meet and discuss when the Tafuna Plains will be zoned as required by law in 1965.

"I care. I have a home in Tafuna. My question is, when is this board going to care? The quality of life for residents, most importantly the children in this area, is slipping," he concluded.

The population in Tualauta County and that particular section of the west side of American Samoa has doubled in the last ten years, although zoning for that area is yet to be carried out.

A copy of the concerned resident's letter was forwarded to Mr. Tony Tuitele, Administrator for the local Zoning Board Committee.

EXHIBIT 1

FBI declines to intervene in Bowles case
by Fili Sagapolutele
Samoa News Correspondent
(5/2/03) - Without an official request from Attorney General Fiti Sunia, the U.S. Federal
Bureau of Investigation (FBI) will not intervene during the current local investigation
into the disappearance of Wyatt Bowles Jr.
Sunia is the designated liaison for the territorial government with the FBI and other
federal law enforcement agencies.
The designation was made late last year by the late governor Tauese Sunia, in the midst
of reshuffling OTICIDE, which was at the time liaison with federal agencies.
The FBI is, however, willing to provide any appropriate assistance to local law
enforcement agencies during their investigation.
Based on a Bowles family request, Congressman Faleomavaega Eni wrote to FBI
Director Robert Muller on March 6th, requesting the FBI's assistance in the local
investigation.
The Congressman's office also provided the FBI will additional information regarding
the subsequent arrests in the case and yesterday Faleomavaega said the FBI had
responded to his request.
"The FBI is monitoring the Bowles case and indicated that at the onset of the
investigation FBI personnel and other members of a joint task force traveled to American
Samoa as part of a drug investigation involving associates of Wyatt Bowles,"
Faleomavaega explained in a statement.
It's believed that this is the time when the feds showed up while local authorities were
investigating containers seized on the dock.
Faleomavaega said Bowles, Sr. was interviewed on March 6th by agents of the FBI's
Honolulu office regarding the disappearance of his son and his concerns for his family's
safety.
However, the federal agency concluded that because Sunia has not sought any FBI help
in this case, FBI assistance "would not be beneficial at this time," Faleomavaega
explained.
"The FBI also said that the American Samoa Department of Public Safety has stated that
it is confident about the arrests it has made of individuals in the alleged murder of Wyatt
Bowles Jr.," according to the Congressman.
However, Faleomavaega claims that the FBI has maintained its willingness to provide
any appropriate assistance and monitor this case.
"I have received assurances from the FBI that its Honolulu Office, along with the Hawaii
High Intensity Drug-Trafficking Area Drug Interdiction Group, will continue to monitor
this case as it progresses and will review new information to ensure that any additional
information regarding the drug-trafficking aspects of the case are fully investigated and
prosecuted," he added.
Faleomavaega said he will also continue to follow this case and he is completely
committed to ensuring that all aspects of the case are fully investigated.
"Out of deference for the Attorney General's position not to seek FBI assistance, I also
have every confidence that the AG will conduct an aggressive and substantive
investigation," he added.

EXHIBIT 1

Eight defendants are facing several charges linked to the disappearance of Bowles Jr., - whose body remains missing.

Involvement of the FBI in this case was widely suggested through at least two public petitions despite the territorial government's confidence that they will fully investigate and prosecute this case.

In the meantime, Faleomavaega is pleased that the FBI has opened a satellite office in the territory, located at the Pago Plaza with a telephone line for local residents to lodge any complaints regarding possible violations of federal laws within American Samoa.

The satellite office was quietly opened in January this year and the FBI does not anticipate a full time presence here. As the need arises, personnel out of the Honolulu office will be dispatched to American Samoa.

FBI Special Agent William Dennson who is the FBI liaison to American Samoa, had told the Samoa News that the agency intends to utilize the local office as needed.

The FBI's local telephone number is 633-1313.

EXHIBIT 1

**Mahjor appears for court hearing on motion to continue**
*by B. Chen*
*Samoa News Correspondent*

(1/9/04) - Alleged murderer Richard Mahjor, facing several felony charges in connection with the mysterious disappearance of 23-year old Fogagogo resident Wyatt Bowles Jr. nearly a year ago, appeared before the High Court of American Samoa yesterday morning for a hearing on the motion to continue.

