IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MAJHOR, ) | CIVIL NO. _____ |
| ) | |
| Plaintiff, ) | AFFIDAVIT OF ERIC A. SEITZ; |
| ) | EXHIBITS 1-13 |
| vs. ) | |
| ) | |
| GALE A. NORTON, Secretary ) | |
| of the United States De- ) | |
| partment of Interior, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

AFFIDAVIT OF ERIC A. SEITZ

| | |
|---|---|
| STATE OF HAWAII ) | |
| ) SS. | |
| CITY AND COUNTY OF HONOLULU ) | |

ERIC A. SEITZ, being first duly sworn on oath, deposes and says:

(1) I am an attorney licensed to practice in the States of Hawaii, California, and the District Columbia, and I am a member in good standing of the bar of this Court.

(2) I am the principal attorney for the Plaintiff having previously been admitted pro hac vice to represent him in the criminal proceedings in which he is a Defendant in the Territory of American Samoa.

(3) Attached hereto as Exhibit 1 is a true and correct copy of an Information that was filed in the High Court of American Samoa on March 3, 2003.

(4) Attached hereto as Exhibit 2 is a true and cor-

rect copy of a renewed motion for change of venue that I prepared and caused to be filed in the High Court of American Samoa on January 20, 2005.

(5) Attached hereto as Exhibit 3 is a true and correct copy of a news report dated March 27, 2003.

(6) Attached hereto as Exhibit 4 is a true and correct copy of a news report dated March 13, 2003.

(7) Attached hereto as Exhibit 5 is a true and correct copy of the transcript for a hearing conducted in the High Court of American Samoa on April 6, 2005.

(8) Attached hereto as Exhibit 6 is a true and correct copy of a Motion for Change of Venue that was filed in the High Court of American Samoa on February 5, 2004.

(9) Attached hereto as Exhibit 7 is a true and correct copy of an Order Denying Motion for Change of Venue and and a Survey Expert that was filed in the High Court of American Samoa on May 28, 2004.

(10) Attached hereto as Exhibit 8 is a true and correct copy of Order Denying Motions for Change of Venue and Suppression of Evidence that was filed in the High Court of American Samoa on April 25, 2005.

(11) Attached hereto as Exhibit 9 is a true and correct copy of a Motion for Reconsideration of Order Denying Motion for Change of Venue that was filed in the High Court of American Samoa on May 2, 2005.

(12) Attached hereto as Exhibit 10 is a true and

correct copy of the transcript for a hearing conducted in the High Court of American Samoa on May 19, 2005.

(13) Attached hereto as Exhibit 11 is a true and correct copy of Order Confirming Bench Denials of Motions for Reconsideration and Leave for Interlocutory Appeal that was filed in the High Court of American Samoa on April 25, 2005.

(14) Attached hereto as Exhibit 12 is a true and correct copy of an Order Dismissing Appeal that was filed in the Appellate Division of the High Court of American Samoa on October 13, 2005.

(15) Attached hereto as Exhibit 13 is a true and correct copy of an Order Denying Defendant's Motion to Dismiss filed in U.S. vs. Kil Soo Lee, Cr. No. 01-00132 SOM (D.Hi. 8-30-2001).

_____
ERIC A. SEITZ

Subscribed and sworn to before me this __2nd__ day of November, 2005.

_____
Notary Public, State of Hawaii
My commission expires: Jan 4, 2008

[Notary Seal: JULI T. SEITZ, NOTARY PUBLIC, STATE OF HAWAII]