OFFICE OF THE ATTORNEY GENERAL
P.O. Box 7
P.O. Box 4030 Pago Pago, American Samoa. 96799
**Utulei, American Samoa 96799**Telephone: (684) 633-4163
  DEFENSE REPRODUCTION
Facsimile:   (684) 633-1838                         OF THE INFORMATION
                                                    FILED ON ABOUT 3/03

*Attorney for Defendant*

# IN THE HIGH COURT OF AMERICAN SAMOA
## TRIAL DIVISION

| | | |
|---|---|---|
| AMERICAN SAMOA GOVERNMENT, | ) | HCCR NO. 008-03 |
| Plaintiff, | ) ) ) | HCCR NO. 009-03 |
| vs. | ) ) | HCCR NO. 010-03 |
| TALOFA SEUMANU, VICTOR "VIC" SEPULONA, and RICHARD PATRICK MAJHOR, | ) ) ) ) | INFORMATION |
| Defendants. | ) ) | |

The undersigned, Marcellus Talaimalo Uiagalelei, a duly authorized and appointed Assistant Attorney General of American Samoa, by virtue of his office, and upon his oath, does hereby file and present the following Criminal Complaint accusing Defendants of the following crimes:

### COUNT 1: MURDER IN THE FIRST DEGREE

On or about February 24, 2003, in American Samoa, the Defendants committed the crime of Murder in the First Degree when they purposely or knowingly caused the death of another person with deliberation, to wit: Wyatt Bowles, Jr., in violation of ASCA 46.3502, a class A felony, punishable by death or by imprisonment for life.

### COUNT 2: FELONIOUS RESTRAINT

On or about February 24, 2003, in American Samoa, the Defendants committed the crime of

**EXHIBIT 1**

Felonious Restraint when they knowingly restrained another person, to wit: Wyatt Bowles, Jr., unlawfully and without consent, interfered substantially with his liberty, and exposed him to a substantial risk of serious physical injury, in violation of ASCA 46.3532, a class C felony, punishable by imprisonment of two to seven years, and/or a fine of not more than $5,000.

### COUNT 3: TAMPERING WITH PHYSICAL EVIDENCE

On or about February 24, 2003, in American Samoa, the Defendants committed the crime of Tampering with Physical Evidence when they destroyed or concealed a thing, to wit: the body of Wyatt Bowles, Jr., with the purpose to impair its availability in a official investigation and prosecution of a felony, a violation of ASCA 46.4611(a) (1), a class D felony, punishable by imprisonment of not more than five years, and/or a fine of not more than $5,000.

### COUNT 4: PROPERTY DAMAGE IN THE FIRST DEGREE

On or about February 24, 2003, in American Samoa, the Defendants committed the crime of Property Damage in the First Degree when they knowingly damaged the property of another, to an extent exceeding $1,000, in violation of ASCA 46.4022, a class D felony, punishable by imprisonment of not more than five years, and/or a fine of not more than $5,000.

Respectfully submitted.

Marcellus T. Uiagalelei
Assistant Attorney General