## Concerned citizens petition judges to move Bowles murder case to Hawaii
March 27, 2003

- A petition is being circulated in American Samoa to have the trial of the Wyatt Bowles Jr murder case moved to the federal District Court in Hawaii.

The petition is being circulated by the Bowles family and has reportedly gathered hundreds of signatures.

A Bowles family spokesman said the petition would be used as supporting evidence to a lawsuit that will be filed in the Hawaii District Court by the end of the month and says he does not believe the defendants can have a fair trial in the territory because of the close knit relationships that exist in the community.

He said the family wants to find the truth and with the closed door court sessions, this has not been possible, adding the family is not satisfied with the dismissal of conspiracy to murder charges against four of the eight defendants charged.

They have no access to information that would explain the evidence that was presented and the family also found it unusual that the judge found no probable cause to support the conspiracy charger yet he signed off on the arrest warrant based on the same affidavit presented in court

Pacnews

EXHIBIT 3

http://www.hellopacific.com/news/general/news/2003/03/27/d.html   8/13/05