## Church, traditional leaders and concerned citizens to march against drugs
March 13, 2003

Concerned American Samoa citizens will take part in a march in Fagatogo this morning, calling for action to rid the territory of drugs.

Organisers say church representatives, traditional leaders, mothers and fathers, young people and other concerned citizens will take part and they will demonstrate against increase in drugs, violent crime and weak law enforcement.

Marchers have been asked to bring banners and placards with appropriate messages.

The march was prompted by the disappearance of 23-year-old Wyatt Bowles Jr., who is believed dead after his disappearance over a month ago.

His body has still not been found but his totally demolished vehicle was found at the bottom of cliffs near the Turtle and Shark Point at Vaitogi the week he disappeared.

The march coincides with a Senate hearing on a resolution introduced Senator Lualemaga Faoa, calling for a Senate inquiry into the recent sudden increase of criminal activities related to drugs and the increase in unresolved cases of violent deaths of young people.

Government officials who will be testifying at the hearing include the Commissioner of Public Safety, Attorney General, and the Manu'a District Governor

Pacnews

**EXHIBIT 4**