TAUTAI A.F. FAALEVAO
PUBLIC DEFENDER
P.O. Box 4030
Utulei, American Samoa 96799
Telephone number: (684) 633-1286
Fax number: (684) 633-4745

Attorney for Defendant

IN THE HIGH COURT OF AMERICAN SAMOA
TRIAL DIVISION

| AMERICAN SAMOA GOVERNMENT, Plaintiff, v. RICHARD MAJHOR, Defendant. | HCCR No. 10-03 HCCR No. 20-03 Motion for Change of Venue |
|---|---|

TO THE HONORABLE COURT:

COMES NOW Defendant Richard Majhor, through counsel, and moves for a change of venue or other suitable location in American Samoa or elsewhere. Defendant provides the following reasons for his request:

There is wide-spread publicity in this case and virtually everyone on the Island has an opinion regarding Richard Majhor, who is the only defendant currently facing a capital charge. The opinions are mainly influenced by the prior media coverage in this matter and the same have been highly prejudicial to the Defendant. Copies of just a few of the inflammatory newspaper clippings are attached hereto as exhibit A.

It is the High Court in this case that imposed a restrictive order because of the "considerable and unusual pre-trial publicity" and the many biased and inflammatory opinions by

**EXHIBIT 6**

counsel and others who made reports to the press. The court ordered the restrictive order to prevent any further abuses by counsel and the press regarding the defendant, Richard Majhor and other defendants.

Unfortunately, the damage has already been done and the inflammatory materials printed by the press will be re-printed and continue to influence the jury pool of Tutuila. It is clear to the defense and defendant that the public's opinion in Tutuila against the Defendant has been (and will continue to be) so biased by the inflammatory opinions of the press, that the Defendant, Richard Majhor, will not receive a fair trial by an impartial jury.

The Sixth Amendment to the United States Constitution guarantees a defendant a right to a trial by jury. This provision is applicable to the States and the Territories through the due process clause of the Fourteenth Amendment. See Duncan v. Louisiana, 391 U.S. 145, 88 S.Ct. 144, 20 L.ed.2d 491 (1968); King v. Andrus, 452 F.Supp. 11 (D.D.C. 1977); King v. Morton, 520 F.2d 1140 (D.C. Cir. 1975).

Where pre-trial publicity creates a probability of prejudice to the defendant, the defendant is denied due process of law if the trial judge does not take steps sufficient to ensure a fair trial for the defendant. Sheppard v. Maxwell, 384 U.S. 333, 16 L.Ed.2d 600, 86 S. Ct. 1507 (1966).

ASCA 46.0601 provides one statutory method in which the High Court can possibly ensure a fair trial. The law provides:

> In any case where the interest of justice or the convenience of the parties, witnesses or the court requires, the Chief Justice or the Associate Justice may order that a session of any division of the High Court adjourn from the court house to sit at any appropriate place in American Samoa.

counsel and others who made reports to the press. The court ordered the restrictive order to prevent any further abuses by counsel and the press regarding the defendant, Richard Majhor and other defendants.

Unfortunately, the damage has already been done and the inflammatory materials printed by the press will be re-printed and continue to influence the jury pool of Tutuila. It is clear to the defense and defendant that the public's opinion in Tutuila against the Defendant has been (and will continue to be) so biased by the inflammatory opinions of the press, that the Defendant, Richard Majhor, will not receive a fair trial by an impartial jury.

The Sixth Amendment to the United States Constitution guarantees a defendant a right to a trial by jury. This provision is applicable to the States and the Territories through the due process clause of the Fourteenth Amendment. See Duncan v. Louisiana, 391 U.S. 145, 88 S.Ct. 144, 20 L.ed.2d 491 (1968); King v. Andrus, 452 F.Supp. 11 (D.D.C. 1977); King v. Morton, 520 F.2d 1140 (D.C. Cir. 1975).

Where pre-trial publicity creates a probability of prejudice to the defendant, the defendant is denied due process of law if the trial judge does not take steps sufficient to ensure a fair trial for the defendant. Sheppard v. Maxwell, 384 U.S. 333, 16 L.Ed.2d 600, 86 S. Ct. 1507 (1966).

ASCA 46.0601 provides one statutory method in which the High Court can possibly ensure a fair trial. The law provides:

> In any case where the interest of justice or the convenience of the parties, witnesses or the court requires, the Chief Justice or the Associate Justice may order that a session of any division of the High Court adjourn from the court house to sit at any appropriate place in American Samoa.

The jury's improper exposure to prejudicial and inadmissible information may entitle a convicted defendant to a new trial before another jury which has not been so exposed. See Mattox v. United States, 146 U.S. 140, 36 L.Ed. 917, 13 S. Ct. 50, later app 156 U.S. 237, 39 L.Ed. 409, 15 S.Ct. 337 (1892)(Jury in a murder case learned defendant had been tried for murder before and acquitted and his friends had given up hope he would be acquitted in instant matter.); Marshall v. United States, 360 U.S. 310, 3 L.Ed.2d 1250, 79 S.Ct. 1171 (1959)(Jury learned defendant was convicted felon.)