Because of the gag order issued by the court, no additional information could be obtained regarding the court proceedings for this case.

Richard Mahjor is facing one count each of murder in the first degree, first degree assault, felonious restraint, tampering with physical evidence, and property damage in the first degree for his alleged involvement in the Wyatt Bowles Jr. case.

Additional drug charges, however, were separately filed against Mahjor after he was arrested for the Bowles case.

Along with his wife Dianne Miller Mahjor, who is also one of his co-defendants in the Bowles case, Richard Mahjor was subsequently charged with one count of possession of methamphetamine ("ice") with the intent to distribute - a felony that is punishable by imprisonment of up to twenty years and/or a fine of not more than $20,000.

In addition, it is believed that Mahjor is also the key suspect in another fatal incident involving a corpse which was uncovered last year in Fagasa, and later identified as a Caucasian male who was alleged to have been an acquaintance of Richard Mahjor's.

The defendant has been incarcerated at the Territorial Correctional Facility (TCF) in Tafuna since criminal charges were filed against him last year.

Altogether, a total of eight defendants were arrested and charged in connection with the Bowles case.

Over half the number of those same defendants, when arrested and charged for the Bowles case, had already been arrested and charged in other criminal matters, or otherwise serving probation for prior crimes including assault, burglary, discharge of arms, and unlawful possession of a weapon used in a fatal stabbing.

However, one of the defendants, Sanele Mareko, who was charged with one count of tampering with physical evidence, was released from custody although it is unclear whether or not he was released on bail or if the criminal charge against him were dismissed by the court.

Mahjor was initially represented by ASG Assistant Public Defender (PD) Bentley Adams before the court ordered him to obtain and secure the services of a private attorney. When Mahjor failed to secure a private attorney, the court appointed private attorney Arthur Ripley to take over as his legal counsel.

Two months ago in November 2003, Arthur Ripley was relieved of his duties when the court appointed ASG Assistant Public Defender (PD) Sachin Mehta to take over as Mahjor's attorney.

It is unclear at this time if Mahjor or any of his other co-defendants, including his wife Dianne Miller Mahjor, have negotiated and/or reached any plea agreements with the government in this case.

Mahjor and all his co-defendants were arraigned last year in prior court proceedings where they each entered a plea of "not guilty" to all criminal charges against them.

EXHIBIT 1

Meanwhile, the grieving members of the Bowles family have been up in arms as they continue to circulate a petition to have their case moved to Honolulu, Hawaii where they feel the federal government would ensure a fair trial.

The Bowles family have been in contact with agents from the Federal Bureau of Investigation (FBI) who have assured the Bowles family that they will be "monitoring the case and looking into the matter."

The Bowles family recently celebrated Wyatt Jr.'s birthday with a brief solemn ceremony hosted at the Vaitogi cliffs, where the grey Jeep Cherokee driven by Wyatt Jr. on the day he was last seen or heard from, was discovered.

It is also the same area where the Bowles family believes their beloved Wyatt Jr. was taken from them on February 24, 2003.

First degree murder is a class A felony that is punishable by death, or imprisonment for a minimum of forty years without the possibility of probation or parole.

Assault in the first degree is a class B felony that is punishable by five to fifteen years in jail. Unless committed by means of a deadly weapon or dangerous instrument, then it is a class A felony.

Tampering with physical evidence and property damage in the first degree are both class D felonies that each carry a maximum punishment of five years imprisonment and a $5,000 maximum fine.

This case is being prosecuted by ASG Attorney General (AG) Muaguturi'a Fiti Sunia with the special assistance of ASG Assistant AG Marc Roy.

EXHIBIT 1

## Bowles Sr: "Hard for family to trust cops"

*by B. Chen*
*Samoa News Correspondent*

(8/6/03) - The father of missing, and presumably dead, Wyatt Bowles Jr. told Samoa News yesterday of the problems he and his family encountered with officers and members of the Criminal Intelligence and Investigative Bureau (CIIB).