When a defendant requests a change of venue based on pre-trial publicity, the defendant must show that there is a reasonable likelihood that pretrial publicity will prejudice his trial. See U.S. v. Washington, 813 F. Supp. 269 (D.Vt., 1993). In this case, defendant maintains that the negative publicity has so permeated the community with prejudice that there is a reasonable likelihood that defendant's right to a fair and impartial jury will be compromised.

Wherefore, the defendant moves this Court:

(a) To conduct a hearing on the merits of this motion.

(b) For such other and further relief as the court may deem proper in the circumstances.

2/5/04

Respectfully submitted,

*Andrew T. Stave* (signature)
Andrew T. Stave
Assistant Public Defender
Attorney for Defendant

3

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and accurate copy of the foregoing Motion upon opposing counsel in the above captioned matter by personally handing the same to her or by placing the same in her folder at the High Court.

Attorney served:

> Diane Roy, Assistant Attorney General
> Attorney General
> P. O. Box 7
> Pago Pago, American Samoa 96799

This 5th day of February, 2004

*/s/ A. T. Stave*
ANDREW T. STAVE
Assistant Public Defender

4

Samoa News 3/5/03

# AG to ask for death penalty in case of the missing Wyatt Jr.



by Tau Toluono
Samoa News Correspondent

Because of the public out cry over lawlessness in the territory, ASG Attorney General Fiti Sunia along with three other attorneys from the AG's office will prosecute the case against Richard Mahjor, allegedly the ringleader of an organized crime gang that includes Victor Sepurona, Taiofa Seumanu and Jake Malala who made their initial appearance at district court on Monday in connection with the disappearance of Wyatt Bowles Jr.

According to Sunia, "Because this case is now named the case and crime of the year, and it's the first instance of crime of this severity being committed in the territory, I will step into this case with the assistance of all the attorney's at the AG's office."

Sunia added that he plans to ask for the penalty death in this case.

Refusing to comment further about the details of the case, Sunia stated, "We've got it, and all legal and police operations have been thorough and everything is confidential and sealed until we finish with our investigation."

Wyatt Jr's family has told Samoa News yesterday that that confidentiality has also extended to them and they are not happy about it.

"We have been living in the dark all this time after we found the car last Thursday. We have never been updated by local investigators or by government officials about the search for our son or the progress of the investigation. We also asked for assistance from DPS for our safety and they did not respond," said Wyatt Sr.

The family revealed that friends and relatives have been guarding their house.

Asked for comments, DPS deputy commissioner Filifaatali Michael Fuiava said, "We took care of everything with the family situation at our meeting at the Attorney General's office Monday afternoon, everything have been taken care of."

Fuiava added, "For the safety of the family we assigned undercover agents. There is nothing for them to be worried about, I know they are uncomfortable because of the many difficulties that they have been through during all this. Like was said earlier, every action by the police force at this time is confidential and we explained that to the family. But in regard to the family's safety, there are undercover armed officers in place."

When asked to speak to the public about the frightening aspects of the recent events, Fuiava said, "We were ordered by the court not to reveal any information regarding the case. Right now, I don't have any comments on details of the case, for the safety of all parties involved especially since there are still people related to this incident who have not been taken into custody."

He continued, "But for the general public, we thank all individuals who helped with the investigation and our advise to all the parents of Tutuila and Manua is to please know where your kids are. Stop your kids from hanging around where there are people who will use them. We promise we at DPS are going to hunt down these crazy people involved and they will pay the price," he said.

## ASG arms its Public Safety officers

Exhibit A

samoa news, Monday, April 14, 200

# Paulava' motion for bail in Bowles case continues today

by B. Chen,
Samoa News staff reporter

Paulava Malala, facing one count of tampering with physical evidence for his alleged involvement in the disappearance of 23-year-old Fogagogo resident Wyatt Bowles Jr., will appear before the High Court of American Samoa this morning for a continuance hearing on his motion to set bail.

Paulava, one of the eight defendants being charged in the Bowles case, appeared in the High Court last week Friday for a hearing on the motion to set bail which was filed by his court-appointed attorney David Vargas.

Paulava was initially charged with one count of tampering with physical evidence when he first appeared in the District Court for his initial appearance. Bail was set at $25,000 for him, at the time.

However, the charges against him were amended to include an additional charge of conspiracy to commit murder. Once the amended charge was filed, bail was no longer an option for Paulava as District Court Judge John L. Ward had ordered Paulava to be detained at the Territorial Correctional Facility (TCF) in Tafuna without bail.

When Paulava made his second appearance in court for his preliminary examination, Judge Ward could not find probable cause to charge Paulava with conspiracy to commit murder and that charge was eventually dismissed.

During the arraignment stage of court proceedings, Paulava and all seven of his co-defendants pled not guilty to the charges against them.

Days later, Paulava, along with two co-defendants Jake Malala (Paulava's brother) and Uatisone "Whiskey" Kelemete, appeared before the High Court of American Samoa for a hearing on their motion to set bail. The motion was denied by presiding Associate Justice Lyle L. Richmond.

Paulava's attorney argued that since the charge of conspiracy to commit murder was dismissed, bail should again be set for Paulava as the new charge, which was essentially dismissed, resulted in Paulava having to be detained at the TCF without bail.