"Local investigators within the police department should be helping us but instead, my family and I have had quite a few problems with the police," said Wyatt Bowles Sr.

"Someone advised me not to trust the police and after hearing so many recent allegations about corrupted cops, I can honestly say that it is very hard for my family and I to be able to trust any cops," added Bowles Sr.

"We basically wouldn't know which cops to trust. I was told that some of them are heavily involved with drugs. Additionally, some of them could even know some information or moreover, be involved in my son's disappearance."

As for police involvement in the ongoing investigation into Wyatt Jr.'s disappearance, Bowles Sr. says the sympathy and work ethic of the local investigators is a disgrace.

"First of all, when my son reportedly went missing, my family and I started receiving threatening phone calls from different people. My family and I submitted all the phone numbers from our caller ID on our home phone although it is unfortunate the police investigators never followed up on any of the numbers. If they did, we were never once informed of their findings," said Bowles Sr.

He also pointed out that concerned members of the community who live nearby had contacted the police twice, requesting police protection for the Bowles' family. However, nothing was ever done.

Bowles Sr. recalls, "our friends had contacted the police but the response was that there were two bar fights at that time and there were no available police officers who could offer any protection. Our friends then contacted the nightclubs where the alleged fights were occurring only to find out that no fights had been reported at all."

He added, "when my family and I did not receive any police protection, I went straight to Congressman Faleomavaega Eni Hunkin a few weeks later to ask for his assistance and help with the situation."

According to Bowles Sr., Congressman Faleomavaega informed him and his family that he (Faleomavaega) had contacted the chief of police who had explained that there was nothing he can do because "his hands were tied."

Bowles Sr. added that, according to Faleomavaega, the chief of police had stated someone from the ASG Attorney General's Office had ordered the chief of police not to provide the Bowles family with any police protection.

Bowles Sr. further explained a few hours after FBI agents arrived in American Samoa, local police showed up unannounced at their home in Fogagogo.

EXHIBIT 1

Bowles Sr. says the police arrived at their home with claims there were guns and firearms in the Bowles residence and they were there to search the property.

Bowles Sr. recalled how the investigators said that "they wanted the guns - all of them. They even threatened that if all the guns and firearms weren't surrendered to them, they could obtain a search warrant in 5 minutes."

At that time, reminisced Bowles Sr., "my family and I were escorted and whisked away to the police station and held in a back room for about 3 1/2 hours although we were never given an explanation as to why we were at the police station."

He added, "it became even more ridiculous when the local police investigators stated they wanted me and my family to fly to Manu'a. It was then that I said Absolutely Not!"

Bowles Sr. recalls the suggestion to fly him and his family to the independent state of Samoa was definitely out of the question because of the poor weather conditions that day.

"We were never given any logical explanation or reason  as to why the local law enforcement officials wanted us to depart Tutuila for Manu'a."

Bowles Sr. stated he decided to have the police escort him and his family to his daughter's home.

"We arrived at my daughter's house at around 9 o'clock that night and nearly two hours later, a police officer came over and ordered us "to act like nothing happened."

Bowles Sr. says the request from the police officer didn't make any sense as it was not accompanied by an explanation. However, as confused as he was, Bowles Sr. said that he did remember that same cop from prior encounters.

According to Bowles Sr., his son was last seen on Monday, February 24. Two days later on February 26, the same unidentified police officer had visited the Bowles residence on three separate occasions, ordering them not to look for Wyatt Jr.'s Jeep in Vaitogi but rather, look elsewhere.

Bowles Sr. stated the following day, he, along with his wife [Meleke] and children, discovered Wyatt Jr.'s Jeep at the Vaitogi cliffs.

"The police officer had persisted that we not go looking for Wyatt's Jeep in Vaitogi, claiming that they had already searched that area. If so, then why did my family and I discover the vehicle my son was last seen driving if the police had allegedly conducted a thorough check of the same area?" Bowles Sr. asks.

"Something is just not right. Even after we discovered the Jeep, again, it was me and my family who pointed out to investigators the Mahjor's residence in Ili'ili..."