Associate Justice Lyle L.

> Judge Ward could not find probable cause to charge Paulava with conspiracy to commit murder and that charge was eventually dismissed

Richmond explained that the motion for bail was denied as Paulava is a flight risk and he poses a threat to society.

The Associate Justice also stated that setting bail for Paulava could possibly jeopardize his personal safety.

The motion to set bail was again filed by Paulava's attorney and a hearing was scheduled for this past Friday but the matter has been continued for this morning.

All eight defendants being charged in this case are incarcerated at the TCF and the only two who are being held with set bail are Diane Mahjor and Sanele Mareko. Their bail has been set at $35,000 each with conditions.

Tampering with physical evidence is a class D felony that carries a punishment of up to five years in jail and/or a $5,000 fine.

Paulava Malala is being represented by David Vargas and the case is being prosecuted by ASG Attorney General Fiti Sunia.

---

In the High Court of American Samoa
Family, Drug & Alcohol Division
HCJR No. 144-02
NOTICE/FAAALIGA
IN RE:
A Minor Child

To: Mr. Sipusi Ropati,
Lago Village, Savaii, Samoa

NOTICE IS HEREBY GIVEN to the above-named respondents that a petition has been filed before the High Court to terminate your parental rights in a minor child born on August 5, 2002, at LBJ Medical Center, Fagaalu, American Samoa, on the grounds that you have not acquired any parental rights to the minor child. A hearing will be held after two months and ten days from the date of the first publication of this notice, in which the Court may enter an order that you have not acquired any parental rights to the minor child and place the child for adoption. If you have any objection, or wish to claim or assert your parental rights, you must appear within two months and ten days from the date of the first publication of this notice and file an objection or a claim with the Court.

OLE FAAALIGA E TUUINA ATU ia te oe o lo'o ta'ua le suafa i luga, ua iai le falosaga ua failaina i le Fa'amasinoga Maualuga o Amerika Samoa e ifoilo ai ou aia-fa'amatua i le tamaitiiti na fanau ia Aukuso 5, 2002, i le Falema'i I Fagaalu, Amerika Samoa, O lea ifoifoga o le a laia pe a tuana'i le lua masina ma aso e sefulu mai le aso o le ulua'i fa'asalalauga o lenei fa'aaliga, ma e ono tuuina atu ai se poloa'iga a le Fa'amasinoga e faailoa ai ua leai ni o_ aia fa'a-matua i lea tamaitiili.Afai e fete'e, pe ete finapalo e fa'amaonia ou aia fa'a-matua, ia e failaina se talosaga tete'e i le Fa'amasinoga i lotonu o le lua masina ma aso e sefulu mai le ulua'i fa'asalalauga o lenei fa'aaliga.

Date/Aso: 01/22/03
Clerk of Courts
3/12 – 4/14

---



Development Bank of American Samoa

# PUBLIC NOTICE
## NOTICE OF SIGNIFICANT PROGRAM CHANGE

This public notice is published in accordance with the Citizen Participation Plan (CPP) established by the Samoa Government (ASG) and applies to the HOME Investment Partnership (HOME) Program funded by the of Housing and Urban Development (HUD), Office of Community Planning and Development (CPD). HUD regu pertaining to CPP requirements can be found at Title 24 of the Code of Federal Regulations Part 91 (24 CFR 9

HUD has approved the request of the Governor of American Samoa to transfer the administration and m the HOME Program from the Department of Commerce to the Development Bank of American Samoa. In addit change of administering agency, there are several changes related to the ASG HOME loan program. These ch substantial change in the application submission process, application and loan processing, and other internal p processing changes. Specifically, the substantial changes to the HOME Loan Program are as follows:

1. The amount of the annual HOME funding provided by HUD will be reserved to provide construction financing of new homes. These homes will be constructed from standard plans and may not be moc initial construction. The choice of home plans will include 2, 3, and 4 bedroom homes with a cost fro $40,000. The among of the annual HOME funding is based on HUD appropriations.

2. The amount of the annual HOME Program Income funding will be reserved to provide loans for the existing single-family homes. The cost of the rehabilitation may not exceed $15,000. The amount of Program Income funding is variable and depends on the amount of loan repayments received durin

will be a holiday. A few parents of students attending a government school informed Samoa News yesterday that their children were told by their schools that they will be off on Friday.

there is no official word and that Acting Governor Togiola Tulafono could not be reached for specific comments.

"No final word at this point," the spokesperson said yesterday afternoon.

This past Tuesday was an official government holiday and a day of mourning in American Samoa declared by the acting governor last week.

Tuesday was also the day
(Continued on page 19)

# Assistant AG withdraws from Bowles, Jr. disappearance case

by B. Chen
*Samoa News Staff Reporter*

Assistant Attorney General Marcellus Talaimalo Uiagalelei, who was the initial prosecutor in the Wyatt Bowles disappearance case has withdrawn from the case, citing a conflict of interest. According to Uiagalelei, he and presiding Associate Justice Lyle L. Richmond are related.

Attorney General Fiti Sunia has agreed that this is a clear conflict of interest and he has removed Uiagalelei and will now be prosecuting the case himself.