In an initial interview with Samoa News, Bowles Sr. publicly pointed out "the idea of a possible cover-up was not outrageous."

He also recalled how ASG Attorney General Muagututi'a Fiti Sunia had informed him that he and his family had no need for legal counsel.

Bowles Sr. says, "my family and I had sought the legal counsel of former ASG Assistant Attorney General Robert Maez but Sunia approached me and told me that we had no need for any legal counsel or advice. During our meeting that

EXHIBIT 1

very same day, Sunia also informed us that there was no need to seek the assistance and help of the FBI because "our local police and investigators can handle the matter on their own."

Meanwhile, Bowles Sr. says that he and his family are on a crusade of their own, conducting their own investigations in an effort to seek justice for their beloved and missed Wyatt Jr.

EXHIBIT 1

**Bowles Jr. case continues behind closed doors**

by B. Chen
Samoa News Correspondent

(8/12/03) - Dianne Mahjor, Paulava Malala, his brother Jake Malala and Uatisone "Whiskey" Kelemete, four of the eight defendants being charged in connection with the mysterious disappearance and possible murder of 23 year old Wyatt Carneal Bowles Jr. of Fogagogo were all scheduled to appear before the High Court of American Samoa yesterday morning.

However, all of the hearings were conducted behind closed doors per order of the court, and this is a practice that has the Bowles' family and several members of the local community outraged for they feel they have a right to be informed of the status concerning the investigation into the probable demise of Wyatt Jr.

Besides the disclosure of the charges against the eight defendants charged, the dismissal of the conspiracy charge against the three defendants that are "anticipated" to reach plea agreements with the government, and standard bail motions, all court proceedings in the Bowles' case have been sealed off to the public per order of the court.

Three of the defendants being charged in the Bowles' case  (Jake, Paulava, and Talofa Seumanu) were also charged in the fatal Curve Nightclub stabbing last year that claimed the life a young man from Samoa.

All eight defendants have been incarcerated at the Territorial Correctional Facility (TCF) in Tafuna without bail, except for Sanele Mareko whose bail is set at $35,000 and Dianne Mahjor whose bail is $250,000.

An informed reliable source stated that pretrial conferences for the Bowles' case which were scheduled yesterday have been continued for tomorrow, pending the court's decision concerning the presented information.

The long-awaited pretrial conferences for the defendants who are "anticipated" to enter in to plea agreements with the government has been highly criticized by the general public, namely the grieving parents and family members of the missing and presumably murdered Wyatt Bowles Jr. His father stated in an initial interview that the idea of plea agreements is "a total disgrace to the local judicial system."

According to an informed reliable source, presiding Associate Justice Lyle L. Richmond issued a continuance for Jake Malala's pretrial conference yesterday, to allow some time to review the information that was presented by Jake's court-appointed attorney ASG Assistant Public Defender Sharron Rancourt. Jake is facing one count of stealing, property damage in the first degree, and tampering with physical evidence.

His brother and co-defendant Paulava, as well as their brother-in-law Sanele Mareko, and Uatisone Kelemete are each facing one count of tampering with physical evidence.

Dianne Mahjor is being charged with two counts of tampering with physical evidence in addition to separate drug charges that were filed after her arrest for the Bowles' case. (Dianne and her husband Richard Mahjor were later

EXHIBIT 1

additionally charged of possession of the drug methamphetamine, "ice", with the intent to distribute.)

Richard, Victor Sepulona and Talofa are each being charged with first degree murder, first degree assault, felonious restraint, tampering with physical evidence, and property damage in the first degree. The trio is scheduled to appear before the High Court next month on September 15.

First degree murder is a class A felony that is punishable by death or imprisonment for a minimum of forty years without probation or parole. Assault in the first degree is a class B felony that is punishable by five to fifteen years in jail. Unless committed by means of a deadly weapon or dangerous instrument, then it is a class A felony.

Stealing and felonious restraint are both class C felonies that are each punishable by imprisonment of up to seven years and/or a fine of up to $5,000 for each count. Tampering with physical evidence and property damage in the first degree are both class D felonies that each carry a punishment of five years imprisonment and a $5,000 fine.