Meanwhile, investigation into the mysterious disappearance of the 23 year-old Fogagogo resident continues with the number of arrests so far standing at eight (including one female).

The assistant AG is not the first attorney involved in the case to cite a conflict of interest. Several weeks ago, assistant Public Defender (PD) Bentley Adams was replaced as Richard Mahjor's counsel by private attorney Arthur Ripley after the Public Defender's Office filed a motion of leave to withdraw due to a conflict of interest.

(Continued on page 19)

**Visit Samoa News Online at samoanews.com**

RICAN SAMOA          THURSDAY, APRIL 3, 2003          50¢ ($1 on Friday)



## er to the Editor
### "INTERNET BLUES"

frustrated with my Samoatelco internet service.
in the morning until 4 in the afternoon it is really
better at many other times. Today, for example,
lly got connected, after all kinds of hangs and er-
only downloaded 4 messages before the system
then I connected again, after many attempts, I got
f them the same ones I had already received. Af-
ours I managed to get in one more message along
its.

ed the internet trouble desk [633-9008] last week,
that they would be replacing 56K modems, but
xed this week. It appears to me that they con-
ple as possible to the internet service, whether
ailable or not. Nothing seems to be planned in
ast it has been periodic. As they got more sub-
e went down so they increased the bandwidth
r a while. The present low level of service has
too long.

y better, or do we need a new ISP?
ve pay federal taxes on our phone bill to give
nal facilities giving them a far superior inter-
we can get ourselves?
submission because I cannot get through on



*The lovely young ladies of the combined dancing group selected from all the elementary schools on-island during their special performance last night at Fale Laumei/Lee Auditorium. The group will be traveling to the mainland next week.*
[photo: A. Fa'asau]

## Samoa exercising shut-down period

has moved the annual two day celebration to the first week of July.

In observance of the mourning period of the sudden death of the late Governor, Tauese P.F. Sunia, Governor Togiola Tulafono had issued a memorandum not long ago postponing the planned two-day Flag Day festivities (Apr. 16 and 17) to July to coincide with the Fourth of July celebration.

However, Governor Togiola has issued another memorandum declaring this week Thursday, April 17th, a government holiday to mark the official day that American Samoa became part of the United States family. Friday is also a government holiday.

Shutting down of production at the canneries including spring break has added to the extra number of local residents heading to Samoa for relaxation and to visit families.

## RECTION • • •

ling Governor Togiola Tulafono h

## High Court grants Mareko's motion to seal records in Bowles case

by B. Chen, Samoa News Staff Reporter

Sanele Mareko, one of the eight defendants being charged in connection with the disappearance of Wyatt Bowles Jr. on February 24, appeared in the High Court last Friday for a hearing on the motion to seal the court records regarding Mareko's alleged involvement and role in the disappearance of the 23-year-old Fogagogo resident.

Mareko is being charged with one count of tampering with physical evidence as the other charge against him, conspiracy to commit murder, was dismissed due to the lack of probable cause.

Mareko's court-appointed attorney Fainu'ulelei L.F. Ala'ilima-Utu had no objection to the government's motion to seal his case's court records.

Ala'ilima-Utu had stated in a prior telephone interview that he supported the motion to seal the records for the case against Sanele "for his own personal safety and to protect him from prejudice."

The motion was presented and eventually accepted by the court last Friday.

The motion to seal records had to be filed because during the arraignment for three of the defendants in this case, Jake Malala, Paulava Malala and Uatisone "Whiskey" Kelemete, ASG Attorney General Fiti Sunia's oral motion to seal all records pertaining to those three defendants and their role in this case was granted.

Sanele was arraigned a few days later and a ruling on the motion to seal the records for his case was not made as presiding Chief Justice Michael Kruse had stated that the hearing on the motion be continued until the return of Associate Justice Lyle L. Richmond who is presiding over this case.

Since charges were filed in this case, no information supporting the charges against any of the charged eight defendants has been released to the public by order of the court.

All eight defendants in this case (Richard Mahjor, his wife Diane Mahjor, Paulava Malala, his brother Jake Malala, Uatisone "Whiskey" Kelemete, Talofa Seumanu, Sanele Mareko and Victor Sepulona) have been arraigned and all have entered pleas of not guilty to the charges against them.

Mareko is scheduled for a pretrial conference on May 19. He is one of the only two defendants in this case that is detained at the Territorial Correctional Facility (TCF) in Tafuna with bail set at $35,000 with conditions. Diane Mahjor's bail is also set at $35,000 with conditions while the other six defendants are being held without bail.

Tampering with physical evidence is a class D felony that carries a punishment of up to five years in jail and/or a $5,000 fine.

Sanele Mareko is represented by DBAS legal counsel Fainu'ulelei L.F. Ala'ilima-Utu and the case is being prosecuted by ASG Attorney General Fiti Sunia.

| State of Territory Address to be delivered... 3 | THS dominates girls basketball league... B1 | Eni, AG differ on views of FBI jurisdiction 5 | Burk: War would change scope of protest... B1 |



# samoa ne

Visit Samoa News On

PAGO PAGO, AMERICAN SAMOA         THURSDAY, MARCH 20, 2003

# Court cleared for Bowles, Jr. case hearings

by B. Chen
Samoa News Staff Reporter

Seven of the eight defendants in the Wyatt Bowles Jr. case appeared in the High Court yesterday morning for a preliminary examination hearing pertaining to the charges that were filed against them involving their alleged involvement in the mysterious disappearance of the 23-year-old Fogagogo resident who was last seen over three weeks ago.