The court appointed counsel for each of the defendants in this high profile case: Asaua Fuimaono was appointed to be counsel for Uatisone Kelemete, Salanoa Soli Aumoeualogo was appointed to represent Victor Sepulona, David Vargas has been assigned to represent Paulava Malala, ASG Assistant Public Defender Sharron Rancourt is representing Jake Malala, Paul Miller is representing Dianne Miller Mahjor while Arthur Ripley is representing her husband Richard Mahjor, former Assistant AG Fainu'ulelei L. F. Ala'ilima-Utu is representing Sanele Mareko, and ASG Public Defender Aviata Fa'alevao is serving as legal counsel to Talofa Seumanu.

The investigation in to the Bowles' case has uncovered numerous other crimes that are reportedly being investigated by the local police and the DPS Criminal Intelligence and Investigative Bureau (CIIB).

Wyatt Bowles Jr. has not been seen or heard from since he was last seen on February 24 early this year.

This case is being prosecuted by ASG Attorney General Muagututi'a Fiti Sunia with the assistance of Assistant Attorney General Marc Roy.

EXHIBIT 1

## Bowles Sr. "flabbergasted" at court's gag order

*by B. Chen*
*Samoa News Correspondent*

(8/14/03) - Wyatt Bowles, Sr. says he is "flabbergasted" at yesterday's gag order issued by the High Court for all the information regarding and supporting the charges against the eight defendants involved in the disappearance and possible murder of his 23-year-old son.

The gag order also prohibits all defense attorneys and DPS personnel involved in the Wyatt Bowles Jr. case from publicly discussing any information surrounding the case of the missing Fogagogo resident, who hasn't been seen or heard from since February 24.

Additionally, Bowles Sr. believes "there is a great possibility the gag order issued by the court could be an infringement and a violation of the First Amendment Right of Freedom of Speech."

He explained, "the actual meaning of the word 'gag' is to prevent the freedom of speech. The sad reality of it is, that is exactly what they did to my son, they gagged him!".

Bowles Sr. told Samoa News last night the "government's star witness" that was reportedly spotted in a nightclub on the Big Island of Savai'i had already told local investigators everything he knew so "why did the Commander of the Criminal Intelligence and Investigative Bureau (CIIB) Va'aomala Sunia have to go to Savai'i to look for the witness?" He added the situation "seems very odd."

He also said someone had informed him and his family that same government witness was the person who "actually threw Wyatt Jr. into the ocean."

"I was told the government's witness had revealed everything he knew to local investigators and the reason why he was under protective custody for so long was because he was reportedly afraid for his life."

However, "he can't be too afraid and remorseful if he is night clubbing his nights away in Savai'i."

Bowles Sr. says if in fact the government's star witnesses cannot be brought into the Territory because of the lack of funds, then the Attorney General "should do the right thing and ask for outside help."

Bowles Sr. said he was "blown away" after reading an article in Samoa News yesterday reporting ASG Attorney General Muagututi'a Fiti Sunia as saying he "cannot afford bringing in any witnesses for the two cases (the Bowles case and the fatal Curve incident) because his FY 2004 budget has been cut."

Bowles Sr. says he is "not sitting comfortable" with the fact the AG would publicly say something like that.

EXHIBIT 1

### Bowles Sr.: "Justice must be rendered"

*by B. Chen*
*Samoa News Correspondent*

(9/24/03) - The grieving father of missing and presumably murdered Wyatt Bowles Jr. of Fogagogo continues his crusade of attacking local law enforcement personnel and representatives of the judicial system who are involved in the decision making process and investigation into his son's disappearance.

Bowles Sr. has spoken out on issues including "biased news being reported on local television station KVZK-TV," the recent gag order that was issued by the High Court for the Bowles Jr. case, and the release of one of the eight defendants charged in the case, Sanele Mareko, the Malala brother-in-law.

Bowles Sr. insists that he and his family have conducted their own personal investigation into the matter and "pertinent information" been gathered.