The venue for the court proceedings yesterday morning was the High Court of American Samoa instead of the District Court, and District Court Judge John L. Ward presided over the hearings.

The courtroom was full to its maximum capacity during yesterday's hearing. People who were in attendance included family members and close friends of the missing Wyatt Bowles, who displayed some frustration when the courtroom had to be cleared out.

Also in attendance were family members and friends of the defendants who are being charged in this case. There were also several DPS officers present including members of the Criminal Intelligence and Investigation Bureau (CIIB).

The seven defendants were all scheduled for preliminary examinations yesterday, but the hearings were split into two separate sessions with three defendants appearing before the court in the morning while the other four defendants came later in the afternoon.

The first three defendants to appear for their preliminary examinations yesterday morning were Richard Mahjor, Talofa Seumanu and Victor Sepulona.

Assistant Public Defender Bentley Adams is representing Richard Mahjor and Talofa Seumanu while Victor Sepulona is being represented by private attorney Salanoa Soli Aumoeualogo.

The defense made a motion to close the proceedings and the motion was granted, but not before Victor Sepulona and Talofa Seumanu waived their rights to a preliminary examination hearing.

Richard Mahjor went forth with his preliminary examina-

(Continued on page 22)



Tank crews from the Alpha Company 4th Battalion 64 / a heavy sand storm before convoying to a position near the March 19, 2003. The commander of the 3rd Infantry Divis III, ordered his troops to reposition to locations near the b deadline for Saddam Hussein to leave Iraq approached.

# Just two hours past U.S. missiles target

by Fili Sagapolutele
Samoa News Correspondent

After months of uncertainty, residents of the territory yesterday watched U.S. President George W. Bush address the nation and the world at 4:20 p.m. local time bringing to culmination the long awaited war against Iraq.

"American and coalition forces are in the early stages of military operations to disarm Iraq, to free its people and to television, watched the President speak for about four minutes on CNN after keeping watch all day-long, for the end of the 48-hour deadline Bush gave Iraqi president Saddam Hussein and his sons to leave their country.

The deadline was 2 p.m. local time and just before 3 p.m. yesterday, television viewers witnessed a CNN reporter in Iraq saying that strike sirens

# Court cleared

*from page 1*




tion hearing after the courtroom was cleared and no information could be obtained concerning the court proceeding.

All three men will be arraigned tomorrow morning in the High Court of American Samoa where they are likely to enter pleas of not guilty to the charges against them.

Richard Mahjor, Victor "Vic" Sepulona and Talofa Seumanu are each facing charges of first degree murder, first degree assault, felonious restraint, tampering with physical evidence and property damage in the first degree for their alleged involvement in the disappearance of Wyatt Bowles Jr.

The court recessed briefly before the other four defendants (Paulava Malala, his brother and co-defendant Jake Malala, Uatisone "Whiskey" Kelemete and Sanele Mareko) appeared before the court for their preliminary examinations.

Paulava Malala and Uatisone "Whiskey" Kelemete are each being charged with tampering with physical evidence and conspiracy to commit murder.

Jake Malala is being charged with stealing, property damage in the first degree, tampering with physical evidence, and conspiracy to commit murder.

Sanele Mareko is being charged with conspiracy to commit murder. His motion to set bail is being taken under advisement and a written order will be issued by the court to both the defense and the government.

He is the only one of the last four defendants in the second session of the preliminary examination hearings yesterday afternoon who did not waive his preliminary examination hearing and his matter has been continued until tomorrow morning.

The defense made a motion to hold the preliminary examination hearings for the four defendants in a closed courtroom and the motion was granted. Judge Ward stated that the closed hearing would be proper as information relating to the case could possibly be leaked to the public and if the case goes to trial, the selecting of a jury pool would be difficult, if not impossible, as potential jurors could possibly be swayed after hearing and reading about the information.

Jake Malala is being represented by Assistant Public Defender Bentley Adams, Paulava Malala is being represented by David Vargas, Uatisone "Whiskey" Kelemete is being represented by Asaua Fuimaono and Sanele Mareko is being represented by DBAS legal counsel Fainu'ulelei L.F. Ala'ilima-Utu.

Jake Malala, Paulava Malala and Uatisone "Whiskey" Kelemete all waived their rights to a preliminary examination and they will be arraigned in the High Court tomorrow morning where they are expected to enter pleas of not guilty to the charges against them.

The eighth defendant and the only female who has been arrested and charged in this case, Diane Miller Mahjor (Richard's wife and co-defendant), was also present in the courtroom although a status hearing to appoint counsel for her is scheduled for tomorrow morning in the District Court of American Samoa.

Diane was represented by Assistant Public Defender Sharron Rancourt during her initial appearance in the District Court on Monday.

She is being charged with two counts of tampering with physical evidence.