However, Bowles Sr. reported that his quest to seek the help and assistance of the Federal Bureau of Investigation (FBI) has prompted ASG Attorney General Muagututi'a Fiti Sunia to label him as a "racist palagi." (See last week's edition of the Samoa News for complete story).

Now Bowles Sr. is focusing in on possible plea agreements between the government and some of the defendants being charged in the possible murder of his 23-year-old son who hasn't been found in nearly seven months.

Over a telephone interview with the Samoa News last week, Bowles Sr. commented, "I think it is totally outrageous."

The Fogagogo resident claims that Attorney General Sunia had specifically informed him and his family members that plea agreements, if any, would be discussed with them prior to any decisions being made on the matter.

"This has yet to happen. Sanele Mareko has already been released from prison and I strongly believe he should have been kept behind bars," Bowles Sr. said.

He added, "it really doesn't matter whether Sanele was released on bail or if the charges against him have been dismissed. I believe that any defendant being charged in connection with a brutal murder should not have bail set for them. I am completely baffled with the recent decisions by the Attorney General and the court system."

Bowles Sr. says that he and his family have been completely kept in the dark and they quite possibly would never know anything about the decisions in his son's case due to the recent gag order that was issued by the court.

Since charges were filed against the eight defendants charged in the Bowles case, most court proceedings have been conducted behind closed doors as the only information that has been made public were the charges against the defendants.

Information supporting any and all of the charges have also been sealed by order of the court.

Just last week, three of the defendants who face charges including first degree murder in the Bowles case appeared before the High Court for their pretrial conference.

EXHIBIT 1

The proceedings were held behind closed doors and it is unclear whether any or all of the three murder defendants have been able to reach a plea agreement with the government in the matter.

Bowles Sr. pointed out that he recently spoke to a direct eyewitness who was present at the Mahjor's residence on the night his son was last seen.

"I spoke to the witness, who is also the girlfriend of one of the eight defendants being charged in the disappearance of my son, and she blatantly said that she knew nothing. I only wanted to talk to her because she was present when my son was savagely beaten and murdered. I just thought that it was pretty cold for her to say 'hi aunty!' when she saw my wife and I pull up to their yard a few weeks ago," Bowles Sr. recalled.

Pointing to the fact that Dianne Miller Mahjor, who is the only female defendant being charged in the Bowles case, is related to Dr. Iotamo Saleapaga, Director of Medical Services at the local hospital, Bowles Sr. complains that it is a clear conflict of interest that murder defendant Richard Mahjor, who is Dianne's husband, was permitted to see Dr. Saleapaga.

"Richard Mahjor and co-defendant Uatisone "Whiskey" Kelemete were seen outside the LBJ smoking without any supervision" reports Bowles Sr.

"My family and I were told that Richard Mahjor had been seeing Saleapaga and I thought that to be a little odd."

Furthermore, Bowles Sr. claims that Dianne Mahjor had been seen walking down the street supervised from the Territorial Correctional Facility (TCF) to Steven and Sons to purchase items for supplemental nourishment.

Bowles Sr. asked disgustedly, "where's Rudy Kruse? The government's so-called star witness? From what me and my family have been told, Rudy had blood on his hands while carrying out the whole incident. He is just as guilty as the person who delivered the final blow that killed my son. If Rudy told the police everything he knew and if the information he shared with investigators was enough to implicate and convict the eight defendants in addition to securing immunity for himself, then why is it that Paulava Malala, Jake Malala, and Sanele Mareko were reported to be 'anticipating' plea agreements with the government in exchange for their cooperation and statements? If Rudy told everything, I am completely baffled at what other information could be told?"

Despite the many allegations and rumors that have been circulating concerning the major role of drugs in the unexpected demise of Wyatt Bowles Jr., his father believes that his son was murdered because of a container loaded with ammunition that was addressed to a local Korean-owned business.

Bowles Sr. says he will not rest until justice is served because "if you don't deal with the situation immediately, it continues. Justice must be rendered."

Currently, Bowles Sr. and his family are in contact with the FBI as they continuously petition to have the Bowles case tried off island as they believe that is the only way they could be assured of a "fair trial" and "unwavering justice."

EXHIBIT 1