All eight defendants were handcuffed during court proceedings and according to a law enforcement spokesperson, the handcuffs are necessary for "public safety."

All eight defendants are being incarcerated at the Territorial Correctional Facility (TCF) in Tafuna without bail, with the exception of Diane whose bail has been set at $35,000.

First degree murder is a class A felony that is punishable by death or imprisonment for a minimum of forty years without probation or parole.

Assault in the first degree and conspiracy to commit murder are both class B felonies and each count is punishable by five to fifteen years in jail.

Stealing and felonious restraint are both class C felonies that are each punishable by imprisonment of up to seven years and/or a fine of up to $5,000.

Tampering with physical evidence and property damage in the first degree are both class D felonies that each carry a punishment of five years imprisonment and a $5,000 fine.

This case is being prosecuted by the ASG Attorney General Fiti Sunia backed up by Assistant Attorneys General Marcellus Talaimalo Uiagalelei and Harvey Kincaid.

lt Samoa News online at samoanews.com

AY, APRIL 23, 2003                    50¢ ($1 on Friday)

# Afoa to represent Paulava Malala

by B. Chen
*Samoa News Staff Reporter*

The High Court of American Samoa has appointed Afoa Moega Lutu to act as council for Paulava Malala - not only in the Bowles disappearance case, but also in the case against him stemming from a stabbing last year at the Curve nightclub.

The decision by the court and the reasons behind it were not made public, but according to Assistant Public Defender Bentley Adams, who was representing Paulava for his alleged involvement in a stabbing at the Curve nightclub last July that claimed the life of a 24-year-old man from Samoa, he is no longer representing Paulava in that case.

Samoa News cannot confirm the relationship if any, between a secret motion filed by Adams last week and originally scheduled to be heard in the High Court yesterday and the sudden dismissal by the court of the two attorneys.

Private attorney David Vargas told Samoa News that he also is no longer representing Paulava in the case involving the disappearance of 23-year-old Wyatt Bowles Jr. of Fogagogo who has not been seen or heard from since February 24.

Both Adams and Vargas have confirmed that the court has appointed Afoa to take over all matters concerning Paulava Malala. Efforts made by Samoa News to contact Paulava's new attorney for comments were unsuccessful at press time.

Paulava is facing a possible probation revocation and at the same time, he is a defendant in a case involving a fatal stabbing and a missing person.

For the pending Curve case, Paulava is being charged with unlawful use of weapons, discharge of arms, and possession of an unlicensed firearm.

According to court affidavits, Paulava claims that in self defense, he stabbed Falani Va'a and fired off a 12-gauge shotgun twice to scare his assailants away during the inci-

(Continued on page 19)



*Polamalu (43) out-
ani Bell as he returns
ring of the Kickoff
Rutherford, N.J., in
u is a top prospect in
'e story on B1)
(AP Photo/Daniel Hulshizer)*

## House dismiss mplaint

Moore and the House of
n of colleague Muavae-
ty and asked the court to

I in early February for al-
dog, during a committee

to reinstate him, claiming
Additionally, he said the
two-thirds of the entire
faipule voted on that day.
agi and the House of Rep-

, on behalf of the defen-
ng that the plaintiff failed
be granted.
o exhaust the administra-
ere made available to him
erly behavior and to pro-
ld not occur again."
tements made during the
ected constitutional free

(Continued on page 19)



2003 Nissan $18,699

in February.
...sh earnings fell 23 percent to SA$9.8 m; ...SA$5.9 million higher than the same month last year.

Prices of local agricultural goods lowered in February largely causing a 2.3 percent fall in the Consumer Price Index.

"Consequently, the rate of inflation, on an annual average basis, slowed down to 6.8 percent from 7.6 percent the previous month," Central Bank says.

## * Afoa Lutu...

from page 1

dent at the Curve nearly a year ago.

Charges against Paulava for the Curve incident were filed as Paulava was serving a three-year probation sentence after being convicted of breaking into a store in Pago Pago and taking off with stolen items.

Although Paulava's arrest for his involvement in the Curve incident violated certain conditions of his probation, a probation revocation hearing has yet to take place.

During his arraignment for the Curve case, Paulava entered a plea of not guilty and bail for him was set at $25,000 and later reduced to $15,000.

He then filed a motion to suppress statements he made to police about the Curve incident and the motion was denied by the court.

Paulava managed to post bail and it was after this time that he was once again picked up by authorities as a suspect in the case of the missing Wyatt Bowles Jr.

Paulava was charged with conspiracy to commit murder (which was later dismissed) and tampering with physical evidence for his alleged involvement in the Bowles case.

Two of his co-defendants from the Curve incident, his brother Jake Malala and Talofa Seumanu, have also been charged in connection with the Wyatt Bowles Jr. case.

Paulava has been detained at the Territorial Correctional Facility (TCF) in Tafuna since his arrest in the Bowles case and while his bail was initially set at $25,000, bail has since been rescinded despite two attempts by his court appointed attorney to have bail set again after the conspiracy to commit murder charges against Paulava were dropped.

The latest motion to set bail was filed by Vargas and Paulava appeared before the court last week Monday for a hearing on that motion. The court ruling on that motion could not be obtained by Samoa News.

Prosecuting both cases against Paulava are ASG Attorney General Fiti Sunia and his staff.

## * Speaker...

from page 1

However, the defendants argued this right "is limited" under Article 1 Section 4 of the American Samoa Revised Constitution.

That section states that:
- Dignity of the individual. The dignity of the individual shall be respected and every person is entitled to protection of the law against malicious and unjustifiable public attacks on the name, reputation or honor of himself or of his family.

Additionally, the defendants House Rules of protocol and decorum."

Moreover, the defendants said the actions taken against the Pago Pago lawmaker "were within the scope of its authority under the American Samoa revised Constitution to immediately take strong corrective measures to protect the dignity and honor of its members who are subjected to malicious and unjustifiable public attacks on their name, reputation and honor by another while engaged in

| HAL's fares a bonanza for Poly Air, Air NZ... **3** | T'Wolves take a 2-0 lead over the Lakers... **B1** | Samoana denies charge made by former student **6** | Once again, the Quarterback knows No. 1 |



# samoa ne

Visit Samoa News

PAGO PAGO, AMERICAN SAMOA       FRIDAY, APRIL 25, 2003

# AG denies asking for FBI's help in Bowles Jr. case

by Tau Toluono
Samoa News Correspondent

American Samoa Attorney General Fiti Sunia denies a media report that the American Samoa Government has asked the Federal Bureau of Investigation to help or assist them with the Wyatt Bowles Jr. disappearance case.

The AG sat down with Samoa News yesterday to set the record straight on the Bowles case saying, "The Wyatt Bowles case is a solved case, we don't need to waste our time talking about that case anymore. All we are waiting for is our day with the suspects in court. So, the Bowles case is solved."

To clear up rumors and speculations he said, "I don't remember saying that I prevented the FBI's involvement in the Bowles case. But yes, we don't need the FBI's assistance in this case because it's a local crime and we are also very confident of our investigation. For a fact, all individuals involved with the disappearance of Wyatt Bowles Jr. are in jail and their day in court has been set by the judge."

According to the AG, he has asked for Federal assistance on crimes that have been committed, and will be commit in the territory in the near future.

To explain what he is asking of the FBI, Sunia said, "In the Wyatt Bowles case, we uncovered over five unrelated cases. Those cases are not related to the Wyatt Bowles case. But they do relate to the two ring leaders in the Bowles disappearance case, Richard Mahjor and his wife Diana Mahjor."

The AG refused to comment further on the cases he was referring to because of an on-going off-island investigation and also because of his concern for the safety of the investigators who are scheduled to travel with him to Honolulu

(Continued on page 23)



Lelava Sulu of Vatia leaned against the fender of her neighbors car yesterday morning calling to them for help as they attempted to render aid to the woman who was reportedly stabbed nine times.    [photo: Tau Toluono]

# Senate releases a report on probe into

*from page 1*

13, 1997 pointed out that combating the importation and use of the illegal drugs and substances would be his number one priority.

After compiling all the information and testimony and after looking back at what had been implemented previously, the Senators came up with three recommendations. The first two recommendations will be explored in depth in Monday's Samoa News.

FIRST: The Senators recommended that the salaries of the police, customs and immigration officers should be upgraded to attract a high caliber of qualified and competent candidates; that a Public Safety Commission be established by law to oversee the affairs of the Department of Public Safety; and that OTICIDE be established by law as an independent law enforcement agency.

SECOND: The Senators agreed that the Customs department should be included as part of the law enforcement squad and they should be sworn in as officers after completion of a certified training program; that the Customs Office should be transferred to the Port Administration; and that a Customs canine unit (drug detection dogs) should be reinstated.

## * Fagasa...
*from page 1*

after pursuing tips, they did find the unidentified human skeleton. But when they questioned witnesses, they were told that all documents and belongings of the unidentified human skeleton were burned by the alleged killer.

The source said, "The human skeleton which has now been identified as the remains of a palagi from the states reportedly is one of Richard Mahjor's best friends and right-hand man. And speculation on the motive for his death is he is assumed to have fumbled the operation."

## * AG's denial...

and Washington D.C. early next month.

Fiti stated, "We have been working with the FBI for a long time, for example, the Lemusu case that is being handled by the FBI. They did ask for our assistance on angles of their investigation. And we did give them some solid evidence related to that case."

The AG said, "Myself and local investigators from the Department of Public Safety will leave the territory on May 2nd to meet with the FBI in

Reportedly, Richard Mahjor and his wife Diana Mahjor were involved in a drug operation. When Samoa News asked the AG yesterday for verification he said, "Not until the meeting with Federal law enforcers is over."

When asked again to comment on the upcoming meeting with the feds, the AG stated, "Like I said, we did assist the FBI, DEA and all law enforcers in the past when they needed our help and they did help us with the criminal record in the states of Richard Mahjor."

AG Sunia would not go further to reveal Mahjor's criminal record, but he admitted that the report might be publicly revealed in the future in court.

*from page 1*

Honolulu, the DEA, the Honolulu Attorney General and the U.S. Attorney General in Washington DC. The meetings will target off-island parties involved with transporting drugs into the territory. We have the links and evidence to the logistics of those cases and the way they transported the illegal drugs to American Samoa. That information surfaced during the investigation of the Wyatt Bowles case, but as for the Bowles case, we can handle that ourselves."

fident of our investigation. For (Continued on page 23)

# Fagasa skeleton targeted as subject of meeting with feds

*by Tau Toluono*
*Samoa News Correspondent*

The unidentified human skeleton found at the mafa pass in Fagasa on March 28th is one of the targets on the agenda for a meeting between the American Samoa Attorney General who will team up with local investigators scheduled to leave on May 2nd to meet with the Federal Bureau of Investigation, along with the Drug Enforcement Agency, Honolulu Attorney General and the U.S. Attorney General in Washington DC.

When Samoa News asked AG Fiti Sunia for details, he declined to comment on why this human skeleton will come up as part of the agenda during their meeting with Federal law enforcers.

However, according to a reliable source yesterday, "The unidentified human skeleton found at the Fagasa Mafa has now been identified as a palagi who was involved with drugs and became a drug pusher in the territory along with Richard Mahjor and his wife Diana Mahjor."

Links from the Wyatt Bowles case investigation revealed that the palagi was allegedly killed by the ring leader of the Bowles disappearance case, Richard 'Rich' Mahjor.

The source revealed to Samoa News, "The involvement of the FBI in this case is very much needed because investigators are seeking identification documents relating to that human skeleton."

According to information gathered by local investigators,

*(Continued on page 23)*

# report on probe in drug activity in A

*by Sam P. Taliulu*
*Samoa News Staff Writer*

The Senate has issued a report on their inquiry into characterize as the Department of Public Safety's (DP ity to resolve outstanding crimes, "the recent increase nal activities related to illegal use of drugs in the territ the failure of DPS to "effectively combat these crimes as problems with management of the Public Safety fo

The inquiry came about after a resolution callin probe was introduced in March by Senator Lualemaga chairman of the Senate Public Safety Committee.

The Senators were taken by surprise on the first d hearing when the chamber's balcony was crowded wi who had marched to the Fono to show their concern ab and crime in the territory.

In their report, the Senators said they were concer the recent rise in unresolved cases of violent death to yc ple and the destruction of property that has so shocked munity leaving them questioning the capability of Pub to respond promptly, to find and to arrest suspects inv

One issue the Senators deliberated was information received saying that drug dealers had organized a dis network throughout the local high schools and wer cruiting young school children to sell the illegal drug schoolmates. And the Senators were told that this kir tribution happens almost at will with no interference police whatsoever, although the complainants accused being aware of these illegal activities for a long time.

The report also noted that the sudden changes in ma

*(Continued on*




*from page 1*

13, 1997 pointed out that combating the importation and use of the illegal drugs and substances would be his number one priority.

After compiling all the information and testimony and after looking back at what had been implemented previously, the Senators came up with three recommendations. The first two recommendations will be explored in depth in Monday's Samoa News.

FIRST: The Senators recommended that the salaries of the police, customs and immigration officers should be upgraded to attract a high caliber of qualified and competent candidates; that a Public Safety Commission be established by law to oversee the affairs of the Department of Public Safety; and that OTICIDE be established by law as an independent law enforcement agency.

SECOND: The Senators agreed that the Customs department should be included as part of the law enforcement squad and they should be sworn in as officers after completion of a certified training program; that the Customs Office should be transferred to the Port Administration; and that a Customs canine unit (drug detection dogs) should be reinstated.

## * Fagasa...
*from page 1*

after pursuing tips, they did find the unidentified human skeleton. But when they questioned witnesses, they were told that all documents and belongings of the unidentified human skeleton were burned by the alleged killer.

The source said, "The human skeleton which has now been identified as the remains of a palagi from the states reportedly is one of Richard Mahjor's best friends and right-hand man. And speculation on the motive for his death is he is assumed to have fumbled the operation."

Reportedly, Richard Mahjor and his wife Diana Mahjor were involved in a drug operation. When Samoa News asked the AG yesterday for verification he said, "Not until the meeting with Federal law enforcers is over."

When asked again to comment on the upcoming meeting with the feds, the AG stated, , "Like I said, we did assist the FBI, DEA and all law enforcers in the past when they needed our help and they did help us with the criminal record in the states of Richard Mahjor."

AG Sunia would not go further to reveal Mahjor's criminal record, but he admitted that the report might be publicly revealed in the future in court.

## * AG's denial...
*from page 1*

and Washington D.C. early next month.

Fiti stated, "We have been working with the FBI for a long time; for example, the Lemusu case that is being handled by the FBI. They did ask for our assistance on angles of their investigation. And we did give them some solid evidence related to that case."

The AG said, "Myself and local investigators from the Department of Public Safety will leave the territory on May 2nd to meet with the FBI in Honolulu, the DEA, the Honolulu Attorney General and the U.S. Attorney General in Washington DC. The meetings will target off-island parties involved with transporting drugs into the territory. We have the links and evidence to the logistics of those cases and the way they transported the illegal drugs to American Samoa. That information surfaced during the investigation of the Wyatt Bowles case, but as for the Bowles case, we can handle that ourselves."